# EXHIBIT 2

| Release Date | Series | Rarity | Price | Quantity |
|---|---|---|---|---|
| 8/8/2022 | Genesis | Reignmaker | N/A[1] | N/A[2] |
| 8/8/2022 | Genesis | Legendary | $1,499.99 | 1,116 |
| 8/8/2022 | Genesis | Elite | $299.99 | 7,752 |
| 8/8/2022 | Genesis | Rare | $59.99 | 25,234 |
| 8/8/2022 | Genesis | Core | $19.99 | 13,778 |
| 8/11/2022 | SuperStar Pack | Core | $9.99 | 1,000,025 |
| 8/22/2022 | Elevate | Reignmaker | $29,999.99 | 20 |
| 8/22/2022 | Elevate | Legendary | $1,999.99 | 1,389 |
| 8/22/2022 | Elevate | Elite | $399.99 | 7,467 |
| 8/22/2022 | Elevate | Rare | $99.99 | 27,385 |
| 8/22/2022 | Elevate | Core | $39.99 | 27,970 |
| 9/13/2022 | Momentum | Reignmaker | $9,999.99 | 162 |
| 9/13/2022 | Momentum | Legendary | $1,999.99 | 1,970 |
| 9/13/2022 | Momentum | Elite | $399.99 | 15,192 |
| 9/13/2022 | Momentum | Rare | $99.99 | 73,711 |
| 9/13/2022 | Momentum | Core | $49.99 | 91,208 |
| 12/16/2022 | Booster Pack | Core | $19.99 | 200,560 |

---

[1] Upon information and belief, these packs were distributed to holders of the "Field Pass," a subscription that provided individuals with additional benefits, such as early access to drops and bonuses when playing Reignmaker.

[2] Upon information and belief, these packs were distributed to holders of the "Field Pass," a subscription that provided individuals with additional benefits, such as early access to drops and bonuses when playing Reignmaker.