UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, JASON K. PARK, and MATTHEW KALISH,<br><br>Defendants. | Case No 23-cv-10524-DJC<br><br>**<u>CLASS ACTION</u>** |

**JOINT STIPULATION AND PROPOSED ORDER
REGARDING TIME TO ANSWER OR OTHERWISE PLEAD**

WHEREAS, Plaintiff commenced this Action by filing a complaint dated March 9, 2023 (the "Complaint") (ECF No. 1);

WHEREAS, Plaintiff served Defendant DraftKings Inc. on March 27, 2023 (ECF No. 4);

WHEREAS, the Complaint asserts federal securities claims arising under the Securities Act of 1933 and Securities Exchange Act of 1934 and is governed by the provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4; and

WHEREAS, the parties have agreed to a schedule that extends Defendants' time to respond to the Complaint until after a Lead Plaintiff has been appointed and an amended or consolidated complaint has been filed.

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to the Court's approval, as follows:

1. Without waiving any rights, defenses, or other objections, undersigned counsel for Defendants is authorized to and has waived service of the Complaint on behalf of all Defendants;

1

2. Defendants shall not be required to answer or otherwise respond to the Complaint; and,

3. Following entry of an order by the Court pursuant to the PSLRA selecting a Lead Plaintiff(s) and appointing Lead Counsel, counsel for Defendants and Lead Counsel shall confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto.

Dated: April 17, 2023

Respectfully submitted,

**BERMAN TABACCO**

*/s/ Patrick T. Egan*
Patrick T. Egan (BBO #637477)
Justin N. Saif (BBO #660679)
1 Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
pegan@bermantabacco.com
jsaif@bermantabacco.com

*Local Counsel for Plaintiff*

**KIRBY MCINERNEY**

Anthony F. Fata
Kirby McInerney LLP
211 West Wacker Drive, Suite 550
Chicago, IL 60606
Tel: (312) 767-5180
afata@kmllp.com

*Co-Counsel for Plaintiff*

**HANNAFAN & HANNAFAN, LTD.**

Blake T. Hannafan
Hannafan & Hannafan, Ltd.
161 North Clark Street, Suite 1700
Chicago, IL 60601
Tel: (312) 527-0055
bth@hannafanlaw.com

*Co-Counsel for Plaintiff*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s/ Michael G. Bongiorno*
Michael G. Bongiorno (BBO #558748)
Andrew S. Dulberg (BBO #675405)
Michelle Liszt Sandals (BBO #690642)
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
michael.bongiorno@wilmerhale.com
andrew.dulberg@wilmerhale.com
michelle.sandals@wilmerhale.com

**SULLIVAN & CROMWELL LLP**

Brian T. Frawley
Charles H. Sullivan
125 Broad Street
New York, NY 10004-2498
Tel: (212) 558-4983
Fax: (212) 558-3588
FrawleyB@sullcrom.com
SullivanC@sullcrom.com

*Counsel for Defendants*

**IT IS SO ORDERED.**

DATE:_____                         _____
                                             HON. DENISE J. CASPER
                                             UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

I further declare that on April 17, 2023, I caused to be served the foregoing document by transmitting a true and correct Portable Document Format (PDF) copy via email to the person(s) at the email address(es) set forth below:

Michael G. Bongiorno
Andrew S. Dulberg
Michelle Liszt Sandals
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
michael.bongiorno@wilmerhale.com
andrew.dulberg@wilmerhale.com
michelle.sandals@wilmerhale.com

Brian T. Frawley
Charles H. Sullivan
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004-2498
Tel: (212) 558-4983
Fax: (212) 558-3588
FrawleyB@sullcrom.com
SullivanC@sullcrom.com

*Counsel for Defendants*

                                            */s/ Patrick T. Egan*
                                            Patrick T. Egan