## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　　　　　　　　Plaintiff,<br>　　　v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, JASON K. PARK, and MATTHEW KALISH,<br><br>　　　　　　　　　　　　　　Defendants. | Case No. 23-CV-10524-DJC |

## DEFENDANT DRAFTKINGS INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, defendant DraftKings Inc. has no parent corporation and no publicly held corporation owns 10% or more of DraftKings Inc.

Dated:  April 18, 2023

Respectfully submitted,

 */s/ Michael G. Bongiorno*
Michael G. Bongiorno (BBO #558748)
Andrew S. Dulberg (BBO #675405)
Michelle Liszt Sandals (BBO #690642)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6000
Fax: (617) 526-5000
michael.bongiorno@wilmerhale.com
andrew.dulberg@wilmerhale.com
michelle.sandals@wilmerhale.com

**SULLIVAN & CROMWELL LLP**
Brian T. Frawley (*pro hac vice forthcoming*)
Charles H. Sullivan (*pro hac vice forthcoming*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498
Tel:  (212) 558-4983
Fax: (212) 558-3588
FrawleyB@sullcrom.com
SullivanC@sullcrom.com

*Counsel for Defendants*