# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, JASON K. PARK, and MATTHEW KALISH,<br><br>Defendants. | Case No 23-cv-10524-DJC<br><br>**<u>CLASS ACTION</u>** |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for the plaintiff, Justin Dufoe, in the above-captioned case.

Dated: May 4, 2023

Respectfully submitted,

**BERMAN TABACCO**

/s/ Justin N. Saif
Justin N. Saif (BBO #660679)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Fax: (617) 542-1194
Email: jsaif@bermantabacco.com

*Counsel for Justin Dufoe*

CERTIFICATE OF SERVICE

      I, Justin N. Saif, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 4, 2023.

Dated: May 4, 2023                    */s/ Justin N. Saif*
                                                   Justin N. Saif