UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,<br><br>                                      Plaintiff,<br>v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, JASON K. PARK, and MATTHEW KALISH,<br><br>                                      Defendants. | Case No. 23-CV-10524-DJC |

### UNOPPOSED MOTION TO ADMIT BRIAN T. FRAWLEY *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned, Michael G. Bongiorno, a member in good standing of the bar of the United States District Court for the District of Massachusetts, respectfully moves to admit Brian T. Frawley, member of the bars of the State of New York (Bar No. 2586048) and the State of New Jersey (Bar No. 046931993), *pro hac vice* on behalf of Defendants DraftKings, Inc., Jason D. Robins, Jason K. Park, and Matthew Kalish (collectively, "Defendants").

Attached as **Exhibit 1** to this motion, pursuant to Local Rules 83.5.3(b) and 83.5.3(e)(3), is the certificate of Brian T. Frawley affirming that: (1) he is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; (3) he has not previously had a *pro hac vice* admission to this court revoked for misconduct; and (4) he is familiar with the Local Rules of the United States District Court for the District of

Massachusetts.  Payment in the amount of $125.00 is being submitted electronically concurrent with the filing of this motion.

WHEREFORE, for these reasons, the undersigned requests that Brian T. Frawley be admitted *pro hac vice* on behalf of Defendants in the above-captioned action.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Undersigned counsel for Defendants certifies that counsel for Defendants conferred with counsel for Plaintiff in a good faith attempt to resolve or narrow the issue presented by this motion.  Counsel for Plaintiff indicates that they do not oppose this motion.

Dated:  May 8, 2023

Respectfully submitted,

 /s/ Michael G. Bongiorno
Michael G. Bongiorno (BBO #558748)
Andrew S. Dulberg (BBO #675405)
Michelle Liszt Sandals (BBO #690642)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6000
Fax: (617) 526-5000
michael.bongiorno@wilmerhale.com
andrew.dulberg@wilmerhale.com
michelle.sandals@wilmerhale.com

Brian T. Frawley (*pro hac vice pending*)
Charles H. Sullivan (*pro hac vice forthcoming*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498
Tel:  (212) 558-4000
Fax: (212) 558-3588
frawleyb@sullcrom.com
sullivanc@sullcrom.com

*Counsel for Defendants*