UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,<br><br>                              Plaintiff,<br>v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, JASON K. PARK, and MATTHEW KALISH,<br><br>                              Defendants. | Case No. 23-CV-10524-DJC |

I, Brian T. Frawley, hereby certify pursuant to Local Rule 83.5.3(e) that:

1. I am an attorney admitted to practice in the following jurisdictions: All New York State Courts; all New Jersey State Courts; the United States Courts of Appeal for the Second Circuit, Third Circuit, Fourth Circuit, Sixth Circuit, Ninth Circuit, Tenth Circuit and Eleventh Circuit; the United States District Courts for the Southern District of New York, Eastern District of New York, and the Districts of Colorado and New Jersey;

2. I am a member of the Bars of the State of New York and the State of New Jersey, I am in good standing in each of the jurisdictions, and these are the only jurisdictions in which I have been admitted to practice;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

4. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct; and

5.      I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury that the foregoing is true and correct.

*/s/ Brian T. Frawley*
Brian T. Frawley
NY State Bar No. 2586048
NJ State Bar No. 046931993
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498
Tel:  (212) 558-4000
Fax: (212) 558-3588
frawleyb@sullcrom.com

Date:  May 8, 2023