# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,<br><br>           Plaintiff,<br><br>    v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, JASON K. PARK, and MATTHEW KALISH,<br><br>         Defendants. | Case No. 23-CV-10524-DJC |

I, Charles H. Sullivan, hereby certify pursuant to Local Rule 83.5.3(e) that:

1.  I am an attorney admitted to practice in the following jurisdictions: All New York State Courts; the United States District Courts for the Southern District of New York and the Eastern District of New York;

2.  I am a member of the Bar of the State of New York Bar, I am in good standing in this jurisdiction, and this is the only jurisdiction in which I have been admitted to practice;

3.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

4.  I have not previously had a *pro hac vice* admission to this Court revoked for misconduct; and

5.  I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury that the foregoing is true and correct.

/s/ Charles H. Sullivan
_____
Charles H. Sullivan
NY State Bar No. 5668793
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498
Tel:  (212) 558-4000
Fax: (212) 558-3588
sullivanc@sullcrom.com

Date:  May 8, 2023