UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, JASON K. PARK, and MATTHEW KALISH,<br><br>　　　　　　　　　　Defendants. | Case No. 1:23-cv-10524<br><br>**CLASS ACTION** |

**MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.5.3, the undersigned counsel, Patrick T. Egan, hereby moves that this court enter an Order granting leave to Anthony F. Fata, Kirby McInerney LLP, 211 West Wacker Drive, Suite 550, Chicago, Illinois 60606, to appear on behalf of Plaintiff Justin Dufoe in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1)　　Anthony F. Fata is and has been a member in good standing of the bar of the State of Illinois since November 4, 1999.  In addition, Anthony F. Fata has been admitted to practice in the following jurisdictions: U.S. District Court for the District of Colorado; U.S. District Court for the Northern District of Illinois; U.S. District Court for the Eastern District of Michigan; U.S. Court of Appeals for the 6th Circuit; U.S. Court of Appeals for the 7th Circuit; U.S. Court of Appeals for the 9th Circuit;

2)　　There are no disciplinary proceedings pending against Anthony F. Fata as a member of the bar in any jurisdiction, nor has he been subject to any such disciplinary proceedings in the past;

1

3) Anthony F. Fata has reviewed the rules of this Court and will abide by the rules of this Court; and

4) In further support of this motion, Anthony F. Fata has submitted herewith his Affidavit as required by Local Rule 83.5.3, which is attached hereto as **Exhibit A**.

WHEREFORE, the undersigned counsel respectfully moves that Anthony F. Fata be admitted to practice before this Court *pro hac vice*.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (a)(2)

In compliance with Local Rule 7.1(a)(2), counsel for Movant conferred with counsel for Defendants, who do not oppose the relief requested.

DATED: May 8, 2023

Respectfully submitted,

**BERMAN TABACCO**

*/s/ Patrick T. Egan*
Patrick T. Egan (BBO #637477)
Justin N. Saif (BBO #660679)
1 Liberty Square
Boston, MA 02109
617.542.8300
pegan@bermantabacco.com
jsaif@bermantabacco.com

*Local Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants.


DATED:  May 8, 2023                                                                      */s/ Patrick T. Egan*
                                                                                                         Patrick T. Egan