# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, JASON K. PARK, and MATTHEW KALISH,<br><br>Defendants. | Case No. 1:23-cv-10524<br><br>**CLASS ACTION** |

**AFFIDAVIT OF ANTHONY F. FATA IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.5.3 of the United District Court for the District of Massachusetts, I, Anthony F. Fata, hereby certify that:

1) I have been a member in good standing of the bar of the State of Illinois since November 4, 1999.

2) I am also admitted to practice in the following courts:

   a. U.S. District Court for the District of Colorado;

   b. U.S. District Court for the Northern District of Illinois;

   c. U.S. District Court for the Eastern District of Michigan;

   d. U.S. Court of Appeals for the 6th Circuit;

   e. U.S. Court of Appeals for the 7th Circuit;

   f. U.S. Court of Appeals for the 9th Circuit;

3) I am a member in good standing in every jurisdiction where I have been admitted to practice.

4)       There are no disciplinary proceedings against me as a member of any Bar in any jurisdiction, and I have never been subject to any such disciplinary proceeding in the past.

5)       I have not previously had a *pro hac vice* application to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

6)       I have reviewed the rules of this Court and agree to abide by the rules of this Court.

7)       My name, firm name, street address, telephone number, and fax number are as follows:

>Anthony F. Fata
>Kirby McInerney LLP
>211 West Wacker Drive, Suite 550
>Chicago, Illinois 60606
>(Tel.) 312.767.5180
>(Fax) 312.767.5181

DATED: May 8, 2023                                       Respectfully submitted,

                                                                                               */s/ Anthony F. Fata*
                                                                                               Anthony F. Fata