UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, JASON K. PARK, and MATTHEW KALISH,<br><br>Defendants. | Case No. 1:23-cv-10524<br><br>**CLASS ACTION** |

**MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.5.3, the undersigned counsel, Patrick T. Egan, hereby moves that this court enter an Order granting leave to Blake T. Hannafan, Hannafan & Hannafan, Ltd., 161 North Clark St., Suite 1700, Chicago, Illinois 60601, to appear on behalf of Plaintiff Justin DuFoe in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1) Blake T. Hannafan is and has been a member in good standing of the bar of the State of Illinois since November 5, 1998. In addition, Mr. Hannafan has been previously been admitted to this Court *pro hac vice* in Case No. 15-CV-13991-ADB and is also admitted to practice in the following jurisdictions: U.S. District Court, Northern District of Illinois, 1998; U.S. District Court of Colorado, 2000; U.S. Court of Appeals, Seventh Circuit, 2001; U.S. District Court, Northern District of Illinois Trial Bar, 2001; U.S. Court of Appeals, Fifth Circuit, 2002: U.S. Court of Appeals, Federal Circuit, 2002; U.S. District Court, Eastern District of Wisconsin, 2003; U.S. Supreme Court, 2004; U.S. Court of Appeals, Eighth Circuit, 2004; U.S. District Court, Northern District of Indiana, 2004.

1

2) There are no disciplinary proceedings pending against Mr. Hannafan as a member of the bar in any jurisdiction, nor has he been subject to any such disciplinary proceedings in the past;

3) Mr. Hannafan has reviewed the rules of this Court and will abide by the rules of this Court; and

4) In further support of this motion, Mr. Hannafan has submitted herewith his Affidavit as required by Local Rule 83.5.3, which is attached hereto as **Exhibit A**.

WHEREFORE, the undersigned counsel respectfully moves that Blake T. Hannafan be admitted to practice before this Court *pro hac vice*.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

In compliance with Local Rule 7.1(a)(2), counsel for Movant conferred with counsel for Defendants, who do not oppose the relief requested.

DATED: May 8, 2023

Respectfully submitted,

**BERMAN TABACCO**

*/s/ Patrick T. Egan*
Patrick T. Egan (BBO #637477)
Justin N. Saif (BBO #660679)
1 Liberty Square
Boston, MA 02109
617.542.8300
pegan@bermantabacco.com
jsaif@bermantabacco.com

*Local Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants.

DATED:  May 8, 2023                                                                 /s/ *Patrick T. Egan*
                                                                                                  Patrick T. Egan