# **EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, JASON K. PARK, and MATTHEW KALISH,<br><br>Defendants. | Case No. 1:23-cv-10524<br><br>**CLASS ACTION** |

**AFFIDAVIT OF BLAKE T. HANNAFAN IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.5.3 of the United District Court for the District of Massachusetts, I, Blake T. Hannafan, hereby certify that:

1) I have been a member in good standing of the bar of the State of Illinois since November 5, 1998.

2) I am also admitted to practice in the following courts:

   (a) U.S. District Court, Northern District of Illinois, 1998

   (b) U.S. District Court of Colorado, 2000

   (c) U.S. Court of Appeals, Seventh Circuit, 2001

   (d) U.S. District Court, Northern District of Illinois Trial Bar, 2001

   (e) U.S. Court of Appeals, Fifth Circuit, 2002

   (f) U.S. Court of Appeals, Federal Circuit, 2002

   (g) U.S. District Court, Eastern District of Wisconsin, 2003

   (h) U.S. Supreme Court, 2004

   (i) U.S. Court of Appeals, Eighth Circuit, 2004

   (j)  U.S. District Court, Northern District of Indiana, 2004

3)  I am a member in good standing in every jurisdiction where I have been admitted to practice.

4)  There are no disciplinary proceedings against me as a member of any Bar in any jurisdiction, and I have never been subject to any such disciplinary proceeding in the past.

5)  I have not previously had a *pro hac vice* application to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.  I was admitted *pro hac vice* in this Court in Case No. 15-CV-13991-ADB.

6)  I have reviewed the rules of this Court and agree to abide by the rules of this Court.

7)  My name, firm name, street address, telephone number, and fax number are as follows:

   Blake T. Hannafan
   Hannafan & Hannafan, Ltd.
   161 North Clark St.
   Suite 1700
   Chicago, Illinois 60601
   (Tel.) 312-527-0055
   (Fax) 312-527-0220

DATED: May 8, 2023             Respectfully submitted,

                        */s/ Blake T. Hannafan*
                        Blake T. Hannafan