UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>     v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, JASON K. PARK, and MATTHEW KALISH,<br><br>        Defendants. | No.: 1:23-cv-10524-DJC |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

On May 8, 2023, Richard Graziano ("Graziano") filed a motion, pursuant to Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3), and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (1) appointing Graziano as Lead Plaintiff on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired DraftKings Inc.'s non-fungible tokens between August 11, 2021 and the present (the "Class"); and (2) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel and Andrews DeValerio LLP as Liaison Counsel for the Class. Dkt. No. 25.

Graziano hereby withdraws his motion. This notice of withdrawal shall have no impact on Graziano's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated: May 19, 2023

Respectfully submitted,

<u>/s/ Daryl Andrews</u>
Daryl Andrews (BBO #658523)
Glen DeValerio (BBO #122010)
**ANDREWS DEVALERIO LLP**
265 Franklin Street, Suite 1702
Boston, Massachusetts 02110
Telephone: (617) 936-2796
daryl@andrewsdevalerio.com
glen@andrewsdevalerio.com

*Counsel for Richard Graziano*

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Richard Graziano*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 19, 2023.

>                    */s/ Daryl Andrews*
>                    Daryl Andrews