AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Justin Dufoe | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )   Case No.   1:23-cv-10524-DJC |
| DraftKings Inc. et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Justin Dufoe.

Date:   06/20/2023

/s/ Anthony F. Fata
*Attorney's signature*

Anthony F. Fata (admitted pro hac vice)
*Printed name and bar number*

211 West Wacker Drive, Suite 550
Chicago, IL 60606

*Address*

afata@kmllp.com
*E-mail address*

(312) 767-5180
*Telephone number*

(312) 767-5181
*FAX number*