# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, JASON K. PARK, and MATTHEW KALISH,<br><br>Defendants. | Case No. 23-cv-10524-DJC<br><br>**CLASS ACTION** |

## STIPULATION AND [PROPOSED] ORDER GOVERNING DEADLINES

Pursuant to the Court's order on April 21, 2023 (ECF No. 12), the parties in this action, by their undersigned counsel, hereby stipulate and agree as follows:

1. On June 6, 2023, the Court appointed Justin Dufoe as Lead Plaintiff and approved his selection of Lead Counsel and Local Counsel (ECF No. 32).

2. Lead Counsel and Defendants' counsel have conferred and stipulate to the following schedule:

   a. Lead Plaintiff shall file an amended complaint by Friday, August 4, 2023.

   b. Defendants shall file a Motion to Dismiss by Monday, September 25, 2023. *If Defendants answer (rather than moving to dismiss), the parties will promptly advise the Court and meet and confer on additional case management.*

   c. Lead Plaintiff shall file an Opposition by Friday, November 10, 2023.

   d. Defendants shall file any Reply Brief by Monday, December 11, 2023.

Dated: June 20, 2023

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| **BERMAN TABACCO** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| */s/ Justin N. Saif* | */s/ Michael G. Bongiorno* |
| Justin N. Saif (BBO #660679) | Michael G. Bongiorno (BBO #558748) |
| Patrick T. Egan (BBO #637477) | Andrew S. Dulberg (BBO #675405) |
| 1 Liberty Square | Michelle Liszt Sandals (BBO #690642) |
| Boston, Massachusetts 02109 | 60 State Street |
| 617.542.8300 | Boston, MA 02109 |
| pegan@bermantabacco.com | Tel: (617) 526-6000 |
| jsaif@bermantabacco.com | Fax: (617) 526-5000 |
|  | michael.bongiorno@wilmerhale.com |
| *Local Counsel for the Proposed Class* | andrew.dulberg@wilmerhale.com |
|  | michelle.sandals@wilmerhale.com |
| **KIRBY MCINERNEY LLP** |  |
| Anthony F. Fata (*pro hac vice*) | **SULLIVAN & CROMWELL LLP** |
| Kirby McInerney LLP | Brian T. Frawley |
| 211 West Wacker Drive, Suite 550 | Charles H. Sullivan |
| Chicago, Illinois 60606 | 125 Broad Street |
| 312.767.5180 | New York, NY 10004-2498 |
| afata@kmllp.com | Tel: (212) 558-4983 |
|  | Fax: (212) 558-3588 |
| *Lead Counsel for the Proposed Class* | FrawleyB@sullcrom.com |
|  | SullivanC@sullcrom.com |
| **HANNAFAN & HANNAFAN, LTD.** |  |
| Blake T. Hannafan (*pro hac vice*) | *Counsel for Defendants* |
| Hannafan & Hannafan, Ltd. |  |
| 161 North Clark Street, Suite 1700 |  |
| Chicago, Illinois 60601 |  |
| 312.527.0055 |  |
| bth@hannafanlaw.com |  |
| *Additional Counsel for Plaintiff* |  |

IT IS SO ORDERED.

DATE: _____

_____
HON. DENISE J. CASPER
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Justin N. Saif, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 20, 2023.

Dated: June 20, 2023          /s/  *Justin N. Saif*
                              Justin N. Saif