**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,<br><br>                        Plaintiff,<br>v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, JASON K. PARK, and MATTHEW KALISH,<br><br>                        Defendants. | Case No. 23-CV-10524-DJC |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 83.5.2(c), Michelle Liszt Sandals hereby withdraws as counsel for Defendants DraftKings Inc., Jason D. Robins, Jason K. Park, and Matthew Kalish ("Defendants") in the above-captioned action. All other counsel who have entered appearances for Defendants will continue to represent Defendants in this action.

Date: August 7, 2023         Respectfully Submitted,

                                                                          */s/ Michelle Liszt Sandals*
                                                                          Michelle Liszt Sandals (BBO #690642)
                                                                          WILMER CUTLER PICKERING HALE AND DORR LLP
                                                                          60 State Street
                                                                          Boston, MA 02109
                                                                          Tel: (617) 526-6000
                                                                          Fax: (617) 526-5000
                                                                          michelle.sandals@wilmerhale.com