# Exhibit 1

 

## DRAFTKINGS NFT MARKETPLACE – ARE DRAFTKINGS NFTS WORTH IT?

Thinking about using the DraftKings NFT marketplace? Then keep reading as we examine what kinds of DraftKings NFT are available and what you have to do to get your hands on these digital assets.

Read any DraftKings review, and you'll see that it's a gambling site offering everything from regular sports betting and casino gaming to fantasy esports and beyond. But it looks like DraftKings has made the noble step of adding an NFT marketplace to its site. Let's have a look at whether DraftKings is a good choice for your NFT trades.



## WHAT IS THE DRAFTKINGS NFT MARKETPLACE?

The DraftKings marketplace is a section on its online gambling platform that lets you **buy, sell and trade NFTs**. Let's have an NFT explained a little further. The best way to think about NFTs is that they are tokens that give you the exclusive ownership of a digital asset. Once you have purchased an NFT, it will log your ownership on a

cryptocurrency blockchain. This ensures that no one else can claim ownership of your NFT and from here, you can keep hold of your NFT or sell it to someone else.

**DraftKings releases its NFTs as regularly scheduled drops** and you can join the drop by hanging out in the waiting room. There's also a page of regularly listed NFTs and you also have the option to sell these digital assets.

The DraftKings marketplace runs on the **Ethereum** network but is currently only operating with regular real money payment methods. This means that there is no need to use any [crypto brokers](#) to get cryptocurrencies for buying NFTs and the whole thing can be done in US dollars, British pounds and so on.

The downside of this is that you can't currently withdraw your NFTs from DraftKings to store on a crypto wallet and trade them elsewhere. However, DraftKings is planning on letting you withdraw your NFTs in the coming months. So watch this space for information about how the DraftKings NFT marketplace evolves in the future.



## WHAT CAN YOU TRADE ON THE DRAFTKINGS NFT MARKETPLACE?

DraftKings definitely has some of the [top NFT tokens](#) if you're into sports. It launched its marketplace with a limited number of NFTs from Tom Brady, and from here it

released sports collectibles from the likes of Wayne Gretzky, Tony Hawk and Simone Biles through to Derek Jeter and so on. However, it also looks like DraftKings is expanding its range of NFTs to include assets from entertainment and culture and beyond. Check out some of the Saw movie NFTs for a good example of this.

It's worth noting that these are all NFTs created by the Autograph platform that are exclusively for sale on the DraftKings site. As such, you won't get all of the weird and wonderful NFTs that you find on some other NFT marketplaces. But whether you want an NFT of Tom Brady's college resume or a Simone Biles Mystery container, then DraftKings is probably the best place to do it.

## WHO CAN USE THE DRAFTKINGS NFT MARKETPLACE?

DraftKings is a multinational gambling brand that is open in a large number of countries such as the UK, Canada, Australia, Germany, France and so on. However, the kinds of services that you can access vary according to which country you are resident in. This means that customers in the UK might be able to use DraftKings for online casino gaming and its NFT marketplace, whereas people in Australia might only be able to use the operator for fantasy sports. Plus you will have to be of legal

age to gamble in whichever country you are resident in, even if NFT trading isn't a form of gambling.

US customers should remember that there are only limited states where DraftKings is legal. After all, while you might be able to enjoy NFT trading and sports betting at DraftKings in New Jersey and Pennsylvania, the same might not be true for other states like Utah or Alaska.

Please head to DraftKings and check what services are available in your country or state.

`Read Also:` Is DraftKings Legal?

## HOW TO USE THE DRAFTKINGS NFT MARKETPLACE

DraftKings has made it fast and easy to trade NFTs on its marketplace. Here's a quick step-by-step guide to getting started in trading NFTs at DraftKings:

- **Sign up to DraftKings**: The first thing you have to do is to sign up to DraftKings. This merely means tapping on the Sign Up button and filling in a few personal details like your name, address, email address and so on.
- **Make a deposit**: The good news is that you won't have to have a crypto wallet explained to buy NFTs at DraftKings. This is because DraftKings will only let you trade NFTs in regular currency. As such, you should be able to make a regular money deposit with a debit card or e-wallet and buy your NFTs from there.
- **Browse the NFTs**: Once the money has landed in your account, you can then click on the Marketplace icon at the top of the DraftKings site and see the featured NFTs. These will be listed with the trading price and you'll see the time at which the NFT is released. Don't forget to check the Drop Schedule to see when you'll need to be in the waiting room to get first in line for those NFTs.
- **Make your purchase**: Just remember that the sporting collectibles might go down in value like NFT stocks. So be sure to invest responsibly at the DraftKings NFT marketplace.

