# Exhibit 2

**Page 1**

1

2

3

4

5

6

7

8

9

10

11

12

13    **Reignmakers 101 Your Guide To Getting Started**

14    **https://www.youtube.com/watch?v=oCZFTwDPwy0.**

15

16

17

18

19

20

21

22

23

24

25

                                            Page 2

1              CHRIS COSTA:  All right, guys.
2    Welcome.  I'm Chris Costa, and we're here live at
3    the DraftKings headquarters with the one and only
4    Kalish, co-founder of DraftKings and the
5    originator of the new Reignmakers game.  Matt,
6    I'm super excited to see Reignmakers come to
7    life.  This is a game that I've been waiting for,
8    I've seen a lot of hype around.  Tell us what
9    Reignmakers is.
10             MATT KALISH:  Well, Reignmakers is
11   fantasy football, but at the heart of it is the
12   player card NFTs that are officially licensed by
13   the NFLPA.  So if you're collecting player card
14   NFTs, that's how you're able to build lineups.
15   You know, you use the cards that you own to
16   construct the best lineup, and then you compete
17   against other users of the game for millions of
18   prizes throughout the season.
19             CHRIS COSTA:  DraftKings is bundling
20   all of the amazing things that we already love
21   about the DraftKings universe.  DFS, NFTs,
22   fantasy football, all into one new game.  Talk to
23   me about how I can get started and how I can
24   start playing in Reignmakers football.
25             MATT KALISH:  Yeah, the first step is

                                        Page 3

1    getting some cards.  So every single user on

2    Reignmakers football gets a free full roster

3    starter pack, and that consists of a full roster.

4    You know, you'll get a quarterback, a running

5    back, etcetera, enough to complete your first

6    lineup at the core tier.  And you know, through

7    that pack you'll get, you know, your hands on

8    some good players.  And also, you'll get a better

9    idea of how you might want to improve your team

10   throughout the year.

11           CHRIS COSTA:  So it's almost like I

12   start with a pack opening to get my first look at

13   my fantasy team.  And then I can then make

14   decisions on where I might want to improve?  Is

15   that right?

16           MATT KALISH:  Yeah, that's exactly

17   right.  You know, for most people, the first

18   improvement you'll want to make is for 9.99 you

19   can get your first superstar player.  So the 17,

20   you know, top, top players in fantasy, they're

21   not in the free starter pack.  But every fantasy

22   team is better if you have a great anchor, so the

23   first superstar player for your team for 9.99 you

24   can add that, and you'll just get a random one

25   out of your first pack.

Page 4

1                CHRIS COSTA:  It feels like we're

2      getting a little bit of a hint from Kalish

3      himself.  You're going to want to anchor your

4      team with a superstar.  Am I hearing that right?

5                MATT KALISH:  Yeah.  As you learn the

6      game you'll see every lineup can only have one

7      superstar and so, you know, you want to have a

8      superstar, otherwise, you know, others might in

9      the contest, and you just won't have quite the

10     quality of the team as maybe some other people

11     you're playing against.

12               CHRIS COSTA:  Amazing.  So talk to me

13     about some of the drops and some of the tiers

14     that we can expect, what we should be keeping an

15     eye out for as the season rolls on her, or as we

16     approach the season.

17               MATT KALISH:  Yeah.  So the free

18     starter pack at the core tier, that's really the

19     beginning.  You know, the competition, it's five

20     tiers of competition.  So at the base is the

21     core.  That's where people start, you know.  And

22     you know, the cards you get out of the free

23     starter pack and your free superstar, those are

24     at the core tier.

25               And from there, though, you can advance

Page 5

1  and grow your team and build to higher and higher

2  levels.  So there's a rare tier next, elite,

3  legendary, and Reignmaker is really the pinnacle

4  of the game.  So as you just keep building your

5  team adding cards, you can also focus on adding

6  scarcer cards that allow you to compete at higher

7  levels of the competition.

8          CHRIS COSTA:  Amazing.  And then each

9  player based on who they are, what their position

10  in the world of football is, superstar, play

11  maker, defender, I assume they have a different

12  way in which they earn points in the game?  Is

13  that correct?

14          MATT KALISH:  Yeah.  The scoring in the

15  fantasy game is very similar to if you've played

16  DraftKings daily fantasy.  The scoring really

17  works, you know, the same way.  There's a classic

18  set that consists of all the Sunday games.

19  There's what we call showdown, which are the one-

20  game sets where you pick a captain, and you fill

21  out the rest of your lineup with flex players.

22  So it's very similar if you've played DraftKings

23  DFS.  The scoring will seem very familiar to you

24  right away.

25          CHRIS COSTA:  Not only are we combining

1  DFS, not only are we combining the world of NFTs,

2  not only are we combining fantasy sports, but to

3  me it sounds like there's a collectability around

4  some of these items.  The marketplace plays a

5  role in that where customers have the ability or

6  users have the ability to buy and sell individual

7  cards.  Is that correct?

8          MATT KALISH:  Yeah.  There's a few ways

9  to really like build your team once you get the

10 starter cards.  You know, some of the most

11 popular ways are opening packs, you know, during

12 our pack drops.  You can, you know, rip open

13 packs that exist across, you know, different

14 levels, different tiers.  So like a core pack

15 would contain cards from like the core tier.

