# Exhibit 4









