UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, JASON K. PARK, and MATTHEW KALISH,<br><br>Defendants. | Case No. 1:23-cv-10524<br><br>**CLASS ACTION** |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned counsel, Patrick T. Egan, hereby moves that this court enter an Order granting leave to Faisal Q. Haider, Kirby McInerney LLP, 250 Park Avenue, Suite 820, New York, New York 10177, to appear on behalf of Plaintiff Justin DuFoe in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1)   Faisal Q. Haider is and has been a member in good standing of the bar of the State of New Jersey since May 9, 2023.  In addition, Faisal Q. Haider has been admitted to practice in the U.S. District Court for the District of New Jersey as of September 19, 2023;

2)   There are no disciplinary proceedings pending against Faisal Q. Haider as a member of the bar in any jurisdiction, nor has he been subject to any such disciplinary proceedings in the past;

3)   Faisal Q. Haider has reviewed the rules of this Court and will abide by the rules of this Court; and

4)      In further support of this motion, Faisal Q. Haider has submitted herewith his Affidavit as required by Local Rule 83.5.3, which is attached hereto as **Exhibit A**.

WHEREFORE, the undersigned counsel respectfully moves that Faisal Q. Haider be admitted to practice before this Court *pro hac vice*.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

In compliance with Local Rule 7.1(a)(2), counsel for Movant conferred with counsel for Defendants, who do not oppose the relief requested.

DATED: October 13, 2023                                   Respectfully submitted,

**BERMAN TABACCO**

*/s/ Patrick T. Egan*
Patrick T. Egan (BBO #637477)
Justin N. Saif (BBO #660679)
1 Liberty Square
Boston, MA 02109
617.542.8300
pegan@bermantabacco.com
jsaif@bermantabacco.com

*Local Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants.


DATED:  October 13, 2023                                          */s/ Patrick T. Egan*  
                                                                                  Patrick T. Egan