# **EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, JASON K. PARK, and MATTHEW KALISH,<br><br>Defendants. | Case No. 1:23-cv-10524<br><br>**CLASS ACTION** |

### AFFIDAVIT OF FAISAL Q. HAIDER IN SUPPORT OF HIS MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the United District Court for the District of Massachusetts, I, Faisal Q. Haider, hereby certify that:

1) I have been a member in good standing of the bar of the State of New Jersey since May 9, 2023.

2) I am also admitted to practice in the U.S. District Court for the District of New Jersey.

3) I am a member in good standing in every jurisdiction where I have been admitted to practice.

4) There are no disciplinary proceedings against me as a member of any Bar in any jurisdiction, and I have never been subject to any such disciplinary proceeding in the past.

5) I have not previously had a *pro hac vice* application to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

6) I have reviewed the rules of this Court and agree to abide by the rules of this Court.

7) My name, firm name, street address, telephone number, and fax number are as follows:

>Faisal Q. Haider
>Kirby McInerney LLP
>250 Park Avenue, Suite 820
>New York, New York 10177
>(Tel.) 212.371.6600
>(Fax) 212.751.2540

DATED: October 13, 2023                                                                 Respectfully submitted,

*/s/ Faisal Q. Haider*
Faisal Q. Haider
