UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, JASON K. PARK, and MATTHEW KALISH,<br><br>       Defendants. | Case No. 23-cv-10524-DJC<br><br><u>CLASS ACTION</u><br><br>Honorable Judge Denise J. Casper |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Lead Plaintiff[1] Justin Dufoe, through undersigned counsel and on behalf of the proposed Settlement Class, respectfully moves this Court pursuant to Federal Rule of Civil Procedure Rule 23(e) for entry of an Order: (i) granting preliminary approval of the proposed Settlement with Defendants; (ii) conditionally certifying the proposed Settlement Class for settlement purposes only; (iii) appointing Lead Plaintiff as Class Representative; (iv) appointing Lead Plaintiff's Counsel as Class Counsel for the Settlement Class; (v) approving the proposed form and manner of giving notice of the Settlement to the Settlement Class; (vi) directing that notice be given to the Settlement Class; and (vii) scheduling a hearing at which time the Court will consider the request for final approval of the Settlement and request for attorneys' fees and reimbursement of expenses to Class Counsel and request for a service award to Lead Plaintiff.

Defendants do not oppose the relief requested in this Motion.

---

[1] Unless otherwise indicated, defined terms shall have the definitions set forth in the Stipulation of Settlement ("Settlement" or "Settlement Agreement"). The Settlement Agreement and its exhibits are attached as Exhibit 1 to the Declaration of Sarah E. Flohr in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Settlement filed herewith.

Dated: February 26, 2025                                    Respectfully submitted,

**KIRBY McINERNEY LLP**

*/s/ Sarah E. Flohr*
Sarah E. Flohr (*pro hac vice*)
250 Park Avenue, Suite 820
New York City, New York 10177
212.371.6600
sflohr@kmllp.com

Anthony F. Fata (*pro hac vice*)
Cormac Broeg (*pro hac vice*)
211 West Wacker Drive, Suite 550
Chicago, Illinois 60606
312.767.5180
afata@kmllp.com
cbroeg@kmllp.com

*Lead Counsel for Lead Plaintiff Dufoe*

**BERMAN TABACCO**
Patrick T. Egan (BBO #637477)
Justin N. Saif (BBO #660679)
1 Liberty Square
Boston, Massachusetts 02109
617.542.8300
pegan@bermantabacco.com
jsaif@bermantabacco.com

*Local Counsel for Lead Plaintiff Dufoe*

**HANNAFAN & HANNAFAN, LTD.**
Blake T. Hannafan (*pro hac vice*)
161 North Clark Street, Suite 1700
Chicago, Illinois 60601
312.527.0055
bth@hannafanlaw.com

*Additional Counsel for Lead Plaintiff Dufoe*

**G. DOWD LAW LLC**
George Dowd (*pro hac vice*)
161 North Clark Street, 16th Floor
Chicago, IL 60601
312.854.8300
george.dowd@gdowd.law

*Additional Counsel for Lead Plaintiff Dufoe*

**CERTIFICATE OF SERVICE**

    I, Sarah E. Flohr, hereby certify that on February 26, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: February 26, 2025

                                                                                        */s/ Sarah E. Flohr*
                                                                                       Sarah E. Flohr