Cory Siemon
341 Bellestri Drive
Ballwin, MO 63021
May 16, 2025



RE: Dufoe v. DraftKings, Case No. 1:23-cv-10524-DJC — Settlement Objection
Submission

To Whom It May Concern,

Please find enclosed my formal objection to the proposed Settlement, Plan of Allocation,
and Fee and Expense Award in the matter of Dufoe v. DraftKings, Case No. 1:23-cv-
10524-DJC, currently pending in the United States District Court for the District of
Massachusetts.

As a DraftKings NFT Reignmakers participant and purchaser, I am submitting this
objection in accordance with the procedures outlined in the long-form notice provided at
www.DraftKingsNFTSettlement.com. I respectfully request that the Court review my
objection in full, as it outlines concerns over the fairness, scope, and structure of the
proposed settlement.

Should additional documentation or clarification be required, I am available and willing
to provide further information or testimony.

Sincerely,
Cory Siemon
Class Member, Dufoe v. DraftKings

1