**Photo Document Mailer**

**From:**

CORY SIEMON
(757) 286-5905
THE UPS STORE #0559
15009 MANCHESTER RD
BALLWIN  MO 63011-4626

1 LBS     1 OF 1
SHP WT: 1 LBS
DATE: 19 MAY 2025

SHIP  JOHN JOSEPH MOAKLEY US COURTHOUSE
TO:   US DISTRICT CT DISTRCT OF MASS
      STE 2300
      1 COURTHOUSE WAY

BOSTON   MA 02210-3004



MA 023 1-01

UPS GROUND

TRACKING #: 1Z 3Y1 F80 03 7310 7854



BILLING: P/P

REF #2: LR

MM4AV4SURZYK2 ISH 13.00C ZZD230 EP 16.5V 04/2025



SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.                    RRD R 0125