FILED
IN CLERK'S OFFICE

2025 MAY 30 PM 2: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

Keith Downing

13101 Mansfield Dr.

Austin, TX 78732

keith@reignmakerdata.com

512-784-0403


May 16th, 2025


The Honorable Judge Denise J. Casper

United States District Court for the District of Massachusetts

1 Courthouse Way,

Boston, Massachusetts 02210


**Re: Formal Objection to Proposed Plan of Allocation**


JUSTIN DUFOE, on Behalf of Himself

and All Others Similarly Situated, Lead Plaintiff,

v. DRAFTKINGS INC., JASON D. ROBINS,

JASON K. PARK, and MATTHEW KALISH,  Defendants.

Case No. 1:23-cv-10524-DJC


To the Honorable Judge Casper:

- 1 -

I am writing to formally object to the proposed "Plan of Allocation" as set forth on pages 11 and 12 of the **Notice of Pendency and Proposed Settlement of Class Action** distributed to class members.

It is my position that the allocation formula outlined in the proposed Plan is fundamentally flawed and fails to provide for an equitable distribution of settlement proceeds to those class members who have suffered the most substantial harm. The formula in question is as follows:

$$IR = [PP + SP] - [SR + CR + PR]^{[1]}$$

The unfounded inclusion of "Prize Receipts" (PR), representing the cash value or estimated fair market value of prizes awarded through fantasy sports contests held by Draftkings for Reignmakers NFT holders, undermines the integrity and fairness of the formula for several reasons.

First and foremost, this formula mistakenly treats these Prize Receipts as if they offset the economic harm suffered by class members. However, such an approach lacks any basis in the underlying allegations. The Amended Complaint in this matter alleges that "NFTs purchased, sold, and held on the DraftKings Marketplace constitute securities that were not registered in

---

[1] Previously proposed Plan of Allocation.
Where "IR" denotes Individual Recognized Loss, "PP" denotes Primary Market Payments, "SP" denotes Secondary Market Payments", "SR" denotes Secondary Market Receipts, "CR" denotes Closure Receipts, and "PR" represents Prize Receipts

accordance with federal and state law, and that the DK Marketplace is or was a securities exchange".

Securities fraud claims are grounded in the principle that plaintiffs should be compensated for the losses they directly incurred as a result of misrepresentations or omissions made by the defendant **at the time of sale**.

The remedy in a securities law-based settlement should focus on compensating class members for losses directly stemming from the alleged securities violations. The objective being to restore the class members to the financial position they would have occupied had the fraud not occurred, not to account for hypothetical or indirect gains or losses realized at an earlier or later time.

Participation in Reignmakers fantasy sports contests was optional, performance-based, and highly competitive. Prizes were not guaranteed to NFT owners, not directly tied to cumulative NFT ownership, and were awarded based on performance in daily fantasy sports (DFS) contests. These contests, broadly recognized as skill-based in most jurisdictions, required significant time commitment, experience, and data analysis. As such, any proceeds derived from DFS play should be considered derivative in nature and unrelated to the primary injury alleged in the litigation.

Further, the inclusion of PR in the loss formula introduces multiple layers of inequity and uncertainty:

1. **Inflated and Unverifiable Valuations:**

DraftKings often assigned arbitrary or inflated "Fair Market Values" (FMVs) to prize packages, many of which included items such as event tickets or additional NFTs, to encourage customer participation.  In several instances, these FMVs exceeded $20,000, despite the fact that such packages could not be monetized at or near those values in any secondary market. In fact, many prize recipients were unable to claim cash equivalents or liquidate the prizes at all, given their nature and the timing of delivery, and when they could, proceeds often reflected only 20–40% of the reported FMVs. Including these speculative and inflated valuations in the Plan of Allocation results in an unfair reduction of IR for affected class members.

2. **Lack of Consideration for Associated Costs and Losses:**

Advanced DFS players often participate in multiple, overlapping forms of play simultaneously. Many employ "hedging" strategies involving other forms of paid play or sports betting. These activities incurred real costs, which are not factored into the PR calculation. Thus the current formula fails to account for these offsetting losses and other DFS related expenses, further skewing any net benefit derived from contest participation.

