## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>        v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, JASON K. PARK, and MATTHEW KALISH,<br><br>                Defendants. | Case No. 23-cv-10524-DJC<br><br>CLASS ACTION<br><br>Honorable Judge Denise J. Casper |

### LEAD PLAINTIFF'S NOTICE OF MOTION AND
### MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND
### APPROVAL OF PLAN OF ALLOCATION

PLEASE TAKE NOTICE that on July 30, 2025 at 3:00 p.m. at the United States District Court for the District of Massachusetts, at the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210, Lead Plaintiff Justin Dufoe, on behalf of the Class, will respectfully move this Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for entry of orders: (a) granting final approval of the proposed Settlement; and (b) approving the proposed Plan of Allocation.

PLEASE TAKE FURTHER NOTICE that, in support of its motion, Lead Plaintiff submits and is filing herewith: the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation; the Declaration of Anthony F. Fata in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation; the Declaration of Kathleen M. Brauns Regarding Implementation of the Settlement Notice Program; and the Declaration of Justin Dufoe in Support of (i) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and (ii) Lead Counsel's Motion for Attorneys' Fees, Litigation Expenses, and Service Award to Lead Plaintiff.

Defendants do not oppose the relief requested in this Motion.

A proposed order will be submitted with Lead Plaintiff's reply submission on July 23, 2025.

Dated: June 25, 2025                                    Respectfully submitted,

                                                        **KIRBY McINERNEY LLP**

                                                        */s/ Anthony F. Fata*
                                                        Anthony F. Fata (*pro hac vice*)
                                                        Cormac Broeg (*pro hac vice*)
                                                        211 West Wacker Drive, Suite 550
                                                        Chicago, Illinois 60606
                                                        312.767.5180
                                                        afata@kmllp.com
                                                        cbroeg@kmllp.com

                                                        Sarah E. Flohr (*pro hac vice*)
                                                        250 Park Avenue, Suite 820
                                                        New York, New York 10177
                                                        212.371.6600
                                                        sflohr@kmllp.com

                                                        *Lead Counsel for Lead Plaintiff Dufoe*

                                                        **BERMAN TABACCO**
                                                        Patrick T. Egan (BBO #637477)
                                                        Justin N. Saif (BBO #660679)
                                                        1 Liberty Square
                                                        Boston, Massachusetts 02109
                                                        617.542.8300
                                                        pegan@bermantabacco.com
                                                        jsaif@bermantabacco.com

                                                        *Local Counsel for Lead Plaintiff Dufoe*

                                                        **HANNAFAN & HANNAFAN, LTD.**
                                                        Blake T. Hannafan (*pro hac vice*)
                                                        181 West Madison Street, Suite 4700
                                                        Chicago, Illinois 60602
                                                        312.527.0055
                                                        bth@hannafanlaw.com

                                                        *Additional Counsel for Lead Plaintiff Dufoe*

**G. DOWD LAW LLC**
George Dowd (*pro hac vice*)
181 West Madison Street, 47th Floor
Chicago, IL 60602
312.854.8300
george.dowd@gdowd.law

*Additional Counsel for Lead Plaintiff Dufoe*

## CERTIFICATE OF SERVICE

I, Anthony F. Fata, hereby certify that on June 25, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: June 25, 2025

*/s/ Anthony F. Fata*
Anthony F. Fata