November 7, 2025

FILED
IN CLERKS OFFICE

2025 NOV 10 AM 1: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

Clerk of Court

U.S. District Court for the District of Massachusetts

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2300

Boston, MA 02210


Re: Dufoe, et al. v. DraftKings, Inc., et al. — Case No. 1:23-cv-10524-DJC  Filing: Reply in Further Support of Pro Se Motion for Equitable Tolling and Acceptance of  Late-Filed Claim

Dear Clerk:

Enclosed please find my Reply in Further Support of Pro Se Motion for Equitable Tolling and  Acceptance of Late-Filed Claim No. 889682824, together with my Supplemental Declaration and Certificate of Service, for filing in the above referenced matter.

Thank you for your time and attention to this submission.

Respectfully submitted,

/s/ *[signature]*

Jakub Kornafel

22 Miller Street

Wallington, NJ 07057

201-414-2695

jrake007@gmail.com

Claim No. 889682824