SUPPLEMENTAL DECLARATION OF

Jakub Kornafel

RECEIVED IN CLERK'S OFFICE
DATE 11/10/2025

I, Jakub Kornafel, declare as follows:

1. I did not receive or view the March 29, 2025 Email Notice regarding the claim filing deadline.

2. I first learned of the settlement on August 13, 2025, through word of mouth, and submitted my claim the same day.

3. Upon receiving the October 7, 2025, Untimely Notice, I acted within fourteen (14) days to contest that determination by conferring with the relevant parties and filing my Motion.

4. I did not intentionally delay filing for any financial advantage.

5. I did not participate in any coordinated efforts to encourage others to file late.

6. My delay was caused solely by lack of actual notice of the filing deadline prior to the expiration.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on November 7, 2025, in Wallington, New Jersey

Signature: _____

Printed Name: Jakub Kornafel