## SUPPLEMENTAL DECLARATION OF

### Eric Chan

I, **Eric Chan**, declare as follows:

1. I did not receive or view the March 29, 2025 Email Notice regarding the claim filing deadline.

2. I first learned of the settlement on August 11, 2025, via word of mouth, and submitted my claim the same day.

3. Upon receiving the October 7, 2025 Untimely Notice, I acted within thirteen (13) days to contest that determination by conferring with parties and filing my Motion.

4. I did not intentionally delay for financial advantage.

5. I did not participate in any coordinated efforts to encourage others to file late.

6. My delay was caused solely by lack of actual notice prior to the deadline.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on November 7, 2025, in Parker, Colorado.

Signature: */s/ Eric W. Chan*

Printed Name: Eric Chan

CERTIFICATE OF SERVICE

I certify that on November 7, 2025, I served the foregoing Reply and Supplemental Declaration via Certified Mail, Return Receipt Requested, and via email, to:

Settlement Administrator

DraftKings NFT Settlement

c/o A.B. Data, Ltd.

P.O. Box 173039

Milwaukee, WI 53217

info@DraftKingsNFTSettlement.com

Class Counsel

Kirby McInerney LLP

Attn: Anthony F. Fata, Esq.

211 West Wacker Dr., Suite 550

Chicago, IL 60606

afata@kmllp.com

cbroeg@kmllp.com

Defense Counsel: Brian T. Frawley, Esq.

frawleyb@sullcrom.com

Sullivan & Cromwell LLP

125 Broad Street

New York, NY 10004

Page **1** of **2**

Filed with

Clerk of Court

U.S. District Court — District of Massachusetts

1 Courthouse Way, Suite 2300

Boston, MA 02210

/s/ Eric Chan

Dated: November 7, 2025