**Nyree Hinton**
4254 Church Road
Easton, PA, 18045
nyreehinton@gmail.com
Direct: 732-979-6264

---

**SETTLEMENT ADMINISTRATOR**
C/O A.B. DATA, LTD.
P.O. BOX 173039
MILWAUKEE, WI 53217

*Dufoe v. DraftKings Inc., No. 1:23-cv-10524-DJC*
Claim Number: 940439468

**Email:** nyreehinton@gmail.com
**Date:** October 24, 2025

**Signed Statement RE: DraftKings NFT Settlement**

Dear Settlement Administrator:

I am writing in response to your Notice of Untimely Claim dated October 7, 2025. This signed written statement outlines the reasons for contesting your determination and formally requests that my claim be deemed timely or, in the alternative, that its untimeliness be excused by the Court in the exercise of its equitable powers.

My claim submission was delayed for reasons entirely beyond my control. The determination of untimeliness should be reversed due to the following extenuating circumstances:

1. **Failure of Initial Notification:** I was never properly served with the initial settlement notice. I did not receive an Email Notice or a Postcard Notice containing the Unique ID and PIN necessary to file a claim. As a result, I was unaware of the filing procedure and the approaching deadline.
2. **Proactive Efforts to Comply:** Upon learning of the settlement through independent means late in the settlement period, I took immediate and proactive steps to participate. On or around **August 4, 2025**, I contacted your office directly to inform you that I had not received a notice and to request the necessary information to file my claim.
3. **Account Access Blocked by Defendant:** As detailed in my previous correspondence, my efforts to gather the required transaction history were severely hampered because DraftKings had blocked my account access. This was due to geolocation restrictions, as I was temporarily residing in Los Angeles. This technical barrier, imposed by the defendant in this action, made it impossible for me to independently verify my transaction records in a timely manner.

The delay between my initial outreach to your office and my eventual submission was a direct consequence of these issues. I was wholly dependent on your office to provide the claim information that should have been sent to me at the outset of the settlement period. My claim was submitted as promptly as possible after I finally received the means to do so.

My situation is not negligence or disregard for the deadline. Rather, it is a clear case where a failure in the notification process, compounded by technical restrictions imposed by the defendant, made timely compliance impossible. Denying my valid claim on these grounds would be profoundly inequitable and would reward a flawed notice procedure.

Therefore, I respectfully request that you reconsider your determination and accept my claim. Should you maintain your position, I request that this statement be presented to Class Counsel and the Court as my formal petition to have the untimeliness of my claim excused.

Thank you for your time and consideration of this matter.

Respectfully,
Nyree Hinton

2

SETTLEMENT ADMINISTRATOR
C/O A.B. DATA, LTD.
P.O. BOX 173039
MILWAUKEE, WI 53217

US POSTAGE
PAID
MILWAUKEE, WI
PERMIT 3780

NYREE HINTON
4254 CHURCH RD
EASTON PA 18045

## NOTICE OF UNTIMELY CLAIM

**DATE:** October 07, 2025
**RE:** DraftKings NFT Settlement
**CLAIM NUMBER:** 940439468
**RESPONSE DEADLINE:** October 28, 2025

Dear Claimant:

We are writing to inform you that your Proof of Claim and Release Form ("Claim") submitted in connection with the DraftKings NFT Settlement was received after the court-approved filing deadline of July 21, 2025, and after the final approval hearing date of July 30, 2025. Under the terms of the Settlement Agreement, Class Counsel and the Settlement Administrator do not have the authority to accept untimely claims received after the final approval hearing on July 30, 2025. Because your Claim was submitted after July 30, 2025, it is untimely and ineligible for a payment from the settlement fund unless the Court determines that it should be accepted in an exercise of its equitable powers.

If you believe this untimeliness determination is incorrect and that your Claim was received by the Settlement Administrator on or before July 30, 2025, you must, within twenty-one (21) days of the date of this notice, send the Settlement Administrator a signed written statement that states your reasons for contesting this determination, along with any supporting documentation. The Settlement Administrator will review any information you submit in response to the determination of your Claim. If there remains a dispute concerning the timeliness of your Claim, such dispute will be presented to the Court for binding resolution.