$20 Free At DraftKings. Claim Now!



Visit DraftKings DFS

## $20 FREE

On First Deposit

DraftKings DFS Review

- ✓ $20 Free Play On First Deposit
- ✓ CS:GO, LoL, Rocket League and Call of Duty contests
- ✓ Win big cash prizes in public tournaments
- ✓ No Code Needed - Use our links

**PLAY NOW**

## CONCLUSION – ARE DRAFTKINGS NFTS WORTH IT?

We think that DraftKings has done an excellent job with its NFT marketplace. It's a particularly strong option if you are looking to trade sports collectibles, although you might want to head to another [NFT marketplace](#) if you want to buy or sell artwork, gaming avatars and so on.

DraftKings is a trusted brand in the realm of online gambling, and it represents a safe option for anyone looking to invest in NFTs for the first time. So that whether you're looking to get an NFT from a legendary quarterback or an up and coming NBA star, you can do it all at DraftKings.

**POPULAR PAGES**

**Esports Betting 2023: How to bet on Esports**

**Rocket League Gambling: Which sites offer the best RL bets**

**Valorant Betting – The best betting sites for your Valorant bets**

**How to Start Streaming: Guides & Tips**

**Esports Odds Tracker - All you need to know about esports betting odds**

**LoL Fantasy Draft: how to draft your own kick-ass LoL Fantasy Team**

**Esports stocks: Find the best 2023 stocks to invest in**

**GGBet Bonus - Boost your initial deposit by a 100%, up to 200€**

ADVERTISEMENT

**CRYPTO GAMES**



**TOP RANKS**

 **FORTNITE BEST PLAYERS**

 **BEST PLAY TO EARN GAMES**

 **BEST CALL OF DUTY PLAYERS IN 2023**

 **BEST POKÉMON GAME ON PC**

## NEWSLETTER SIGN UP

### ESPORTS NEWSLETTER

Sign up to get the best esports content ever, delivered by our authors.

Enter your email        SIGN UP

☐ Yes, I am over 18*

☐ Yes, I would like to receive email updates on exciting offers from Esports.net. For more info on how we and our partners process your data, see Privacy and Cookie Policies.

## CRYPTO BROKERS



## TOP WIKI GUIDES



ESPORTS GUIDES    CSGO

**CSGO RANKS » THE CSGO RANKING SYSTEM EXPLAINED [2023 UPDATE]**

December 28, 2022

ESPORTS GUIDES    LEAGUE OF LEGENDS

**HOW MUCH TIME I'VE SPENT ON LEAGUE OF LEGENDS | THE HOW-TO GUIDE**

February 13, 2020

ESPORTS GUIDES  POKÉMON

**BEST POKÉMON ROM HACKS FOR 2023**

April 2, 2023

ESPORTS GUIDES  FORTNITE

**ALL FORTNITE SEASONS TO DATE: THE FULL TIMELINE AND INFO**

August 29, 2023

**ADVERTISEMENT**

**POPULAR ESPORT GAMES**

League of Legends

StarCraft II

CS:GO

Fortnite

PUBG

Dota 2

Overwatch 2

FIFA

**ESPORTS BETTING & ODDS**

Esports Betting Sites
Esports Odds
Esports Betting Offers
CSGO Betting Sites
LoL Betting
Dota 2 Betting Guide
Fantasy LoL
Betting with PayPal

**WIKI & INFORMATION**

Become a Contributor
Esports Tournaments
Top Players
How to Start Streaming

**LANGUAGE**

EN Global ⌄

2023 © Esports.net – All Rights Reserved.

Privacy Policy    Authors