16          CHRIS COSTA:  Yeah.

17          MATT KALISH:  Whereas legendary pack

18 would help you get really, you know, limited

19 exclusive cards at a higher tier and will help

20 position you for the higher level of competition.

21 Often auctions are going on where you can pick up

22 like very elite cards, Reignmakers and things

23 that are really at the top tier of the game.  You

24 know, those will go through our auction platform.

25          And then with other players, you know,

1  at any time you can list for sale any of your

2  cards that you own where other players of the

3  game can pick it up, and you can buy other cards

4  that other players list.  And those are really

5  the main ways to build out your team.

6           CHRIS COSTA:  Talk to me about what we

7  can win.  What are we after?  What does the

8  prizing look like?  As DraftKings is known,

9  incredible prizes across all competitions and all

10 contests.  What can we win playing Reignmakers?

11          MATT KALISH:  Yeah.  So by owning the

12 player card NFT and being able to complete

13 lineups, that allows you to go compete every

14 single week of the football season for over a

15 million dollars in prizing.  And there's no fee

16 in any of these contests.  It's through the

17 ownership of the player card.  That's what allows

18 you to really go compete for the prizing with no

19 additional fee.

20          And so over a million every week is the

21 start.  You can also win, you know, prize packs

22 and some really high end player cards to help you

23 improve your team in contests.  And there'll be

24 other things like experiences, memorabilia, swag,

25 lots of stuff up for grabs throughout the year.

1           One thing probably worth mentioning as

2    well, there's going to be a world champion of

3    Reignmakers.  It's not like we're just launching

4    this and, you know, no one wins.  There's going

5    to be --

6               CHRIS COSTA:  The Reignmaker.

7               MATT KALISH:  -- a world champion.

8    Yeah.  And that will be determined through a 50-

9    person live final in New Orleans week 15 of the

10   football season.

11              CHRIS COSTA:  Amazing.

12              MATT KALISH:  So during the first 12

13   weeks, you know, people will be competing in

14   qualifiers to try to get access to compete in

15   that live final.  And then the winner will take

16   home, you know, $250,000 for first prize.  The

17   other contenders will share a million.  So it'll

18   be like a really nice, I think, way of

19   recognizing the true goat of Reignmakers this

20   year.

21              CHRIS COSTA:  Outside of millions of

22   dollars in prizes every week, what are the other

23   rewards that we can earn as players of the game?

24   Is there additional gamification?  Are there in-

25   game rewards?  What types of things can we look

```
 1   to unlock?
 2            MATT KALISH:  Yeah.  In addition to the
 3   contests that you're competing for over a million
 4   every week in prizing, there's millions more up
 5   for grabs through a few other programs.  You
 6   know, for example, we have a franchise score
 7   leaderboard that in various points throughout the
 8   year we will take snapshots.  And based on your
 9   rank in the leaderboard, or based on if you're
10   clearing a certain amount of franchise score
11   points, you know, you can earn additional
12   rewards.  They'll help you in the game, cash
13   prizes, experiences, and things like that.
14            In one example, like the top ten
15   franchise scores on November 30th all go to the
16   world championship in New Orleans just to give
17   you an idea for the type of things that you can
18   earn on the franchise score leaderboard.
19            Also, there's achievements, which
20   really reward season-long performance.  So it'll
21   be things if you've played the DFF achievements
22   that will look familiar, like how many total
23   touchdowns your teams have scored throughout the
24   season and things like that.  And you know,
25   through those mechanics, you'll be able to earn
```

Page 10

1   additional rewards.  Missions is coming sometime

2   mid-season where, you know, one off challenges

3   during the year you can yield prizing.

4           And then also, like as you're shopping

5   in the marketplace, you know, there's various

6   ways that you can earn crowns, and crowns really

7   help you advance in the loyalty program across

8   DraftKings.  You know, you can earn crowns that

9   you can spend in the store.  You can buy merch,

10  you can buy swag, contest entries, and all of

11  this sort of stuff.

12          CHRIS COSTA:  Okay.  So maybe the most

13  important question is how do I play.

14          MATT KALISH:  So in the pre-season,

15  most people are just opening packs and, you know,

16  trading cards around on the marketplace.  But

17  once the season starts and the fantasy contests

18  are out there, that's when it gets very

19  interesting.

20          So to start, you pick a contest to

21  enter, and then you construct a lineup using your

22  player card NFTs that you own.  And you need to

23  make sure that lineup, it meets the positional

24  requirements, and also that it meets the rarity

25  requirements of the contest.

1              CHRIS COSTA:  So talk to me about

2     positional requirements first, and then I want to

3     talk about rarity.  But what are the positional

4     requirements for a lineup?

5              MATT KALISH:  So in classic contests,

6     there's a five-player roster that includes, you

7     know -- it's going to look familiar if you've

8     played fantasy.  There's a quarterback, a running

9     back, there's a wide receiver, and then there's

10    like a wide receiver tight end slot, and then

11    there's a flex.

12             The flex includes kickers, it includes

13    defense.  So there's going to be a great variety

14    of different like roster combinations that are

15    possible.  And each lineup can consist of one at

16    the most superstar.  And so like if you have

17    multiple, you can only pick one to put in each

18    lineup.