3. **Tax Reporting Inconsistencies and Established Legal Distinctions:**

DraftKings reported Prize Receipts as gaming income for the tax years 2022-2024, separate from NFT marketplace activity which was classified as capital asset-related activity. This separation

implies a clear distinction between DFS contest participation and NFT marketplace investment activity. Importantly, Prize Receipts from Reignmakers DFS contests often generated significant tax liabilities for participants which could NOT be offset by NFT Marketplace expenditures. These tax liabilities were assessed based solely on the calendar year in which prizes were received and are not accounted for under the proposed formula. The failure to consider such tax burdens further disadvantages certain class members.

In light of the above, the inclusion of PR in the IR calculation not only distorts the actual harm suffered but also undermines the purpose of securities fraud recovery: to restore class members to the financial position they would have occupied but for the alleged misconduct.

While I recognize the complexities involved in calculating precise losses based on current NFT holdings and valuations at the time the DraftKings Marketplace ceased operations, I respectfully propose a modified formula that removes Prize Receipts from the IR deduction:

**Proposed Revised Formula:**

$$IR = [PP + SP] - [SR + CR]$$

This revised formula aligns more closely with the core principles of securities law and ensures a fairer, more proportionate allocation of damages among class members.

**Conclusion**

For the foregoing reasons, I respectfully object to the Plan of Allocation as currently proposed and request that the Court amend the formula to exclude Prize Receipts (PR) from the Individual Recognized Loss calculation.

Respectfully submitted,

Keith Downing

Class Member

*Please find the attached:*

Settlement Class Member Verification Information

**Settlement Class Member Verification Information**

Class Member: Keith Downing

Class Member Unique ID Number: 3PDX3T44

**Class Member NFT Holdings Summary**

(as of the Marketplace closure on 7/30/2024)

Reignmakers NFL NFTs held:          3,122

Reignmakers UFC NFTs held:          27,561

Reignmakers PGA NFTs held:          2,787

**Total Reignmakers NFTs held:**          **33,470**

**Detailed List of NFTs Owned**

(Included are the details of 50+ NFTs owned by the class member, which should be sufficient to establish membership in the class. If the full history of NFT ownership or transactions is required, please reach out to me directly and I can provide this digitally.)

| name | purchasePrice | rarityTier | collectibleKey collectionName | editionNumber collectibleEditionStatus | purchaseDate |
|---|---|---|---|---|---|
| Arman Tsarukyan: 2023 Genesis Set (REIGNMAKER) | 1099 | Reignmaker | 21756d26ffad4e9daa0d0cc784c683c6 2022-23 Reignmakers UFC | 1 Holding | 2023-06-13 03:58:16 |
| Adam Scott: 2024 Fairway Set (LEGENDARY) | 820 | | d015067d10a849cdb47d4d300342a9c7 Legendary 2024 Reignmakers PGA TOUR | 20 Holding | 2024-04-10 01:45:21 |