If you believe that the untimeliness of your Claim should be excused, you must, within twenty-one (21) days of the date of this notice, send the Settlement Administrator a signed written statement that states the reasons why you believe your Claim should be excused. If you fail to submit a signed written statement within twenty-one (21) days of the date of this notice, Class Counsel will report to the Court in its motion for Court approval to distribute the Net Settlement Fund that you declined the opportunity to contest the rejection of your untimely Claim.

You have the right to petition the Court to accept your Claim, and you have the right to retain separate counsel of your choice to represent you in this matter. Any counsel you retain will be at your own expense. Class Counsel cannot represent you in petitioning the Court to accept your individual Claim or provide you with legal advice relating to that petition.

Class Counsel will file a motion for Court approval to distribute the Net Settlement Fund after claimants have had an opportunity to respond to the determination from the Settlement Administrator and all Claims have been finalized. The distribution motion will be posted on the Settlement website (www.DraftKingsNFTSettlement.com). Claimants may file objections to the determination of their claim or otherwise make submissions to the Court in response to the distribution motion.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at 1-877-883-9186 or email us at info@DraftKingsNFTSettlement.com. Please reference the Claim number listed above in any communication. If you would like to view or download the Settlement Notice, which contains the Plan of Distribution, you may do so by visiting www.DraftKingsNFTSettlement.com. Additionally, in order to ensure that you receive further communications regarding this settlement, please make sure that all of your contact information is correct and up to date.

Sincerely,

A.B. DATA, LTD.
Settlement Administrator

# THANK YOU FOR SUBMITTING YOUR INFORMATION

**Right click anywhere on the page and select Print**

Your Confirmation Number is **11392REF14392**. The information was submitted on **Aug 4, 2025**. Relief from the Settlement will be made only if the Court approves the Settlement and only after any appeals are resolved. Please be patient.

[Exit to Return to the Settlement Website]

By providing your information, either on paper, electronically or through a website, you consent to us storing and using your information for case administration purposes only. Our site uses tracking technologies to tailor your experience and understand how you and other visitors use our site. By continuing to navigate this site you consent to use of these tracking technologies. For more information on how we use your personal data, please read our Privacy Policy



© 2025 - DraftKings Inc. NFT Settlement All rights reserved.

**Subject:** Re: Claim Information for DraftKings NFT Settlement - Nyree Hinton
**Date:** Monday, August 4, 2025 at 6:18:29 AM Pacific Daylight Time
**From:** DraftKings NFT Settlement <info@draftkingsnftsettlement.com>
**To:** nyreehinton@gmail.com <nyreehinton@gmail.com>
**Attachments:** DraftKings_Long Form Notice.pdf

Hello,

Thank you for your email regarding the DraftKings NFT Settlement.

Your Notice Email was sent to you to nyreehinton@gmail.com with the following Unique ID and PIN which should be used to file your claim on the settlement website below:

Unique ID: X6J36PC4

PIN: FFHDDR

Please do not share this information.

Currently, we only need your contact information to submit a claim form. The data about your NFT transactions in your DraftKings account (from August 11, 2021 through the date of Judgment) that identified you as a potential Settlement Class Member was provided by the Defense, DraftKings. You will have a chance to review and confirm or dispute your DraftKings account transaction data at a later date.

Please note the deadline to submit a claim was **July 21, 2025**. It will ultimately be up to the Court to determine whether claims filed after the claim filing deadline will be accepted. Further information can be found in the attached Notice. If you have any questions or concerns, please contact us.

Regards,
Settlement Administrator

**DraftKings NFT Settlement**
Phone: 877-883-9186
Website: www.DraftKingsNFTSettlement.com
Email: info@DraftKingsNFTSettlement.com

Zendesk

1 of 3

On August 4, 2025 at 11:55:06 AM UTC, nyreehinton@gmail.com wrote:

**EXTERNAL MESSAGE**
This email was received from outside AB Data. Always verify the sender and content before clicking links or opening attachments.