19             CHRIS COSTA:  Got it.  That makes

20    sense.  Now, within the worlds of Reignmakers,

21    there are different tiers of competition, right?

22    Those tiers of competition are opened up based on

23    the rarity of your player cards.  Is that

24    correct?

25             MATT KALISH:  Yeah.  So the cards

Page 12

```
1  become much more scarce at each higher level.  So
2  for example, at the Reignmaker tier, there's only
3  eight of each quarterback, eight of each running
4  back, wide receiver, etcetera.  So like when
5  you're playing at the high, high tiers like
6  Reignmaker, there's going to be very few lineups
7  that you're up against.
8           And in the case of something like core,
9  there's many, many more like cards in existence.
10 So by collecting more rare cards, that unlocks
11 access to higher level contests that have bigger
12 prizing and less competitions that you're up
13 against.
14           CHRIS COSTA:  So for me to play at the
15 Reignmaker level, I need to have a Reignmaker
16 player card.  Is that correct?
17           MATT KALISH:  Yeah.  So each contest
18 has a rarity requirement as well.  So to play at
19 the Reignmaker tier, you need to have at least
20 two cards that are Reignmaker tier cards, and the
21 other three, those can be legendary tier that you
22 play up.  But if you can't meet that requirement,
23 then Reignmaker's too high of a tier and you have
24 to look down.  So really by collecting the more
25 scarce cards, that will allow you to create
```

Page 13

```
 1   lineups at the highest tiers of the game.
 2           CHRIS COSTA:  And as always, the
 3   DraftKings platform will help guide me through
 4   that, what I'm lacking as far as requirements,
 5   what I need to be able to make it to the next
 6   tier I assume?
 7           MATT KALISH:  Yeah.  People will make
 8   these teams in the existing DraftKings fantasy
 9   app.  You know, there's a Reignmakers section.
10   As you're building your lineup, it'll let you
11   know if you don't have the requirements all
12   handled.  It'll also give you access to pick up
13   things from the marketplace that, you know, if
14   you want to add a player to your team to help
15   make a lineup the best, or to meet the
16   requirements, then you can do that right through
17   the app as well.
18           CHRIS COSTA:  Okay.  So I think one of
19   the big questions that a lot of people are going
20   to have is I'm buying a card, I'm buying a pack,
21   I'm investing in Reignmakers, right?  Will my
22   investment carry utility into future seasons,
23   right, or am I just investing in this season?
24   Talk to me a little bit more about that.
25           MATT KALISH:  Yeah.  So the current
```

Page 14

```
 1    season collection -- you know, in a lot of games

 2    like EA Sports Ultimate Team, you know, you buy

 3    cards for the current season and then at the end

 4    of the year they kind of go away, you know, and

 5    you're starting over the next year.  And not

 6    quite the same with Reignmakers.  You know,

 7    there's definitely a heavy focus on the current

 8    season collection and the ability to win tens of

 9    millions of dollars in prizing by competing with

10    your current season collection.

11              And you know, as we build this game for

12    years and years that model is going to continue.

13    But the cards from past seasons have utility as

14    well that goes out into future years.  So among

15    other things, you'll be able to compete in

16    prizing using these past season cards.  That will

17    include, you know, ability to win current season

18    prizing as well as some somewhat lesser cash

19    prizing.

20              There will be recognition on the

21    franchise score leaderboard and the achievements

22    and missions that we'll put together, you know,

23    some of that will be designed against past season

24    collections as well.

25              As far as the second year of the game,
```

Page 15

```
 1  we're building some ways that you can burn past
 2  season cards to improve your current season
 3  collection as well.
 4            CHRIS COSTA:  Wow.
 5            MATT KALISH:  And so that'll be a
 6  decision point for a lot of people.  And in a way
 7  it might kind of counterbalance the idea of you
 8  own these forever, so you can always trade your
 9  cards in the marketplace year after year.  These
10  are NFTs that are officially licensed by the NFL
11  Players Association and, you know, if you burn
12  them then it kind of goes away.  If you keep it,
13  then you can kind of trade it and collect in the
14  marketplace.
15            So we're going to create some
16  decisions.  We're going to create the ability to
17  win prizes, to improve your current season team
18  all using the past seasons' cards.
19            CHRIS COSTA:  The Genesis set is all
20  the rage right now.  It's what everybody's
21  talking about.  I see it all over Instagram, all
22  over Discord.  Talk to me about sets and what we
23  can expect over the next few months.
24            MATT KALISH:  Sure.  So the total
25  amount of cards that we're making at Elite,
```

Page 16

1   Legendary, and Reignmaker tier for the whole

2   season has been defined upfront.  So for example,

3   QB1s, there's going to be eight Reignmakers.

4   There'll be 30 Legendary, and 300 Elite cards for

5   each player that's a QB1 on the checklist.  The

6   way that those come into the game and get

7   introduced, though, is through dropping sets.

8   And you know, Genesis is really the first big

9   checklist set that we've dropped.

10           And that consisted of 501 players, and

11   it consisted of about 20 percent of these

12   guaranteed cards that'll be out there throughout

13   the season.  The rest are really coming through

14   additional sets that will be introduced

15   throughout the year.  You know, the second set is

16   called Elevate.