| | | | |
|---|---|---|---|
| Brandon Wu: 2024 Fairway Set (REIGNMAKER) | 6128a2dc60a34be4b71b45d2c2ee2d4d | 2 | 2024-04-17 21:31:50 |
| 700 | Reignmaker | 2024 Reignmakers PGA TOUR | Holding |
| Waldo Cortes: 2023 Genesis Set (REIGNMAKER) | 76bac8e4dad444f98c6904ffb7c23b14 | 1 | 2023-01-09 22:17:15 |
| 699 | Reignmaker | 2022-23 Reignmakers UFC | Holding |
| Nathaniel Wood: 2023 Genesis Set (REIGNMAKER) | 21c8b65a467f4dd6acdc18f27a13499b | 1 | 2023-01-12 21:15:15 |
| 694.2 | Reignmaker | 2022-23 Reignmakers UFC | Holding |
| Charlie Campbell: UFC Fight Night 4.6.24 Event Set... | 2d41978ac4614e1e9f626bced3b0eb17 | 1 | 2024-04-05 19:33:47 |
| 625 | Reignmaker | 2024 Reignmakers UFC | Holding |
| Andre Petroski: 2023 Genesis Set Geo (REIGNMAKER) | c276141297a64418878aa3278adc368f | 1 | 2023-03-31 15:30:34 |
| 600 | Reignmaker | 2022-23 Reignmakers UFC | Holding |
| Tatsuro Taira: 2023 Takedown Set (REIGNMAKER) | d8f3704d43bd453ab61c06a9d143f34a | 1 | 2023-12-03 16:18:58 |
| 585 | Reignmaker | 2022-23 Reignmakers UFC | Holding |
| Amon-Ra St. Brown: 2022 Momentum Set (ELITE) | 15b0dbf696434bafa356c6e831f39b6d | 35 | 2022-10-01 13:37:09 |
| 575 | Elite | 2022 Reignmakers Football | Holding |
| Doug Ghim: 2024 Fairway Set (LEGENDARY) | e8cb9672d6304045a182fde7bae392f2 | 3 | 2024-04-16 16:06:23 |
| 569.99 | Legendary | 2024 Reignmakers PGA TOUR | Holding |
| Sam Williams: 2022 Elevate Set (LEGENDARY) | 8f270dbe07c544d1865e5767ddcf4320 | 1 | 2022-09-11 21:08:30 |
| 550 | Legendary | 2022 Reignmakers Football | Holding |
| Leon Edwards: 2023 Genesis Set (REIGNMAKER) | fe5f2720b7a34159b26399b199cdea78 | 1 | 2023-12-13 19:33:26 |
| 535 | Reignmaker | 2022-23 Reignmakers UFC | Holding |
| Aaron Rai: 2024 Fairway Set (LEGENDARY) | d515ae249ef446bfa78121f26aff648d | 8 | 2024-03-12 22:05:04 |
| 525 | Legendary | 2024 Reignmakers PGA TOUR | Holding |
| James Cook: 2022 Momentum Set (LEGENDARY) | 72fe666c8def48ad8f9d2df32a9c447f | 6 | 2022-12-10 16:57:16 |
| 495 | Legendary | 2022 Reignmakers Football | Holding |
| Joe Burrow: 2022 Momentum Set (ELITE) | aaf274188b9440d2b890b3750413f1c4 | 63 | 2023-01-09 15:29:50 |
| 480 | Elite | 2022 Reignmakers Football | Holding |
| Song Yadong: 2023 Genesis Set Geo (REIGNMAKER) | ea1aca8c86a2499a889fc24ac7a0f41d | 1 | 2023-04-23 05:11:54 |
| 450 | Reignmaker | 2022-23 Reignmakers UFC | Holding |
| Collin Morikawa: 2024 Tee Box Set (ELITE) | be18588ec8f64af9ada273d682f55934 | 7 | 2024-03-12 23:35:59 |
| 444.44 | Elite | 2024 Reignmakers PGA TOUR | Holding |
| Dalvin Cook: 2022 Momentum Set (ELITE) | 6f56a50a7ee448e1887060d16a2776c6 | 51 | 2022-12-10 16:39:19 |
| 439 | Elite | 2022 Reignmakers Football | Holding |
| Charlie Campbell: UFC Fight Night 4.6.24 Event Set... | 3b007159f8fa4502819603ee9277203c | 1 | 2024-04-04 18:10:06 |
| 425 | Reignmaker | 2024 Reignmakers UFC | Holding |