**last email was sent from my outlook account, here is the correct email*

**Dear Settlement Administrator,**

I am writing to you as a member of the Settlement Class for the *DraftKings Inc. NFT Settlement*. I qualify as a Settlement Class Member because I purchased numerous NFTs on the DraftKings platform during the Settlement Class Period.

However, I never received an Email Notice or a Postcard Notice containing the Unique ID and PIN number required to submit my Proof of Claim and Release Form online. The deadline to file is July 21, 2025, and I wish to submit my claim as soon as possible.

My relevant personal and account information is as follows:

- **Claimant Name:** Nyree Hinton
- **DraftKings Account Email:** nyreehinton@gmail.com
- **Permanent/Home Address:** 4254 Church Road, Easton, PA, 18045
- **Current Temporary Address:** 6401 Wilshire Blvd, Apt 608D, Los Angeles, CA 90048
- **Phone:** (732) 979-6264

Furthermore, my ability to access my account to retrieve a complete transaction history is currently blocked. Because I am physically located in Los Angeles for a temporary period, DraftKings' geolocation restrictions have prevented all access to my account and its records.

To substantiate my status as a Settlement Class Member, I am providing a list of transactions compiled from the email receipts I have on file.

**List of Known NFT Purchases:**

- **Aug 25, 2021:** Naomi Osaka Carbon Premier #2494 - **$37.00**
- **Aug 25, 2021:** Naomi Osaka Carbon Premier #2528 - **$40.00**
- **Aug 25, 2021:** Naomi Osaka Carbon Premier #3821 - **$40.00**
- **Aug 27, 2021:** Naomi Osaka Carbon Signed #65 - **$699.00**
- **Aug 27, 2021:** Tom Brady Platinum Premier #2388 - **$300.00**
- **Sep 2, 2021:** Simone Biles Carbon Signed #60 - **$1,199.00**
- **Sep 7, 2021:** Derek Jeter Carbon Premier #2176 - **$150.00**
- **Sep 7, 2021:** Derek Jeter Carbon Premier #2022 - **$145.00**

Given that the deadline has passed 12 days ago, I request that you please provide me with a Unique ID and PIN, or an alternative method to file my claim, so I can participate in the settlement. I am eager to resolve this through the established class action process. However, if I am unable to

submit my claim due to this administrative issue and the platform's access restrictions, I will be forced to explore all available legal options to protect my interests, including filing a separate action.

Let me know if you have any questions.

Thanks,
Nyree

---

arb-ai

**Nyree Hinton**
Investment Research | Data Analytics | Product
**Direct:** (732) 979-6264
**Email:** nyreehinton@gmail.com
nyreehinton.com | ipo-arb-ai.io

[04X2NR-WGGXX]

 Gmail

Nyree Hinton <nyreehinton@gmail.com>

## Your Tom Brady Platinum Premier #2388 Purchase Is Complete!
1 message

**DraftKings Marketplace** <draftkings@email.draftkings.com>   Fri, Aug 27, 2021 at 12:12 PM
Reply-To: support@draftkings.com
To: nyreehinton@gmail.com



NYREEHINTON

You Successfully purchased a Tom Brady Platinum Premier edition #2388!

Congratulations! You successfully purchased a **Tom Brady Platinum Premier #2388** NFT from the **Preseason Access Collection** on the Secondary Marketplace!



**VIEW PORTFOLIO**

**Purchase Details:**
**Collectible:** *Tom Brady Platinum Premier #2388/2500*
**Collection:** *Preseason Access Collection*
**Purchase:** *Edition #2388 was purchased for* **$300 USD on 08/27 @ 3:11 PM**

You can check out your recent activity *here*.

# DRAFTKINGS

222 Berkeley Street, Boston, MA 02116 United States

  

DFS  |  Sportsbook  |  Casino  |  Marketplace

DraftKings Inc. is a US-based company. DraftKings's Sportsbook and Casino products are regulated by the Pennsylvania Gaming Control Board as an internet gaming operator in accordance with Pennsylvania Race Horse Development and Gaming Act and its implementing regulations. Only customers 21 and over are permitted to play our Sportsbook and Casino games. Subject to regulatory licensing requirements.
Please Play Responsibly.