17           That will be focused around, you know,

18   the introduction of rookies as well as, you know,

19   an additional wave of the guaranteed scarcity

20   cards will be, you know, available through that

21   set and, you know, up until we hit, you know, the

22   scarcity amounts for different players, we will

23   put sets together that introduce those cards to

24   play.

25           CHRIS COSTA:  So cool.  So as we go

1    through the season or as we go through the drop
2    season so to speak, we have a reason as users and
3    as players to stay engaged through each drop
4    because there's new cards or pieces of the
5    checklist that are getting released with each
6    drop that comes out.
7            MATT KALISH:  Yeah.  I think Genesis is
8    this very early set, right?  It's over a month
9    before the football season starts.  There's not
10   like marketing going on.  The contests for the
11   year aren't out.  There's a lot of, I think,
12   growth for the game to come as football season
13   nears.
14            So Genesis is really kind of like an
15   early adopter, very curated experience.  It
16   consists of more high-level cards than typical.
17   You know, and then as we get to Elevate and we
18   get closer to the season, more and more people
19   will be coming in the door getting ready to play
20   football.  And then we'll have additional drops
21   that -- you know, for the period of time will
22   make sense in that context.  You know, like our
23   biggest main set, for example, that'll be like
24   right before the season starts.
25            That'll have lots of packs that people

                                                    Page 18

 1    can jump in, grab some core cards, grab rare
 2    cards.  There'll be some products that are kind
 3    of like more up market as well if you're, you
 4    know, competing Reignmaker wise or anything like
 5    that.
 6               CHRIS COSTA:  Yeah.  I think these pack
 7    drops and these tier drops are so cool, and I
 8    think it's going to be a huge driver for what I
 9    think is going to be a very exciting ecosystem
10    around like pack openings, which we're going to
11    get to momentarily.
12               MATT KALISH:  Yeah.  One of the things
13    I'm excited about working with you on is the live
14    pack opening, which is like the best.
15               CHRIS COSTA:  Yes, it is.
16               MATT KALISH:  It's one of the funnest
17    things that you can do.
18               CHRIS COSTA:  We're going to have some
19    fun.  We're going to have some fun.
20               MATT KALISH:  Yeah, look.  I don't
21    think pack opening is for everyone.  And for
22    people that it's not for you, you can go in the
23    marketplace.  You can shop for cards.  You know,
24    you can look at the exact specific tier and
25    athlete you want, has a fixed price that

Page 19

1    somebody's asking and you can just grab it off

2    the marketplace if you think, you know, the price

3    is fair.

4              CHRIS COSTA:  Yeah.

5              MATT KALISH:  In the case of packs, you

6    never really know what you're going to get.  It's

7    -- you know, there's a checklist.  There's an

8    idea of like the probability, but when you rip a

9    pack, there's nothing quite like that experience.

10   And I think the majority of people really love

11   opening packs, so I look forward to working with

12   you on that.

13             CHRIS COSTA:  Yeah, I can't wait.  I'm

14   a sports card and collectible guy.  I love

15   opening packs -- it's what we do, it's what I do.

16   So, we'll definitely be looking to open up some

17   of these Genesis drops, Elevate drops.  But like

18   Matt said, if you're looking to create a team, if

19   you're looking to curate a team in your own way,

20   you can absolutely hit the marketplace and go buy

21   the individual players that are interesting to

22   you.  But if you're looking for some excitement

23   and you're looking for a rush, you can open some

24   packs.  And you can join us in a few minutes.

25             (End of recording)

```
                                        Page 20
 1            C E R T I F I C A T I O N

 2

 3   I,  Sonya  Ledanski  Hyde,  certify  that  the

 4   foregoing  transcript  is  a  true  and  accurate

 5   record  of  the  proceedings.

 6

 7

 8

 9   _____

10

11   Veritext  Legal  Solutions

12   330  Old  Country  Road

13   Suite  300

14   Mineola,  NY  11501

15

16   Date:   September  21,  2023

17

18

19

20

21

22

23

24

25
```

**1**

**101**   1:13
**11501**   20:14
**12**   8:12
**12151**   20:8
**15**   8:9
**17**   3:19

**2**

**20**   16:11
**2023**   20:16
**21**   20:16
**250,000**   8:16

**3**

**30**   16:4
**300**   16:4 20:13
**30th**   9:15
**330**   20:12

**5**

**50**   8:8
**501**   16:10

**9**

**9.99**   3:18,23

**a**

**ability**   6:5,6
   14:8,17 15:16
**able**   2:14 7:12
   9:25 13:5
   14:15
**absolutely**
   19:20
**access**   8:14
   12:11 13:12

**accurate**   20:4
**achievements**
   9:19,21 14:21
**add**   3:24 13:14
**adding**   5:5,5
**addition**   9:2
**additional**   7:19
   8:24 9:11 10:1
   16:14,19 17:20
**adopter**   17:15
**advance**   4:25
   10:7
**allow**   5:6 12:25
**allows**   7:13,17
**amazing**   2:20
   4:12 5:8 8:11
**amount**   9:10
   15:25
**amounts**   16:22
**anchor**   3:22 4:3
**app**   13:9,17
**approach**   4:16
**asking**   19:1
**association**
   15:11
**assume**   5:11
   13:6
**athlete**   18:25
**auction**   6:24
**auctions**   6:21
**available**   16:20