- 2 -

| | | | |
|---|---|---|---|
| Julian Marquez: 2024 Collide Set (REIGNMAKER) | e90c26ca0a9d4132986d0b48c6cf1d55 | 1 | 2024-06-03 23:57:52 |
| 420 | Reignmaker | 2024 Reignmakers UFC | Holding |
| Matt Fitzpatrick: 2024 Tee Box Set (ELITE) | b9b7a07e291f468fadb1d53dc7ca7d36 | 35 | 2024-04-10 01:48:22 |
| 420 | Elite | 2024 Reignmakers PGA TOUR | Holding |
| Trevor Lawrence: 2022 Genesis Set (ELITE) | cc3832563e7643dc91b652962ffb2a74 | 4 | 2023-01-04 16:07:03 |
| 400 | Elite | 2022 Reignmakers Football | Holding |
| Stephen Erceg: UFC Fight Night 3.2.24 Event Set (L... | 3a8e6906f05b42848f1bfa5e5f488cdf | 1 | 2024-03-02 18:28:09 |
| 400 | Legendary | 2024 Reignmakers UFC | Holding |
| Shane Lowry: 2024 Fairway Set (ELITE) | b9db340ccc364d6b8738e0c659ced29c | 1 | 2024-04-18 22:26:41 |
| 398 | Elite | 2024 Reignmakers PGA TOUR | Holding |
| Bo Nickal: 2023 Genesis Set (ELITE) | ad8099622d6b49609bc88d8e659f5d01 | 2 | 2023-04-01 02:45:59 |
| 394.46 | Elite | 2022-23 Reignmakers UFC | Holding |
| Amari Cooper: 2022 Momentum Set (ELITE) | 3b3913fc079249a09d5c019281e5dbb6 | 10 | 2022-10-02 16:08:17 |
| 382 | Elite | 2022 Reignmakers Football | Holding |
| Kyungho Kang: 2023 Prizing Set Knockout (REIGNMAKE | b6ed35da4c664d77ad899166962b4890 | 1 | 2023-10-24 19:49:39 |
| 379.95 | Reignmaker | 2022-23 Reignmakers UFC | Holding |
| Joseph Holmes: 2023 Genesis Set (ELITE) | b1452116510e4b818ece5ae9dbe07b55 | 11 | 2023-04-01 02:12:41 |
| 369 | Elite | 2022-23 Reignmakers UFC | Holding |
| Austin Ekeler: 2022 Genesis Set (ELITE) | 4c6e900dc2834498b2bde9a976d7488a | 23 | 2022-11-21 00:33:16 |
| 368 | Elite | 2022 Reignmakers Football | Holding |
| Mike White: 2022 Genesis Set (ELITE) | 25f8c19bd6be45318e0486103b126a58 | 9 | 2022-12-11 14:55:26 |
| 360 | Elite | 2022 Reignmakers Football | Holding |
| Chris Olave: 2022 Elevate Set (ELITE) | 22502f9c45704bb3b28bed6f32bf8106 | 3 | 2022-09-26 21:11:11 |
| 350 | Elite | 2022 Reignmakers Football | Holding |
| Jailton Malhadinho: 2023 Takedown Set (LEGENDARY) | e898588053204784b5616593a1c228e3 | 11 | 2023-05-07 13:13:58 |
| 350 | Legendary | 2022-23 Reignmakers UFC | Holding |
| Caio Borralho: 2023 Genesis Set (LEGENDARY) | 67052cda23fa458387e35bcb39fb6d4a | 2 | 2023-04-29 15:49:24 |
| 349.99 | Legendary | 2022-23 Reignmakers UFC | Holding |
| Tyler Lockett: 2022 Elevate Set (ELITE) | 80ed053ce33d4dfabb9eb39939ee0981 | 23 | 2022-12-11 21:13:40 |
| 310 | Elite | 2022 Reignmakers Football | Holding |
| Sungjae Im: 2024 Tee Box Set (ELITE) | 8d8a1b54d4d94ecbac1c97bab13cda04 | 47 | 2024-03-21 01:07:46 |
| 310 | Elite | 2024 Reignmakers PGA TOUR | Holding |
| Patrick Cantlay: 2024 Playoff Set (ELITE) | 9c82896813e04b6c8fc971b7a909db41 | 9 | 2024-07-01 11:28:17 |
| 300 | Elite | 2024 Reignmakers PGA TOUR | Holding |