DraftKings Inc. is a US-based company. DFS statistics are licensed from STATS LLC.
© DraftKings All Rights Reserved
This email was sent to: nyreehinton@gmail.com
This email was sent by: DraftKings Inc.

Privacy Policies
Daily Fantasy Sports  |  Sportsbook/Casino

To manage your DraftKings email preferences or unsubscribe, click here

In partnership with Hollywood Casino at Penn National Race Course

 

**Subject:** Your deposit confirmation is inside.
**Date:** Tuesday, August 17, 2021 at 12:53:41 PM Pacific Daylight Time
**From:** DraftKings <draftkings@account.draftkings.com>
**To:** nyreehinton@gmail.com <nyreehinton@gmail.com>

## nyreehinton, your deposit is confirmed.

Deposit Amount: $600.00

Date: 08/17 @ 3:53 PM

If you have any questions, please email support@draftkings.com for further assistance.

Thank you,
DraftKings Customer Support

# DRAFTKINGS

222 Berkeley Street, Boston, MA 02116 United States

DFS | Sportsbook | Casino | Marketplace

DraftKings Inc. is a US-based company. DraftKings' Sportsbook and Casino products are regulated by the New Jersey Division of Gaming Enforcement as an internet gaming operator in accordance with the Casino Control Act N.J.S.A. 5:12-1 and its implementing regulations. Our Sportsbook and Casino games are tested by the New Jersey Division of Gaming Enforcement to provide games that are fair and operate correctly. Only customers 21 and over are permitted to play our Sportsbook and Casino games. Subject to regulatory licensing requirements.

DraftKings Inc. is a US-based company. DFS statistics are licensed from STATS LLC.
© DraftKings All Rights Reserved
This email was sent to: nyreehinton@gmail.com
This email was sent by: DraftKings Inc.

Privacy Policies
Daily Fantasy Sports | Sportsbook/Casino

To manage your DraftKings email preferences or unsubscribe, click here

1 of 1

 Gmail

Nyree Hinton <nyreehinton@gmail.com>

## nyreehinton, welcome to DraftKings!
1 message

**DraftKings** <draftkings@email.draftkings.com>  Tue, Aug 17, 2021 at 12:46 PM
Reply-To: support@draftkings.com
To: nyreehinton@gmail.com



### WELCOME TO THE TEAM
Play for real cash prizes every day with the leader in Daily Fantasy Sports!

**GET STARTED**

### IT'S EASY TO GET STARTED!

 Make a deposit      Draft a lineup      Win big cash

**NO TRICK PLAYS IN OUR EMAILS**

What you can expect to see from us:
- Exclusive Offers
- Special Promotions
- Expert Strategy and Analysis
- Once-in-a-lifetime experiences



DON'T HAVE THE DRAFTKINGS APP?
Follow your lineups live. Enter contests on-the-go. Earn special rewards daily.

**DRAFTKINGS**
222 Berkeley Street, Boston, MA 02116 United States



 Gmail                                                                 Nyree Hinton <nyreehinton@gmail.com>

**Your Naomi Osaka Carbon Premier #2494 Purchase Is Complete!**
1 message

DraftKings Marketplace <draftkings@email.draftkings.com>                     Wed, Aug 25, 2021 at 12:10 PM
Reply-To: support@draftkings.com
To: nyreehinton@gmail.com

                                                                                    NYREEHINTON

You Successfully purchased a Naomi Osaka Carbon Premier edition #2494!

Congratulations! You successfully purchased a **Naomi Osaka Carbon Premier #2494** NFT from the
**Preseason Access Collection** on the Secondary Marketplace!



**VIEW PORTFOLIO**

**Purchase Details:**
**Collectible:** Naomi Osaka Carbon Premier #2494/5000
**Collection:** Preseason Access Collection
**Purchase:** Edition #2494 was purchased for $37 USD on 08/25 @ 3:10 PM

You can check out your recent activity here.