**b**

**back**   3:5 11:9
   12:4

**base**   4:20
**based**   5:9 9:8,9
   11:22
**beginning**   4:19
**best**   2:16 13:15
   18:14
**better**   3:8,22
**big**   13:19 16:8
**bigger**   12:11
**biggest**   17:23
**bit**   4:2 13:24
**build**   2:14 5:1
   6:9 7:5 14:11
**building**   5:4
   13:10 15:1
**bundling**   2:19
**burn**   15:1,11
**buy**   6:6 7:3
   10:9,10 14:2
   19:20
**buying**   13:20
   13:20

**c**

**c**   20:1,1
**call**   5:19
**called**   16:16
**captain**   5:20
**card**   2:12,13
   7:12,17 10:22
   12:16 13:20
   19:14
**cards**   2:15 3:1
   4:22 5:5,6 6:7
   6:10,15,19,22
   7:2,3,22 10:16

   11:23,25 12:9
   12:10,20,20,25
   14:3,13,16
   15:2,9,18,25
   16:4,12,20,23
   17:4,16 18:1,2
   18:23
**carry**   13:22
**case**   12:8 19:5
**cash**   9:12 14:18
**certain**   9:10
**certify**   20:3
**challenges**   10:2
**champion**   8:2,7
**championship**
   9:16
**checklist**   16:5,9
   17:5 19:7
**chris**   2:1,2,19
   3:11 4:1,12 5:8
   5:25 6:16 7:6
   8:6,11,21
   10:12 11:1,19
   12:14 13:2,18
   15:4,19 16:25
   18:6,15,18
   19:4,13
**classic**   5:17
   11:5
**clearing**   9:10
**closer**   17:18
**collect**   15:13
**collectability**
   6:3

collectible   19:14
collecting   2:13   12:10,24
collection   14:1   14:8,10 15:3
collections   14:24
combinations   11:14
combining   5:25   6:1,2
come   2:6 16:6   17:12
comes   17:6
coming   10:1   16:13 17:19
compete   2:16   5:6 7:13,18   8:14 14:15
competing   8:13   9:3 14:9 18:4
competition   4:19,20 5:7   6:20 11:21,22
competitions   7:9 12:12
complete   3:5   7:12
consist   11:15
consisted   16:10   16:11
consists   3:3   5:18 17:16

construct   2:16   10:21
contain   6:15
contenders   8:17
contest   4:9   10:10,20,25   12:17
contests   7:10   7:16,23 9:3   10:17 11:5   12:11 17:10
context   17:22
continue   14:12
cool   16:25 18:7
core   3:6 4:18   4:21,24 6:14   6:15 12:8 18:1
correct   5:13   6:7 11:24   12:16
costa   2:1,2,19   3:11 4:1,12 5:8   5:25 6:16 7:6   8:6,11,21   10:12 11:1,19   12:14 13:2,18   15:4,19 16:25   18:6,15,18   19:4,13
counterbalance   15:7
country   20:12
create   12:25   15:15,16 19:18

crowns   10:6,6   10:8
curate   19:19
curated   17:15
current   13:25   14:3,7,10,17   15:2,17
customers   6:5

**d**

daily   5:16
date   20:16
decision   15:6
decisions   3:14   15:16
defender   5:11
defense   11:13
defined   16:2
definitely   14:7   19:16
designed   14:23
determined   8:8
dff   9:21
dfs   2:21 5:23   6:1
different   5:11   6:13,14 11:14   11:21 16:22
discord   15:22
dollars   7:15   8:22 14:9
door   17:19
draftkings   2:3   2:4,19,21 5:16   5:22 7:8 10:8   13:3,8

driver   18:8
drop   17:1,3,6
dropped   16:9
dropping   16:7
drops   4:13 6:12   17:20 18:7,7   19:17,17

**e**

e   20:1
ea   14:2
early   17:8,15
earn   5:12 8:23   9:11,18,25   10:6,8
ecosystem   18:9
eight   12:3,3   16:3
elevate   16:16   17:17 19:17
elite   5:2 6:22   15:25 16:4
engaged   17:3
enter   10:21
entries   10:10
etcetera   3:5   12:4
everybody's   15:20
exact   18:24
exactly   3:16
example   9:6,14   12:2 16:2   17:23
excited   2:6   18:13

**excitement** 19:22
**exciting** 18:9
**exclusive** 6:19
**exist** 6:13
**existence** 12:9
**existing** 13:8
**expect** 4:14 15:23
**experience** 17:15 19:9
**experiences** 7:24 9:13
**eye** 4:15

### f

**f** 20:1
**fair** 19:3
**familiar** 5:23 9:22 11:7
**fantasy** 2:11,22 3:13,20,21 5:15,16 6:2 10:17 11:8 13:8
**far** 13:4 14:25
**fee** 7:15,19
**feels** 4:1
**fill** 5:20
**final** 8:9,15
**first** 2:25 3:5 3:12,17,19,23 3:25 8:12,16 11:2 16:8
**five** 4:19 11:6