| Name | | Token ID | Count | Timestamp |
|---|---|---|---|---|
| Shavkat Rakhmonov: 2023 Genesis Set (LEGENDARY) | | b6f05642099b41baa78d26c0cc7864e8 | 4 | 2023-12-13 11:46:54 |
| 300 | Legendary | 2022-23 Reignmakers UFC | Holding | |
| Zak Cummings: 2023 Takedown Set (LEGENDARY) | | 29486a5d7fdf4ef99e968ec2184bf44a | 10 | 2023-04-11 01:54:49 |
| 299.99 | Legendary | 2022-23 Reignmakers UFC | Holding | |
| Ikram Aliskerov: 2023 Genesis Set (REIGNMAKER) | | b4b2260ba2994941a42bd5f4898cd72e | 1 | 2023-10-26 10:08:53 |
| 299.95 | Reignmaker | 2022-23 Reignmakers UFC | Holding | |
| Aaron Jones: 2022 Momentum Set (LEGENDARY) | | 644ee244c70847359aaa8284de47152c | 6 | 2023-11-05 13:34:39 |
| 295 | Legendary | 2022 Reignmakers Football | Holding | |
| Muhammad Mokaev: 2023 Genesis Set (REIGNMAKER) | 23aa3ce4a5844371a04902851a86d2a5 | | 1 | 2023-12-11 12:31:08 |
| 295 | Reignmaker | 2022-23 Reignmakers UFC | Holding | |
| Alex Noren: 2024 Tee Box Set (ELITE) | | 474a91a3792543b3afc7799b1b3c3292 | 4 | 2024-04-02 16:03:28 |
| 295 | Elite | 2024 Reignmakers PGA TOUR | Holding | |
| Raul Rosas: 2024 Walkout Set (LEGENDARY) | | 3db360bcd198432dbc6027478dd3f291 | 31 | 2024-06-08 18:37:16 |
| 295 | Legendary | 2024 Reignmakers UFC | Holding | |
| Michael Kim: 2024 Fairway Set (LEGENDARY) | | 7d89196987a24c3891638e5bb82df9ed | 3 | 2024-03-26 14:14:58 |
| 294 | Legendary | 2024 Reignmakers PGA TOUR | Holding | |
| Arman Tsarukyan: 2023 Genesis Set (LEGENDARY) | | eaadae52d05d4f96a9b1474265c31833 | 9 | 2023-06-11 06:14:40 |
| 280 | Legendary | 2022-23 Reignmakers UFC | Holding | |
| Nate Maness: UFC Fight Night 6.15.24 Event Set (LE... | | 25acd68eef7b42bc90886988952e336d | 3 | 2024-06-11 21:40:34 |
| 277.78 | Legendary | 2024 Reignmakers UFC | Holding | |
| Davis Mills: 2022 Elevate Set (ELITE) | | 0ea7fee37b3e44399d5c0a9212d34ea9 | 39 | 2022-09-01 11:29:04 |
| 275 | Elite | 2022 Reignmakers Football | Holding | |
| Sergei Pavlovich: 2022-23 Heatwave Set (LEGENDARY) | 5b8346a2226a4f89a909f7110e41eb87 | | 2 | 2023-10-25 05:26:17 |
| 275 | Legendary | 2022-23 Reignmakers UFC | Holding | |
| Jose Mariscal: UFC Fight Night 4.6.24 Event Set He... | | 3cd4b4ed7f4247839bfeb894bb9c640c | 1 | 2024-04-05 17:35:22 |
| 275 | Reignmaker | 2024 Reignmakers UFC | Holding | |
| Austin Ekeler: 2022 Momentum Set (LEGENDARY) | | de4ee2c13c5d4fc588545b272ea1f610 | 17 | 2023-12-03 15:35:32 |
| 275 | Legendary | 2022 Reignmakers Football | Holding | |
| Payton Talbott: UFC 303 Event Set (LEGENDARY) | | 596dad722e1e4bf9baace4aa95deaccf | 4 | 2024-06-28 11:24:51 |
| 275 | Legendary | 2024 Reignmakers UFC | Holding | |
| Tyler Lockett: 2022 Holiday Set (LEGENDARY) | | fcc76609c8c449f895d31c5d688d73fb | 3 | 2022-12-29 02:41:44 |
| 274.65 | Legendary | 2022 Reignmakers Football | Holding | |
| Evan McPherson: 2022 Momentum Set (LEGENDARY) | | 1303f6d744f44374803968c891a13640 | 10 | 2023-11-12 14:27:50 |
| 272.41 | Legendary | 2022 Reignmakers Football | Holding | |