# DRAFTKINGS

222 Berkeley Street, Boston, MA 02116 United States

  

DFS  |  Sportsbook  |  Casino  |  Marketplace

DraftKings Inc. is a US-based company. DraftKings's Sportsbook and Casino products are regulated by the Pennsylvania
Gaming Control Board as an internet gaming operator in accordance with Pennsylvania Race Horse Development and
Gaming Act and its implementing regulations. Only customers 21 and over are permitted to play our Sportsbook and
Casino games. Subject to regulatory licensing requirements.
Please Play Responsibly.

DraftKings Inc. is a US-based company. DFS statistics are licensed from STATS LLC.
© DraftKings All Rights Reserved
This email was sent to: nyreehinton@gmail.com
This email was sent by: DraftKings Inc.

Privacy Policies
Daily Fantasy Sports  |  Sportsbook/Casino

To manage your DraftKings email preferences or unsubscribe, click here

In partnership with Hollywood Casino at Penn National Race Course

 

 Gmail

Nyree Hinton <nyreehinton@gmail.com>

---

**Your Naomi Osaka Carbon Premier #3821 Purchase Is Complete!**
1 message

**DraftKings Marketplace** <draftkings@email.draftkings.com>  Wed, Aug 25, 2021 at 12:12 PM
Reply-To: support@draftkings.com
To: nyreehinton@gmail.com



NYREEHINTON

You Successfully purchased a Naomi Osaka Carbon Premier edition #3821!

Congratulations! You successfully purchased a **Naomi Osaka Carbon Premier #3821** NFT from the **Preseason Access Collection** on the Secondary Marketplace!



**VIEW PORTFOLIO**

**Purchase Details:**
**Collectible:** *Naomi Osaka Carbon Premier #3821/5000*
**Collection:** *Preseason Access Collection*
**Purchase:** *Edition #3821 was purchased for $40 USD on 08/25 @ 3:12 PM*

You can check out your recent activity here.



DRAFTKINGS

222 Berkeley Street, Boston, MA 02116 United States

DFS | Sportsbook | Casino | Marketplace

DraftKings Inc. is a US-based company. DraftKings's Sportsbook and Casino products are regulated by the Pennsylvania Gaming Control Board as an internet gaming operator in accordance with Pennsylvania Race Horse Development and Gaming Act and its implementing regulations. Only customers 21 and over are permitted to play our Sportsbook and Casino games. Subject to regulatory licensing requirements.
Please Play Responsibly.

DraftKings Inc. is a US-based company. DFS statistics are licensed from STATS LLC.
© DraftKings All Rights Reserved
This email was sent to: nyreehinton@gmail.com
This email was sent by: DraftKings Inc.

Privacy Policies
Daily Fantasy Sports | Sportsbook/Casino

To manage your DraftKings email preferences or unsubscribe, click here

In partnership with Hollywood Casino at Penn National Race Course

 

## Your Simone Biles Carbon Signed #60 Purchase Is Complete!
1 message

**DraftKings Marketplace** <draftkings@email.draftkings.com>　　　　　　　　　　Thu, Sep 2, 2021 at 10:17 PM
Reply-To: support@draftkings.com
To: nyreehinton@gmail.com



NYREEHINTON

You Successfully purchased a Simone Biles Carbon Signed edition #60!

Congratulations! You successfully purchased a **Simone Biles Carbon Signed #60** NFT from the **Preseason Access Collection** on the Secondary Marketplace!



**VIEW PORTFOLIO**

**Purchase Details:**
Collectible: *Simone Biles Carbon Signed #60/100*
Collection: *Preseason Access Collection*
Purchase: *Edition #60 was purchased for $1199 USD on 09/03 @ 1:17 AM*

You can check out your recent activity **here**.

# DRAFTKINGS

222 Berkeley Street, Boston, MA 02116 United States



DFS | Sportsbook | Casino | Marketplace

DraftKings Inc. is a US-based company. DraftKings's Sportsbook and Casino products are regulated by the Pennsylvania Gaming Control Board as an internet gaming operator in accordance with Pennsylvania Race Horse Development and Gaming Act and its implementing regulations. Only customers 21 and over are permitted to play our Sportsbook and Casino games. Subject to regulatory licensing requirements.
Please Play Responsibly.