**fixed** 18:25
**flex** 5:21 11:11 11:12
**focus** 5:5 14:7
**focused** 16:17
**football** 2:11 2:22,24 3:2 5:10 7:14 8:10 17:9,12,20
**foregoing** 20:4
**forever** 15:8
**forward** 19:11
**founder** 2:4
**franchise** 9:6 9:10,15,18 14:21
**free** 3:2,21 4:17 4:22,23
**full** 3:2,3
**fun** 18:19,19
**funnest** 18:16
**future** 13:22 14:14

### g

**game** 2:5,7,17 2:22 4:6 5:4,12 5:15,20 6:23 7:3 8:23,25 9:12 13:1 14:11,25 16:6 17:12
**games** 5:18 14:1
**gamification** 8:24

**genesis** 15:19 16:8 17:7,14 19:17
**getting** 1:13 3:1 4:2 17:5,19
**give** 9:16 13:12
**go** 6:24 7:13,18 9:15 14:4 16:25 17:1 18:22 19:20
**goat** 8:19
**goes** 14:14 15:12
**going** 4:3 6:21 8:2,4 11:7,13 12:6 13:19 14:12 15:15,16 16:3 17:10 18:8,9,10,18,19 19:6
**good** 3:8
**grab** 18:1,1 19:1
**grabs** 7:25 9:5
**great** 3:22 11:13
**grow** 5:1
**growth** 17:12
**guaranteed** 16:12,19
**guide** 1:13 13:3
**guy** 19:14
**guys** 2:1

### h

**handled** 13:12
**hands** 3:7
**headquarters** 2:3
**hearing** 4:4
**heart** 2:11
**heavy** 14:7
**help** 6:18,19 7:22 9:12 10:7 13:3,14
**high** 7:22 12:5 12:5,23 17:16
**higher** 5:1,1,6 6:19,20 12:1 12:11
**highest** 13:1
**hint** 4:2
**hit** 16:21 19:20
**home** 8:16
**https** 1:14
**huge** 18:8
**hyde** 20:3
**hype** 2:8

### i

**idea** 3:9 9:17 15:7 19:8
**important** 10:13
**improve** 3:9,14 7:23 15:2,17
**improvement** 3:18
**include** 14:17

**includes** 11:6
  11:12,12
**incredible** 7:9
**individual** 6:6
  19:21
**instagram**
  15:21
**interesting**
  10:19 19:21
**introduce**
  16:23
**introduced**
  16:7,14
**introduction**
  16:18
**investing** 13:21
  13:23
**investment**
  13:22
**it'll** 8:17 9:20
  13:10,12
**items** 6:4

**j**

**join** 19:24
**jump** 18:1

**k**

**kalish** 2:4,10
  2:25 3:16 4:2,5
  4:17 5:14 6:8
  6:17 7:11 8:7
  8:12 9:2 10:14
  11:5,25 12:17
  13:7,25 15:5
  15:24 17:7

  18:12,16,20
  19:5
**keep** 5:4 15:12
**keeping** 4:14
**kickers** 11:12
**kind** 14:4 15:7
  15:12,13 17:14
  18:2
**know** 2:15 3:4
  3:6,7,17,20 4:7
  4:8,19,21,22
  5:17 6:10,11
  6:12,13,18,24
  6:25 7:21 8:4
  8:13,16 9:6,11
  9:24 10:2,5,8
  10:15 11:7
  13:9,11,13
  14:1,2,4,6,11
  14:17,22 15:11
  16:8,15,17,18
  16:20,21,21
  17:17,21,22
  18:4,23 19:2,6
  19:7
**known** 7:8

**l**

**lacking** 13:4
**launching** 8:3
**leaderboard**
  9:7,9,18 14:21
**learn** 4:5
**ledanski** 20:3
**legal** 20:11

**legendary** 5:3
  6:17 12:21
  16:1,4
**lesser** 14:18
**level** 6:20 12:1
  12:11,15 17:16
**levels** 5:2,7
  6:14
**licensed** 2:12
  15:10
**life** 2:7
**limited** 6:18
**lineup** 2:16 3:6
  4:6 5:21 10:21
  10:23 11:4,15
  11:18 13:10,15
**lineups** 2:14
  7:13 12:6 13:1
**list** 7:1,4
**little** 4:2 13:24
**live** 2:2 8:9,15
  18:13
**long** 9:20
**look** 3:12 7:8
  8:25 9:22 11:7
  12:24 18:20,24
  19:11
**looking** 19:16
  19:18,19,22,23
**lot** 2:8 13:19
  14:1 15:6
  17:11
**lots** 7:25 17:25
**love** 2:20 19:10
  19:14

**loyalty** 10:7

**m**

**main** 7:5 17:23
**majority** 19:10
**make** 3:13,18
  10:23 13:5,7
  13:15 17:22
**maker** 5:11
**makes** 11:19
**making** 15:25
**market** 18:3
**marketing**
  17:10
**marketplace**
  6:4 10:5,16
  13:13 15:9,14
  18:23 19:2,20
**matt** 2:5,10,25
  3:16 4:5,17
  5:14 6:8,17
  7:11 8:7,12 9:2
  10:14 11:5,25
  12:17 13:7,25
  15:5,24 17:7
  18:12,16,20
  19:5,18
**mechanics** 9:25
**meet** 12:22
  13:15
**meets** 10:23,24
**memorabilia**
  7:24
**mentioning** 8:1
**merch** 10:9