DraftKings Inc. is a US-based company. DFS statistics are licensed from STATS LLC.
© DraftKings All Rights Reserved
This email was sent to: nyreehinton@gmail.com
This email was sent by: DraftKings Inc.

Privacy Policies
Daily Fantasy Sports | Sportsbook/Casino

To manage your DraftKings email preferences or unsubscribe, click here

In partnership with Hollywood Casino at Penn National Race Course

 



Nyree Hinton <nyreehinton@gmail.com>

**Your Naomi Osaka Carbon Premier #2528 Purchase Is Complete!**
1 message

**DraftKings Marketplace** <draftkings@email.draftkings.com>  Wed, Aug 25, 2021 at 12:11 PM
Reply-To: support@draftkings.com
To: nyreehinton@gmail.com



You Successfully purchased a Naomi Osaka Carbon Premier edition #2528!

Congratulations! You successfully purchased a **Naomi Osaka Carbon Premier #2528** NFT from the **Preseason Access Collection** on the Secondary Marketplace!

VIEW PORTFOLIO

**Purchase Details:**
**Collectible:** Naomi Osaka Carbon Premier #2528/5000
**Collection:** Preseason Access Collection
**Purchase:** Edition #2528 was purchased for **$40 USD on 08/25 @ 3:11 PM**

You can check out your recent activity here.

**DRAFTKINGS**
222 Berkeley Street, Boston, MA 02116 United States

DFS | Sportsbook | Casino | Marketplace

DraftKings Inc. is a US-based company. DraftKings's Sportsbook and Casino products are regulated by the Pennsylvania Gaming Control Board as an internet gaming operator in accordance with Pennsylvania Race Horse Development and Gaming Act and its implementing regulations. Only customers 21 and over are permitted to play our Sportsbook and Casino games. Subject to regulatory licensing requirements.
Please Play Responsibly.

DraftKings Inc. is a US-based company. DFS statistics are licensed from STATS LLC.
© DraftKings All Rights Reserved
This email was sent to: nyreehinton@gmail.com
This email was sent by: DraftKings Inc.

Privacy Policies
Daily Fantasy Sports | Sportsbook/Casino

To manage your DraftKings email preferences or unsubscribe, click here

In partnership with Hollywood Casino at Penn National Race Course

 Gmail

Nyree Hinton <nyreehinton@gmail.com>

## Your Naomi Osaka Carbon Signed #65 Purchase Is Complete!
1 message

**DraftKings Marketplace** <draftkings@email.draftkings.com>  Fri, Aug 27, 2021 at 12:08 PM
Reply-To: support@draftkings.com
To: nyreehinton@gmail.com

 NYREEHINTON

You Successfully purchased a Naomi Osaka Carbon Signed edition #65!

Congratulations! You successfully purchased a **Naomi Osaka Carbon Signed #65** NFT from the **Preseason Access Collection** on the Secondary Marketplace!



**VIEW PORTFOLIO**

**Purchase Details:**
**Collectible:** Naomi Osaka Carbon Signed **#65/100**
**Collection:** Preseason Access Collection
**Purchase:** Edition #65 was purchased for **$699 USD on 08/27 @ 3:08 PM**

You can check out your recent activity *here*.

# DRAFTKINGS

222 Berkeley Street, Boston, MA 02116 United States

  

DFS | Sportsbook | Casino | Marketplace

DraftKings Inc. is a US-based company. DraftKings's Sportsbook and Casino products are regulated by the Pennsylvania Gaming Control Board as an internet gaming operator in accordance with Pennsylvania Race Horse Development and Gaming Act and its implementing regulations. Only customers 21 and over are permitted to play our Sportsbook and Casino games. Subject to regulatory licensing requirements.
Please Play Responsibly.

DraftKings Inc. is a US-based company. DFS statistics are licensed from STATS LLC.
© DraftKings All Rights Reserved
This email was sent to: nyreehinton@gmail.com
This email was sent by: DraftKings Inc.