**mid** 10:2
**million** 7:15,20
8:17 9:3
**millions** 2:17
8:21 9:4 14:9
**mineola** 20:14
**minutes** 19:24
**missions** 10:1
14:22
**model** 14:12
**momentarily**
18:11
**month** 17:8
**months** 15:23
**multiple** 11:17

**n**

**n** 20:1
**nears** 17:13
**need** 10:22
12:15,19 13:5
**never** 19:6
**new** 2:5,22 8:9
9:16 17:4
**nfl** 15:10
**nflpa** 2:13
**nft** 7:12
**nfts** 2:12,14,21
6:1 10:22
15:10
**nice** 8:18
**november** 9:15
**ny** 20:14

**o**

**o** 20:1
**oczftwdpwy0**
1:14
**officially** 2:12
15:10
**okay** 10:12
13:18
**old** 20:12
**once** 6:9 10:17
**open** 6:12
19:16,23
**opened** 11:22
**opening** 3:12
6:11 10:15
18:14,21 19:11
19:15
**openings** 18:10
**originator** 2:5
**orleans** 8:9
9:16
**outside** 8:21
**own** 2:15 7:2
10:22 15:8
19:19
**ownership** 7:17
**owning** 7:11

**p**

**pack** 3:3,7,12
3:21,25 4:18
4:23 6:12,14
6:17 13:20
18:6,10,14,21
19:9

**packs** 6:11,13
7:21 10:15
17:25 19:5,11
19:15,24
**past** 14:13,16
14:23 15:1,18
**people** 3:17
4:10,21 8:13
10:15 13:7,19
15:6 17:18,25
18:22 19:10
**percent** 16:11
**performance**
9:20
**period** 17:21
**person** 8:9
**pick** 5:20 6:21
7:3 10:20
11:17 13:12
**pieces** 17:4
**pinnacle** 5:3
**platform** 6:24
13:3
**play** 5:10 10:13
12:14,18,22
16:24 17:19
**played** 5:15,22
9:21 11:8
**player** 2:12,13
3:19,23 5:9
7:12,17,22
10:22 11:6,23
12:16 13:14
16:5

**players** 3:8,20
5:21 6:25 7:2,4
8:23 15:11
16:10,22 17:3
19:21
**playing** 2:24
4:11 7:10 12:5
**plays** 6:4
**point** 15:6
**points** 5:12 9:7
9:11
**popular** 6:11
**position** 5:9
6:20
**positional**
10:23 11:2,3
**possible** 11:15
**pre** 10:14
**price** 18:25
19:2
**prize** 7:21 8:16
**prizes** 2:18 7:9
8:22 9:13
15:17
**prizing** 7:8,15
7:18 9:4 10:3
12:12 14:9,16
14:18,19
**probability**
19:8
**probably** 8:1
**proceedings**
20:5
**products** 18:2

**program** 10:7
**programs** 9:5
**put** 11:17 14:22
16:23

**q**

**qb1** 16:5
**qb1s** 16:3
**qualifiers** 8:14
**quality** 4:10
**quarterback**
3:4 11:8 12:3
**question** 10:13
**questions** 13:19
**quite** 4:9 14:6
19:9

**r**

**r** 20:1
**rage** 15:20
**random** 3:24
**rank** 9:9
**rare** 5:2 12:10
18:1
**rarity** 10:24
11:3,23 12:18
**ready** 17:19
**really** 4:18 5:3
5:16 6:9,18,23
7:4,18,22 8:18
9:20 10:6
12:24 16:8,13
17:14 19:6,10
**reason** 17:2
**receiver** 11:9
11:10 12:4

**recognition**
14:20
**recognizing**
8:19
**record** 20:5
**recording**
19:25
**reignmaker** 5:3
8:6 12:2,6,15
12:15,19,20
16:1 18:4
**reignmaker's**
12:23
**reignmakers**
1:13 2:5,6,9,10
2:24 3:2 6:22
7:10 8:3,19
11:20 13:9,21
14:6 16:3
**released** 17:5
**requirement**
12:18,22
**requirements**
10:24,25 11:2
11:4 13:4,11
13:16
**rest** 5:21 16:13
**reward** 9:20
**rewards** 8:23
8:25 9:12 10:1
**right** 2:1 3:15
3:17 4:4 5:24
11:21 13:16,21
13:23 15:20
17:8,24

**rip** 6:12 19:8
**road** 20:12
**role** 6:5
**rolls** 4:15
**rookies** 16:18
**roster** 3:2,3
11:6,14
**running** 3:4
11:8 12:3
**rush** 19:23

**s**

**sale** 7:1
**scarce** 12:1,25
**scarcer** 5:6
**scarcity** 16:19
16:22
**score** 9:6,10,18
14:21
**scored** 9:23
**scores** 9:15
**scoring** 5:14,16
5:23
**season** 2:18
4:15,16 7:14
8:10 9:20,24
10:2,14,17
13:23 14:1,3,8
14:10,16,17,23
15:2,2,17 16:2
16:13 17:1,2,9
17:12,18,24
**seasons** 13:22
14:13 15:18
**second** 14:25
16:15