Privacy Policies
Daily Fantasy Sports | Sportsbook/Casino

To manage your DraftKings email preferences or unsubscribe, click here

In partnership with Hollywood Casino at Penn National Race Course

 

 Gmail                                                                                     Nyree Hinton <nyreehinton@gmail.com>

**Your Derek Jeter Carbon Premier #2022 Purchase Is Complete!**
1 message

**DraftKings Marketplace** <draftkings@email.draftkings.com>                                 Tue, Sep 7, 2021 at 12:08 PM
Reply-To: support@draftkings.com
To: nyreehinton@gmail.com

   NYREEHINTON

You Successfully purchased a Derek Jeter Carbon Premier edition #2022!

Congratulations! You successfully purchased a **Derek Jeter Carbon Premier #2022** NFT from the **Preseason Access Collection** on the Secondary Marketplace!



**VIEW PORTFOLIO**

**Purchase Details:**
**Collectible:** *Derek Jeter Carbon Premier #2022/5000*
**Collection:** *Preseason Access Collection*
**Purchase:** *Edition #2022 was purchased for $145 USD on 09/07 @ 3:08 PM*

You can check out your recent activity here.

# DRAFTKINGS

222 Berkeley Street, Boston, MA 02116 United States

  

DFS  |  Sportsbook  |  Casino  |  Marketplace

DraftKings Inc. is a US-based company. DraftKings's Sportsbook and Casino products are regulated by the Pennsylvania Gaming Control Board as an internet gaming operator in accordance with Pennsylvania Race Horse Development and Gaming Act and its implementing regulations. Only customers 21 and over are permitted to play our Sportsbook and Casino games. Subject to regulatory licensing requirements.
Please Play Responsibly.

DraftKings Inc. is a US-based company. DFS statistics are licensed from STATS LLC.
© DraftKings All Rights Reserved
This email was sent to: nyreehinton@gmail.com
This email was sent by: DraftKings Inc.

Privacy Policies
Daily Fantasy Sports  |  Sportsbook/Casino

To manage your DraftKings email preferences or unsubscribe, click here

In partnership with Hollywood Casino at Penn National Race Course

 

 Gmail

Nyree Hinton <nyreehinton@gmail.com>

## Your Derek Jeter Carbon Premier #2176 Purchase Is Complete!
1 message

**DraftKings Marketplace** <draftkings@email.draftkings.com>  Tue, Sep 7, 2021 at 12:02 PM
Reply-To: support@draftkings.com
To: nyreehinton@gmail.com

 **NYREEHINTON**

You Successfully purchased a Derek Jeter Carbon Premier edition #2176!

Congratulations! You successfully purchased a **Derek Jeter Carbon Premier #2176** NFT from the **Preseason Access Collection** on the Secondary Marketplace!



**VIEW PORTFOLIO**

**Purchase Details:**
Collectible: *Derek Jeter Carbon Premier* **#2176/5000**
Collection: *Preseason Access Collection*
Purchase: *Edition #2176 was purchased for* **$150 USD on 09/07 @ 3:02 PM**

You can check out your recent activity *here*.



# DRAFTKINGS

222 Berkeley Street, Boston, MA 02116 United States

DFS | Sportsbook | Casino | Marketplace

DraftKings Inc. is a US-based company. DraftKings's Sportsbook and Casino products are regulated by the Pennsylvania Gaming Control Board as an internet gaming operator in accordance with Pennsylvania Race Horse Development and Gaming Act and its implementing regulations. Only customers 21 and over are permitted to play our Sportsbook and Casino games. Subject to regulatory licensing requirements.
Please Play Responsibly.

DraftKings Inc. is a US-based company. DFS statistics are licensed from STATS LLC.
© DraftKings All Rights Reserved
This email was sent to: nyreehinton@gmail.com
This email was sent by: DraftKings Inc.

Privacy Policies
Daily Fantasy Sports | Sportsbook/Casino

To manage your DraftKings email preferences or unsubscribe, click here

In partnership with Hollywood Casino at Penn National Race Course