**section** 13:9
**see** 2:6 4:6
15:21
**seem** 5:23
**seen** 2:8
**sell** 6:6
**sense** 11:20
17:22
**september**
20:16
**set** 5:18 15:19
16:9,15,21
17:8,23
**sets** 5:20 15:22
16:7,14,23
**share** 8:17
**shop** 18:23
**shopping** 10:4
**showdown**
5:19
**signature** 20:8
**similar** 5:15,22
**single** 3:1 7:14
**slot** 11:10
**snapshots** 9:8
**solutions** 20:11
**somebody's**
19:1
**somewhat**
14:18
**sonya** 20:3
**sort** 10:11
**sounds** 6:3
**speak** 17:2

**[specific - www.youtube.com]**                                    Page 7

| | | | |
|---|---|---|---|
| **specific**  18:24 | **talking**  15:21 | **total**  9:22 15:24 | **w** |
| **spend**  10:9 | **team**  3:9,13,22 | **touchdowns** | |
| **sports**  6:2 14:2 | 3:23 4:4,10 5:1 | 9:23 | **wait**  19:13 |
| 19:14 | 5:5 6:9 7:5,23 | **trade**  15:8,13 | **waiting**  2:7 |
| **start**  2:24 3:12 | 13:14 14:2 | **trading**  10:16 | **want**  3:9,14,18 |
| 4:21 7:21 | 15:17 19:18,19 | **transcript**  20:4 | 4:3,7 11:2 |
| 10:20 | **teams**  9:23 13:8 | **true**  8:19 20:4 | 13:14 18:25 |
| **started**  1:13 | **tell**  2:8 | **try**  8:14 | **watch**  1:14 |
| 2:23 | **ten**  9:14 | **two**  12:20 | **wave**  16:19 |
| **starter**  3:3,21 | **tens**  14:8 | **type**  9:17 | **way**  5:12,17 |
| 4:18,23 6:10 | **thing**  8:1 | **types**  8:25 | 8:18 15:6 16:6 |
| **starting**  14:5 | **things**  2:20 | **typical**  17:16 | 19:19 |
| **starts**  10:17 | 6:22 7:24 8:25 | **u** | **ways**  6:8,11 7:5 |
| 17:9,24 | 9:13,17,21,24 | | 10:6 15:1 |
| **stay**  17:3 | 13:13 14:15 | **ultimate**  14:2 | **we've**  16:9 |
| **step**  2:25 | 18:12,17 | **universe**  2:21 | **week**  7:14,20 |
| **store**  10:9 | **think**  8:18 | **unlock**  9:1 | 8:9,22 9:4 |
| **stuff**  7:25 10:11 | 13:18 17:7,11 | **unlocks**  12:10 | **weeks**  8:13 |
| **suite**  20:13 | 18:6,8,9,21 | **upfront**  16:2 | **welcome**  2:2 |
| **sunday**  5:18 | 19:2,10 | **use**  2:15 | **wide**  11:9,10 |
| **super**  2:6 | **three**  12:21 | **user**  3:1 | 12:4 |
| **superstar**  3:19 | **tier**  3:6 4:18,24 | **users**  2:17 6:6 | **win**  7:7,10,21 |
| 3:23 4:4,7,8,23 | 5:2 6:15,19,23 | 17:2 | 14:8,17 15:17 |
| 5:10 11:16 | 12:2,19,20,21 | **using**  10:21 | **winner**  8:15 |
| **sure**  10:23 | 12:23 13:6 | 14:16 15:18 | **wins**  8:4 |
| 15:24 | 16:1 18:7,24 | **utility**  13:22 | **wise**  18:4 |
| **swag**  7:24 | **tiers**  4:13,20 | 14:13 | **working**  18:13 |
| 10:10 | 6:14 11:21,22 | **v** | 19:11 |
| **t** | 12:5 13:1 | | **works**  5:17 |
| | **tight**  11:10 | **v**  1:14 | **world**  5:10 6:1 |
| **t**  20:1,1 | **time**  7:1 17:21 | **variety**  11:13 | 8:2,7 9:16 |
| **take**  8:15 9:8 | **together**  14:22 | **various**  9:7 | **worlds**  11:20 |
| **talk**  2:22 4:12 | 16:23 | 10:5 | **worth**  8:1 |
| 7:6 11:1,3 | **top**  3:20,20 | **veritext**  20:11 | **wow**  15:4 |
| 13:24 15:22 | 6:23 9:14 | | **www.youtub...** |
| | | | 1:14 |

**[yeah - yield]**                                     Page 8

| y |
|---|
| **yeah**  2:25 3:16 |
|    4:5,17 5:14 6:8 |
|    6:16 7:11 8:8 |
|    9:2 11:25 |
|    12:17 13:7,25 |
|    17:7 18:6,12 |
|    18:20 19:4,13 |
| **year**  3:10 7:25 |
|    8:20 9:8 10:3 |
|    14:4,5,25 15:9 |
|    15:9 16:15 |
|    17:11 |
| **years**  14:12,12 |
|    14:14 |
| **yield**  10:3 |