# EXHIBIT C

**Exhibit C: A. B. Data's Recognized Loss of Disputed Claims**

Exhibit Summary  -  Total Claims:  18  -  Total Recognized Claim:  $116,177.15

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---------|------------------|---------|------------------|---------|------------------|---------|------------------|
| 897859314 | $171.85 | 920845666 | $2,517.56 | 889682631 | $0.00 | | |
| 897858116 | $1,294.19 | 935886843 | $3,089.71 | 898543701 | $0.00 | | |
| 897859256 | $27,956.82 | 936050010 | $4,733.76 | 892118109 | $0.00 | | |
| 899640146 | $71,407.33 | 936050015 | $2,240.76 | 892118110 | $0.00 | | |
| 920030780 | $2,744.67 | 897859541 | $0.00 | 892118111 | $0.00 | | |
| 920750495 | $20.51 | 897859525 | $0.00 | 892118113 | $0.00 | | |

# CLAIM 936050015



October 27, 2025

VIA: EMAIL
DraftKings NFT Settlement Administrator
C/O A.B. DATA, LTD.
P.O. BOX 173039
Milwaukee, WI 53217

RE: DraftKings NFT Settlement
Claim Number: 936050015

Dear Settlement Administrator,

I received the enclosed Notice of Claim Calculation, and I am responding to dispute such because the amount listed as Prize Receipts ($19,917.00) is clearly inaccurate, which affects what has been designated as my Individual Recognized Loss (IR) only being listed as $2,240.76.  The total amount of prize receipts never even came close to $19,917.00. In fact, per documentation provided to me by DraftKings (DK) upon request, the Fair Market Value (FMV) for all of the prizes/rewards combined for 2023 came to a total of $1,553.09, and the true value was actually less than what DK asserted those values were.  Please see the attached Excel spreadsheet titled ▇▇▇▇▇▇ (2023), which was emailed to me by "James" (at DraftKings), at 5:58p.m. EST on February 6, 2024.  The 2022 NFTs (and any associated prizes) would have also been worth far less, which I will also explain.

I purchased NFTs for the 2022 season and 2023 seasons.  For prizes deemed to have value, DraftKings assigned what they determined to be the FMV for each.  The DMVs assigned were arbitrary amounts from the beginning.  Not every NFT could necessarily be used by any NFT owner, as an owner would need to have all of the right tiers of cards in order to play the NFTs, per the contest rules.  Additionally, when a customer would make constant attempts to sell an NFT for what was deemed the FMV, and would have no ability to sell the NFT/s until lowering the sale price to be far less than half of the listed FMV (and at times for practically nothing at all), it only further illustrated that these were not realistic values.  With that said, the prizes/rewards were arguably worthless, and definitely should not have been listed as being worth more than $1,000, let alone $19,917.

To make matters worse, as a result of the DraftKings' data breach, on November 21, 2022, my email account was hacked into and my DK account got locked, and despite countless daily attempts, I was unable to regain access to my account until the 2023 season.  I was locked out of half of the season's 2022 contests, unable to participate in such contests despite having paid for the NFTs that served as entry fees, and I remained locked out until all of my 2022 NFTs had lost their value.

Due to the full set of circumstances, I reached out to a total of 26 different law firms, in addition to other external entities, including but not limited to the Texas Attorney General, in hopes of finding justice, but due to my financial status, the attempts were to no avail.  A couple of attorneys from one of the many law firms that I reached out to, met with me via Zoom on a couple of occasions and shared a number of email communications, for which I provided them extensive evidence for the allegations, and during one of our last meetings they explained what I already believed to be true, which was that they felt I had a very solid case.  However, this highly reputable nationwide firm explained that it would cost at least $5,000 for the Demand Letter, and that I would be looking at least another $30,000 to file the Complaint, which I could not afford, especially considering that this was just an amount to get the ball rolling and I'd have no idea how much more I'd have to pour into it.  I needed a firm that would take my case on a contingency fee basis, but when they referred me to other counsel who did take such cases, one of the attorneys said that he wasn't licensed to practice in Texas and thus couldn't assist, and the other whom I sought out to start a Class Action Suit, explained to me that he felt that I had too many issues for which I was directly affected and that he felt it would be more beneficial for me to seek my own suit, which I just couldn't afford.  He offered to put me in touch with a journalist from the Washington Post, but that was not the route I wanted to take, and thus I never spoke with any journalist.

This entire experience has been immensely frustrating.  I still have an enormous amount of evidence of how I was severely victimized, and could have even had true losses of winnings potentially worth up to over $1,000,000, but the cost of seeking justice was not affordable. To see $2,240.76 being listed as my "Individual Recognized Loss" (IR) is just an additional insult.

I had paid thousands of dollars for NFTs in 2022 that I had no access to, and DK was not allowing me to regain access.  I have a full chronological timeline of the events that took place, which took quite a bit of time to piece together since different DK representatives kept reaching back out to me with new ticket numbers for the same issue, which created a very large volume of threads.  I read the Plaintiff's (Justin Dufoe) Complaint a while back and I still to this day believe there is more than ample evidence to support that the losses I suffered from this were far greater than the losses he suffered, but he found counsel that took his case, which no attorneys in Texas were willing or able to do unless I paid far more than I could afford.

Below is a summarized version of the aforementioned timeline of events in order to show what transpired, and to show that any value the NFTs should have had was not accessible for over half of the season of 2022 NFT contests (which would've included postseason (or contests involving playoff games).  I had more communications about this with DK during

that time, and I still have 100% of those emails, but I'll only include what is most relevant herewith.

### Summarized timeline:

On or about 6:45p.m. (CST) on 11/21/2022 (a Monday), I entered a few lineups from the DK app on my I Phone. I did this while in my car on a rainy evening while parked in front of a Starbucks in Austin (TX),  located at Bee Caves Road and Loop 360.  After I finished entering a few lineups I closed out of the app.  However, about a minute later, I decided I'd enter 1 more lineup.  I opened the app and created the lineup, but just before I could click the *submit* button to have it officially entered, the app closed.  This was very odd and I immediately sensed something was wrong.  I tried to reopen the app, but it prompted me to manually log-in, which the app never required me to do.  Despite not ever needing to manually log in, I knew my login name and password, yet when I tried to enter it, such wouldn't work.

At about 6:52p.m. (CST) on 11/21/2022, I received an email from DK that said my DraftKing's account password had been changed, although I had not ever changed it.  I did not see this email notification as soon as it was sent to me, nor did I immediately see a number of the emails I'll reference herewith.  I found out about them later.

On or about 7:01p.m. (CST) on 11/21/2022, DK emailed me to indicate that there had been a request to reset the email address.

On or about 7:12p.m. (CST) on 11/21/2022, I emailed DK from ███████████████ , which was my email address that was tied to the DK account.  I advised that I'd been kicked out of the app while using it and that it was not allowing me to log in.  I explained that when trying to reset my password, it asked me to type in a 6 digit code that was sent to a phone # ending in ███ , which was never my phone number.  In the same email I requested a call back at my phone # ███████████

Despite the above warning, and despite that I later learned via social media of DK's massive data breach which began at least 7 hours prior to my email account and DK account being compromised, on or about 7:41p.m. (CST), on 11/21/2022, a $25 deposit was made by someone other than me.  I forwarded that message to DK and asked what this was about, explaining that I was the rightful owner of the account and that I had not made any such deposits, nor would I need to due to how much money I already had in the account.  Considering the massive data breach, in which DK publicly acknowledged that at least $300k had been confiscated during a hack, one would think that DK would have already been on high alert by the time my issue began.

On or about 7:54p.m. (C ST),  on  11/21/2022,  an  email  was  sent  from  my  email  address (███████████████) by an unknown perpetrator, and that email said the below which is in bold faced print:

**How do i change my email to a new email that i have**

On or about 7:54p.m. (CST) on 11/21/2022, which was the exact same minute in which the perpetrator sent the above message to ask to move my email account, ███████████ (DraftKings) responded to the perpetrator's email by advising he would be happy to assist with moving the email account to another email address.  This is the one and only time in all of the years that I've been with DK to have ever seen such immediate action taken upon any request.  Additionally, the correspondence between ███████████ and the perpetrator never discussed what email address the perpetrator was wanting to move my account to. ███████████ 's email simply requested for the person to provide the first 6 digits of the credit card that was used to make a deposit.

How were they supposed to move it to another email address without knowing what email address to move it to? And what are the odds that they would've received that request and responded by saying they'd take action within the same minute of receiving the request (without even knowing what the new email address was supposed to be). The perpetrator who sent the above bolded email without proper grammar or punctuation removed the email from my sent box, but throughout the process of constantly working to get answers from DK representatives, one of them ended up sending me an email that included the thread which contained the perpetrator's request. DK representatives do not respond to these sorts of requests that fast. In fact, they do not respond to any requests that quickly. Additionally, you'll see later in this summarized timeline that despite numerous daily emails and attempted phone calls, it wasn't until the evening of November 26, 2022 that I learned that someone at DK had moved my account to an email address called ████████████████████ which obviously was not me; DK also already had picture IDs of me on file, which they required before they ever allowed any prior withdrawals, but they did not require this other person to provide any proof of identification when they quickly moved my account to this other email address that obviously didn't belong to me, and furthermore would not allow me to provide further evidence of who I am in order to regain rightful access to my account, despite numerous attempts. I looked up the name ████████████████ and found that there was a 26 year old black male who had apparently been arrested on August 13, 2022, in Dallas, Texas. I am a Caucasian male, and I was 46 years old at the time of this incident. My account at that time was either negligently or fraudulently moved to the account, but many of the later correspondences with DK at that time appear to reflect it was the latter.

On or about 7:57p.m. (CST) on 11/21/2022, utilizing my cell phone, I emailed DK from the ████████████████████ email address to ask why there was a $25 deposit made, and I explained that I did not request or authorize such, and I reiterated that I needed someone at DK to call me before allowing any further activity to occur with my account.

Since this is just the summarized timeline, it doesn't include all of the communications I had, but during the times in which DK personnel responded to my emails, they almost always seemed to ignore what I was specifically inquiring about. They would respond with answers to questions that I was not asking, or they would ask me for information that I'd already provided (even within the same email that they were replying to), yet they were not answering the questions at hand. They clearly were not interested in assisting me with regaining access into my account in a timely manner, no matter how much proof I provided to confirm my identity.

From about 7:57p.m. (CST) to about 8:34p.m. (CST), on 11/21/2022, I was locked out of my Gmail account (████████████████) that's tied to my DK account.

On or about 8:21p.m. (CST) on 11/21/2022, I sent an email to DK via my primary Gmail account (████████████████) which I created well after I already had a DK account. In this I explained the situation again and I requested a call back. I told them of the most recent lineups I'd created before being kicked off the app and I went on to explain everything up to that point, requesting that they call and see me (like via FaceTime or something similar) before allowing any further activity with my account. I expressed that they have a copy of my TX driver's license and Marine Corps retiree ID card on file, including a photo of me holding both forms of identification. Thus, I wanted them to call and confirm before allowing anyone else to impersonate me. I further advised that I was locked out of my email account that is tied to my DK account. I explained that such email address was ████████████████████ and I provided my DK username: ████████████.

On or about 8:34p.m (CST) on 11/21/2022, using Google's 2FA, I was able to regain access into my Gmail account (████████████████) and change the password and reset the 2FA.

On or about 11:25p.m. (CST) on 11/21/2022, I received an email at ███████████████ from DK with a reset password link. I responded to this email at 11:39p.m. (CST) on 11/21/2022, advising that the link didn't work. I explained I was prompted to type in a 6 digit code that was sent to a phone # ending in 9670, which has never been my phone #.

There ended up being numerous times in which DK representatives also sent me links that were supposed to enable me to reset my password, but such links continued to not work.

On or about 12:28a.m. (CST) on 11/24/2022, I responded to Clara R. (DraftKings), by providing her requested information to confirm my identity to let me back into my account.

On or about 10:22a.m. (CST) on 11/24/2022, I received an email from Jazmin H. (DraftKings), advising me to use 2FA and she provided a link to do so, but the link she provided me brought me to the area in which a new user is creating an account. Since DKs rules state it's unauthorized for one person to own multiple DK accounts, I wondered if they were trying to set me up. I had no intention of creating a new account and thus did not do as the link was prompting me to. She added that my account was restricted as a precaution while the matter was being investigated and that I'd get a follow up once they had an update. She said I'd get an update "**the second** they have an update!" In the same email she said she could confirm my "account was under review."

Despite making numerous attempts to get anyone at DK to call me to confirm the appropriate person was regaining access to their account, and despite receiving 2 separate emails indicating that someone from DK would call me, nobody ever did. Specifically, on or about 3:43p.m. (CST) on 11/24/22, I received an email at ███████████████ from oyasanefe a [(DraftKings) spelled exactly like this with no capital letters in the first name and initial], asking me to provide a preferred call back time, my phone number, and a description of the issue. This person explained that I would need to provide an account name and email address that I'd registered with in the past. All of this information had already been provided. Additionally, on or about 9:18a.m. (CST) on 11/26/2022, I received another email from ███████████ (DraftKings), which said almost the exact same thing as her previous email. However, she contradicted her email from 7 minutes prior, and contradicted the email received from oyasanefe at 3:43p.m. (CST) on 11/24/22, by explaining to me that DraftKings would not provide the service of providing a callback to people in my state (Texas).

On or about 5:47p.m. (CST) on 11/26/2022, ███████ (DraftKings) emailed me at █████████████████, in response to my inquiry to him at about 3:06p.m. (CST) on 11/24/2024, as he explained he was unable to find any DK account listed with the email address I'd provided (███████████████), and he further asked, "can you please let us know either the email address or username that is associated with the DK account? Once we locate your account, we can better help you."

On or about 6:30p.m. (CST) on 11/26/2022, ███████████ (DraftKings) emailed me at ███████████████, to inform me that he was able to locate an account for ███████, and that he could see it was associated with the email address ███████████████. This email from ███████ provided links to reset the password as well as to set up 2FA, but the email didn't clearly articulate if the account had been properly moved back over to the proper email address and so I didn't feel safe with clicking either of the links.

On or about 3:49p.m. (CST) on 12/5/22, ███████ (DraftKings) asked me again for information that had been provided many times: (i.e., my Username, Full name and address on my account, the 1st 6 digits of the card associated with my account, the new email address I'd like to use (although I never asked to use a new email address), and the reason for the email address change.

On or about 9:44p.m. (CST) on 12/7/22, I emailed ██████ (DraftKings) via ████████████████, providing again all requested information.

On or about 5:36p.m. (CST) on 12/11/22, ████ (DraftKings) emailed me at ███████████████, offering me four $25 tickets to enter contests (which of course is unrelated to the NFT game I'd been investing in).

On or about 5:42p.m. (CST) on 12/11/22, I emailed ████ (DraftKings) from ████████████████, explaining that if DK considered this full compensation for the events spoken of, I could not accept the tickets.  I told him thanks, but no thanks.

From weeks 1 to 11 of 2022, I won money **every** week by entering my NFTs into the available contests and considering the way this NFT game worked, I am absolutely certain this wouldn't have changed at all for the remaining 11 weeks (7 weeks of the remaining regular season and 4 postseason weeks) in which I should have been able to continue participating.  From a relatively early point in the season, my target weeks were weeks 12, 13, and 15, as I knew that these weeks would provide by far my greatest chance to gain a very solid return on my investment considering the slate of games available and the NFTs I possessed.  I had a very realistic chance to win at least $100k during each of those weeks.

Sometime after 6:26p.m. (CST) on 12/11/22, DK enabled me to briefly regain access into my account.  I had already missed the opportunity to enter all of the available contests that I should've been able to enter with my paid entry fees (NFTs) for the contests for weeks 12, 13, and 14, with well over $100k that could've been won in each of those weeks, and I had a very solid chance at doing just that, especially in week 12.  They allowed me to regain access at the latter end of the week 14 contests, so that I could only enter the smaller paying contests for the Sunday Night and Monday Night games, which I entered and for which I won a very minimal amount.  DK relocked my account just before 6:00p.m. (CST) on 12/12/22, so that I could not even make any edits to my lineup/s for the Monday Night Football game.  Although I'd already been blocked from gaining a very substantial return on my investment, I still had 1 more target week left (week 15), for which I knew I also had a very high probability of winning a substantial amount of money ($100k or more).

Prior to my account being re-locked, on or about 7:14p.m. (CST) on 12/11/22, while in the account, I took a video of all of the NFTs that I possessed, and I had 371 at that time.

On or about 10:12p.m. (CST) on 12/11/22, while in the account, I went to the security section and saw the saved addresses in the account, and I noticed the last two addresses had phone numbers attached to my address that were not my phone numbers.  I also recognized that the last 4 digits of each of these phone numbers were identical to phone numbers in which messages from DK had previously advised of 6 digit codes being sent to when I was trying to regain access into my account.  I took a photo of this screen, capturing the full phone numbers since DK had never told me what those phone numbers were.  Those phone numbers were listed as ████████ and ████████.  I have never tried to call either of these.

On or about 5:21p.m. (CST) on 12/12/22, ████ (DraftKings) emailed me at ███████████████ to ask me to confirm my phone number; she said, "once we have that information, we will be able to change your phone number and you can enable into 2FA."

On or about 5:58p.m. (CST) on 12/12/22, I emailed ████ (DraftKings) from ████████████████ to clarify that my phone number never changed.

On or about 7:57p.m. (CST) on 12/13/22, I received an email from ████ (DraftKings) at ████████████████, providing another password reset link and stating she was adding $50 in DK dollars "for the wait."  Although I

never used any of those DK dollars, the account somehow only reflected that $40 dollars' worth of the current account balance was in DK dollars. I was not concerned with that, but I just happened to notice it, as I did not even want any of their "DK dollars." I only wanted them to do their best to make me whole.

On or about 8:29p.m. (CST) on 12/13/22, I emailed ████ (DraftKings) from ███████████████, explaining that the link she provided only asked me to change my password, which I'd already done, but I let her know that I did so again. I added that I'd also already provided the SCID (self-certified ID) before too. I also mentioned that it brought up an error message when I tried to log in that said, "Too many requests."

On or about 9:18p.m. (CST) on 12/13/22, I emailed ████ (DraftKings) from ███████████████, advising I was finally back into my account with the password changed and 2FA updated. I also advised that I'd uploaded a new SCID, but that a moment ago I received a notification to indicate my account was again locked. I asked her why it was locked.

On or about 10:17p.m. (CST) on 12/13/22, ███████ (DraftKings) emailed me at ████████████ to thank me for uploading my SCID. His email also indicated that the account was restricted again.

On or about 10:33p.m. (CST) on 12/13/22, I emailed ████ and ███████ (DraftKings) from ███████████, explaining that my account was still locked, but that I'd followed all instructions (again).

On or about 2:59p.m. (CST) on 12/15/22, I emailed ████ (DraftKings) from ███████████, explaining it had been 2 more full days and I hadn't heard anything yet. I mentioned that my account was still locked.

On or about 10:27a.m. (CST) on 12/16/22, ███ ███████ (DraftKings) emailed me at ███████████, which was the first time I had ever received an email that appeared to be from any official DraftKings account (████████████████). I had already received at least 40 emails from DK representatives regarding this issue (albeit useless emails), yet all of the prior emails appeared to be from different people using a shared account. The email offered to invite me and a guest to see the Houston Rockets play against the Dallas Mavericks on 12/23/22 in a suite. I did not trust this.

On or about 11:20p.m. (CST) on 12/16/22, I emailed ███████ (DraftKings), explaining that I would not be accepting the tickets. I explained my frustration regarding this entire ordeal, and I expressed very clearly that I would not attend this event even if Kevin Hart were sent to pick me up from my home to escort me to such game. I explained that I had also completely lost trust in DraftKings being a reputable company and that this seemed more like a setup than anything else.

On or about 9:31a.m. (CST) on 12/20/22, ████ (DraftKings) emailed me at ███████████, explaining that they had removed the restrictions and that I had full access to my account. This was not even 1 full day after week 15 had finished. I did not think it was coincidental at all that all my access to my account first became blocked just prior to my first target week, and that it was now being unblocked immediately after my final target week (week 15) passed. However, there were still additional issues.

I removed about 3 pages worth of additional notes from the above summarized version of the timeline of events, but the deadline to submit this is too near, and it takes time download each referenced email to submit with this. The main reason for providing the above notes was to explain that my account access had been wrongfully taken from me, moved to another person, hence preventing me from participating in contests that I'd paid thousands

of dollars' worth of NFTs, and that if there were any prizes that were promised for 2022, such were inaccessible and worthless.

I would not have spent any time on this response if the Notice of Claim Calculation had indicated that my total amount of prize receipts were worth $1,000, but $19,917.00 is extreme and untrue.

With all of this said, I believe DK's customer service has changed tremendously since these events, and I hope I am right. I never thought they'd regain my trust, but they apparently have and I don't think they operate in the same way anymore. Therefore I don't anticipate these sort of events will ever occur again.

Based on the formula provided in the Notice of Claim Calculation, if the Prize Receipts (PR) were calculated at a more accurate amount of $1,000 (which is also being conservative), my IR should be $21,157.76, instead of $2,240.76. Obviously, that can't take into account all that I lost, while erroneously being locked out of my account in the manner and timeframe for which I was, but it's still a fairer assessment.

All of the above referenced emails and the FMV Excel spreadsheet titled ███████████ (2023) are being included in this email, and I can provide.

Sincerely,

███████████

# CLAIM 936050010

## #220476 Claim No.: 936050010

---

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| October 15, 2025 at 1:43 PM | Mail | ███████████ |

---

| **Case Name** | **Are you human** | **Case Info** |
|---|---|---|
| DraftKings_Inc. | Yes | DraftKings_Inc |

---

███████  October 15, 2025 at 1:43 PM

**EXTERNAL MESSAGE**

This email was received from outside AB Data. Always verify the sender and content before clicking links or opening attachments.

**Re:** *DraftKings NFT Settlement — Notice of Claim Calculation*

**Claimant:** ███████
**Claim No.:** 936050010
**Notice Date:** October 7, 2025
**Response Deadline:** October 28, 2025

**FORMAL OBJECTION AND REQUEST FOR RECONSIDERATION OF "INDIVIDUAL RECOGNIZED LOSS" DETERMINATION**

To the Settlement Administrator:

I submit this timely objection to the "Individual Recognized Loss" ("IR") determination reflected in your October 7, 2025 Notice, which sets my IR at **$4,733.76** based on the formula **IR = [PP + SP] − [SR + CR + PR]** and the following line items:

- **Primary Market Payments (PP):** $9,530.49

- **Secondary Market Payments (SP):** $3,414.76

- **Secondary Market Receipts (SR):** $6,563.49

- **Closure Receipts (CR):** $0.00

- **Prize Receipts (PR):** $1,648.00

**I. Threshold and Plan-of-Allocation Concerns**

1. **Undefined Terms / Ambiguity.** The Notice uses undefined or insufficiently defined terms (e.g., "Primary Market Payments," "Secondary Market Receipts," "Closure Receipts," and "Prize Receipts") and gives no itemization tying each transaction to a definition. Without clear definitions and a transaction-level mapping, it is impossible to verify accuracy or challenge specific categorizations.

2. **Unknown Net Settlement Fund / Percentage Allocation.** The Notice does not disclose the size of the Net Settlement Fund or the applicable pro-rata percentage to be applied to my IR. Because the pool from which any distribution will be calculated is unknown, I cannot determine how the current IR translates to an actual recovery. **There are not enough facts to formulate a more complete objection at this time, and I expressly reserve all rights to supplement, amend, and renew these objections upon disclosure of the necessary information.**

## II. Substantive Objections to the Calculation Methodology

3. **No viable secondary market to mitigate damages.** The methodology appears to assume a functioning, liquid secondary market capable of mitigating losses. In practice, liquidity for DraftKings NFTs was sporadic and insufficient, and, at times, effectively non-existent. Treating "Secondary Market Receipts" as a reliable, loss-offsetting proxy overstates mitigation and understates loss.

4. **Speculative and appreciating nature of NFTs as original works.** NFTs are speculative assets tied to digital scarcity and original creative works. Their value can be volatile and, as a class of crypto-native collectibles, **tends to appreciate over longer horizons** as cultural adoption, licensing, and platform features evolve. A static, transaction-date-based loss framework that ignores longer-term appreciation potential and non-price utility (access, status, set completion) artificially depresses recognized loss.

5. **Performance-driven utility; tiers are not fungible.** A significant portion of value was derived from the **viability of player performances** and game mechanics (contests, utilities, and rewards). Cards within the same "tier" (Core/Rare/Elite/Legendary, etc.) are **not fungible**—player quality, scarcity within sets, challenge utility, and lineup correlation materially impact market value. Any allocation that flatly treats all cards within a tier as equivalent mismeasures economic reality and unfairly reduces loss for holders of higher-utility or higher-performing assets.

6. **Prize Receipts should not be a dollar-for-dollar offset.** The inclusion of **Prize Receipts (PR)** as a direct offset to payments is improper or, at minimum, should be discounted. Contest prizes were contingent on additional skill, effort, and gameplay risk; they do not "undo" capital outlays for collectibles and should not reduce loss one-for-one like a refund. Moreover, some prizes may be non-cash, promotional, or illiquid, further undermining their use as a pure offset.

7. **Fees, slippage, and taxes.** It is unclear whether PP/SP include marketplace fees, gas, slippage, or sales taxes, and whether SR is net of the same. If fees and frictions on purchases are not fully included—but fees on sales are netted—loss is understated. Please confirm fee treatment and recalculate accordingly.

## III. Relief Requested

Given the foregoing, I request that the Settlement Administrator:

A. **Provide full transaction-level detail** used for each of my line items (PP, SP, SR, CR, PR), including timestamps, item identifiers, marketplaces, fee treatment, and any exchange-rate assumptions.

B. **Produce the governing definitions** from the Plan of Allocation as applied to my claim, along with any internal calculation worksheets or audit logs.

C. **Disclose the Net Settlement Fund** amount expected to be used for distribution and the current estimated pro-rata percentage so I can meaningfully evaluate expected recovery.

D. **Recalculate my IR** after (i) properly accounting for marketplace fees, gas, and slippage; (ii) discounting or excluding Prize Receipts as offsets; (iii) differentiating among cards within any given tier based on player performance, scarcity, and in-game utility; and (iv) recognizing the absence of a viable secondary market during relevant periods.

E. **Hold my objection open** and toll the response deadline as needed pending production of the above information. If additional information is produced after the stated deadline, please treat this as a continuing objection and grant leave to supplement.

## IV. Reservation of Rights

This objection is made without waiver of, and with full reservation of, all rights and remedies, including the right to submit additional evidence and argument, to challenge any aspect of the calculation and allocation methodology, to object to the size and composition of the Net Settlement Fund or the final distribution percentages, and to seek Court review of any adverse determination.

Please confirm receipt of this objection, provide the requested materials, and advise when a corrected calculation will issue.

Respectfully submitted,



 October 21, 2025 at 4:25 PM

**EXTERNAL MESSAGE**
This email was received from outside AB Data. Always verify the sender and content before clicking links or opening attachments.

Hello,

Thank you for confirming receipt.

I submit this supplemental objection and request for information regarding my "Individual Recognized Loss" (IR) calculation and any eventual distribution.

**1) Plan of Allocation requires enough detail to verify IR/PR.**
Per the Notice/Plan of Allocation,you "shall use reasonable efforts to provide … information necessary to determine each Settlement Class Member's IR and PR," including account and transaction data. Please therefore provide transaction-level detail (NFT identifier, date/time, price, fees/gas, and marketplace) and the exact mapping that produced my PP, SP, SR, CR, and PR totals.

**2) Net Settlement Fund and pro-rata percentage are unknown.**

The Notice explains that payment equals a claimant's pro-rata share of the Net Settlement Fund and expressly notes that "it is not possible to determine" an individual payment now. Without disclosure of the current or estimated Net Settlement Fund and aggregate recognized loss (AR), I cannot evaluate or finalize my objection. Please disclose (a) current estimates of NF, (b) AR to date, and (c) the expected pro-rata % that will be applied to my IR.

**3) Secondary-market assumptions overstate mitigation.**

Your totals treat "Secondary Market Receipts" as a reliable offset. In reality, liquidity for DraftKings NFTs was often thin or non-existent; thus, SR overstates mitigation and understates loss. Please explain how illiquidity was accounted for (or confirm that it was not) and recalculate IR accordingly.

**4) Tier-equivalence is economically inaccurate.**
Value was materially tied to player performance, scarcity, challenge utility, and lineup viability. Cards within the same tier (e.g., Core/Rare/Elite/Legendary) are not fungible, hence N"FT." Any approach that treats all items within a tier as equal misvalues loss for holders of higher-utility assets. Please confirm whether you differentiated by player, set, scarcity, challenge utility, and performance impacts and, if not, recalculate.

**5) Prize receipts (PR) should not be a dollar-for-dollar offset.**
Contest prizes involved additional skill, effort, time, and risk and often were non-cash or illiquid. Offsetting purchases 1:1 with PR is improper; at minimum, PR should be discounted or excluded. Please identify each PR component and its nature (cash/non-cash) and adjust IR.

**6) Fees, gas, slippage, and taxes.**
Please confirm whether PP/SP totals are gross or net of marketplace fees, gas, slippage, and taxes, and whether SR is net of the same. If fees on buys are not fully included (but fees on sales are netted), loss is understated. Provide your methodology and adjust IR.

**7) Definitions and documentation.**
Although the Notice defines the IR variables at a high level, your letter uses undefined terms without itemization. Please provide: (i) the operative definitions you applied; (ii) your calculation worksheet/audit log showing how each transaction mapped to PP, SP, SR, CR, and PR; and (iii) source data supplied by DraftKings for my account so I can reconcile it to my records.

**8) Reservation of rights.**

Because (a) the Net Settlement Fund and pro-rata percentage are undisclosed, (b) transaction-level data and fee treatment are missing, and (c) liquidity, tier non-fungibility, performance-based value, and prize-offset issues remain unresolved, there are not enough facts to formulate a complete objection at this time. I therefore reserve all rights to amend, supplement, and renew my objection upon receipt of the requested information and any later disclosures or motions regarding distribution.

Please confirm (1) that you will produce the above information; (2) when you will disclose the NF/AR estimates and the preliminary pro-rata percentage; and (3) that my objection remains open pending your production and any distribution motion.

Regards,

███████

---

# CLAIM 935886843

DRAFTKINGS NFT SETTLEMENT
SETTLEMENT ADMINISTRATOR
C/O A.B. DATA, LTD.
P.O. BOX 173039
MILWAUKEE, WI 53217

FIRST CLASS MAIL
US POSTAGE
PAID
MILWAUKEE, WI
PERMIT 3780

OCT 28 2025

### NOTICE OF CLAIM CALCULATION

| | |
|---|---|
| DATE: | October 07, 2025 |
| RE: | DraftKings NFT Settlement |
| INDIVIDUAL RECOGNIZED LOSS: | ~~$3,089.71~~ |
| CLAIM NUMBER: | 935886843 |
| RESPONSE DEADLINE: | October 28, 2025 |


*This is the Corrected number IR = $10,035.71 10.23.25*

Dear Claimant:

We have processed your Proof of Claim and Release Form ("Claim") submitted in connection with the DraftKings NFT Settlement. Each Claim's Individual Recognized Loss ("IR") was calculated in accordance with the Court-approved Plan of Allocation utilizing the following formula.

$$IR = [PP + SP] - [SR + CR + PR]$$

**Your Claim's IR is $3,089.71.** The transactional information used to calculate your Claim's IR is listed below. This data was provided directly to the Settlement Administrator by DraftKings. More information on the Plan of Allocation is found in the Settlement Notice available at www.DraftKingsNFTSettlement.com.

| | |
|---|---|
| **Primary Market Payments (PP):** | $13,018.93 |
| **Secondary Market Payments (SP):** | $7,908.46 |
| **Secondary Market Receipts (SR):** | $10,891.68 |
| **Closure Receipts (CR):** | $0.00 |
| **Prize Receipts (PR):** | $6,946.00 |

If you believe the calculation of your IR set forth above is incorrect, you must, within twenty-one (21) days of the date of this notice, send us a signed written statement that states your reasons for contesting this determination, along with documentation supporting a different Recognized Net Loss amount under the Plan of Distribution.

The Settlement Administrator will review any information you submit in response to this determination. If there remains a dispute concerning the Settlement Administrator's determination of your Claim, such dispute will be presented to the Court for binding resolution.

To determine your Claim's final award, the Settlement Administrator will divide your Claim's IR by the "Aggregate Recognized Loss" (*i.e.*, all Settlement Class Member's recognized losses combined) with the resulting percentage multiplied against the "Net Settlement Fund" (*i.e.*, the balance remaining in the Settlement Fund after the payment of: (i) any and all Notice Costs; (ii) any and all Administration Costs; (iii) any and all Taxes; (iv) any Fee and Expense Award; (v) any Service Award; and (vi) any other fees, costs, or expenses approved by the Court).

Class Counsel will file a motion for Court approval to distribute the Net Settlement Fund after claimants have had an opportunity to respond to the determination from the Settlement Administrator and all Claims have been finalized. The distribution motion will be posted on the Settlement website (www.DraftKingsNFTSettlement.com). Claimants may file objections to the determination of their claim or otherwise make submissions to the Court in response to the distribution motion.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at 1-877-883-9186 or email us at info@DraftKingsNFTSettlement.com. Please reference the Claim number listed above in any communication. If you would like to view or download the Settlement Notice, which contains the Plan of Distribution, you may do so by visiting www.DraftKingsNFTSettlement.com. Additionally, in order to ensure that you receive further communications regarding this settlement, please make sure that all of your contact information is correct and up to date.

Sincerely,

A.B. DATA, LTD.
Settlement Administrator

**DK marketplace prize receipts**

| | |
|---|---|
| 2021 | $0.00 |
| 2022 | $0.00 |
| 2023 | $0.00 |
| 2024 | $0.00 |
| TOTAL | $0.00 |

CLAIM NUMBER          935886843

█████████████████████████████

Corrected formula calculation.

| | |
|---|---|
| PP | $13,018.93 |
| SP | $7,908.46 |
| SR | $10,891.68 |
| CR | $0.00 |
| PR | $0.00 |

INDIVIDUAL RECOGNIZED LOSS CORRECTED
**$10,035.71**



10·23·2025

October 23, 2025
            Claim Number 935886843

            Hi:

            I believe the calculation of my IR is incorrect and I
am within twenty-one (21) days of the date of the your notice
attaching a signed written statement that states my reason
for contesting this determinaton. Attached please find
documentation supporting a corrected Recoginized Net Loss
amount under the Plan of Distribution.

Please note that on two occasions, October 17 and October
18, 2025, I contacted Draftkings requesting additional
information. Draftkings was non responsive.

The CORRECTED INDIVIDUAL RECOGNIZED LOSS IS:

                $10,035.71



Claim Number 935886843

signed

# CLAIM 920845666

From:



DRAFTKINGS NFT SETTLEMENT
CONTEST OF DETERMINATION

Please find attached a screen capture of my DraftKings lifetime transaction history.
This was retrieved from DraftKings Financial Center on my account on Saturday,
October 25, 2025. First I would like to clarify that all of the numbers presented to
calculate my Individual Recognized Losses ("IR") on the NOTICE OF CLAIM CALCULATION
I received are slightly off in comparison to my DraftKings financial records. All of
the accurate numbers are in the included transaction history. While these errors are
minuscule, the large discrepancy that needs to be addressed is my Secondary Market
Receipts ("SR"), and my Prize Receipts ("PR"), as listed on the NOTICE OF CLAIM
CALCULATION. As you may, or may not be aware, DraftKings Reignmakers platform
awarded all NFT secondary marketplace sales listed as WINNINGS; The same as actual
Reignmakers contest winnings. As I remember it in the financial center, before
DraftKings started to remove customer access to specifically older transactions,
secondary marketplace sales were visually indistinguishable from Reignmakers (or for
clarity, MARKETPLACE WINNINGS) contest winnings. The same can be said for Primary
Market Payments ("PP") and Secondary Market Payments ("SP"). Both forms of sales
were recorded together as MARKETPLACE WAGERS AND ENTRY FEES. That being said, I'm
both a little confused at why DraftKings would provide the settlement administrator
with records of both "SR" and "PR" amounts seperately, and why my calculation is
showing my SR as $1401.33 and my PR as $4011.00, when DraftKings own financial
center transaction records are showing me that my TOTAL MARKETPLACE WINNINGS are in
the amount of $1401.03. I don't know if DraftKings is trying to add some kind of
financial value to NFT's that were awarded as prizes, which would be an issue in
itself as this lawsuit kind of argues that the NFT's have no real value. But i can
assure you, probably in the range of 90-95% of what I won playing Reignmakers, were
more Reignmakers NFT's. There is no way I personally won (via contest winnings, or
secondary marketplace sales) more than the $1401.03 that is showing on my DraftKings
account.

So to be clear, I AM CONTESTING that I did NOT in fact have $1401.33 in SR, and I
did NOT have $4011.00 in PR. My total SR and PR should be a COLLECTIVE TOTAL of
$1401.03 in receipts (obviously that number does not include the CLOSURE RECEIPTS
("CR")) as shown in the attached record, from DraftKings own financial center. By my
calculation, using the accurate numbers from my financial records, my ACCURATE IR
should be $6528.38.

CLAIM #: 920845666
Signed:  October 25, 2025



# Transaction Summary                                                              ×

| Date | | Clear | Currency |
|------|--|-------|----------|
| Lifetime | ⌄ | | USD ⌄ |

| | |
|--|--|
| Initial Balance | -$0.00 |
| Total Deposits | $13,293.83 |
| Total Withdrawals | -$8,442.95 |
| **Wagers and Entry Fees** ⌄ | **-$35,271.05** |
| Sportsbook | -$23,498.12 |
| Daily Fantasy | -$3,448.10 |
| Casino | $0.00 |
| Pools | -$1.00 |
| Jackpot | $0.00 |
| Marketplace | -$8,234.83 |
| Pick6 | -$89.00 |
| Poker | $0.00 |
| Lottery | $0.00 |
| **Winnings** ⌄ | **$28,510.35** |
| Sportsbook | $19,107.68 |
| Daily Fantasy | $7,988.73 |
| Casino | $0.00 |
| Pools | $12.91 |
| Jackpot | $0.00 |
| Marketplace | $1,401.03 |
| Casino Leaderboard | $0.00 |
| Pick6 | $0.00 |
| Poker | $0.00 |
| Lottery | $0.00 |
| Rewards and Promotions | $1,396.85 |
| Other | $512.97 |
| Ending Balance | $0.00 |
| Win / Loss | -$6,760.70 |

# CLAIM 920750495

## #223279 Disputing ir

| Submitted | Received via | Requester |
|---|---|---|
| October 25, 2025 at 1:36 AM | Mail | ███████████████████████ |

| | Priority |
|---|---|
| - | Normal |

| Case Name | Are you human | Case Info |
|---|---|---|
| DraftKings_Inc. | Yes | DraftKings_Inc |

███████████████    October 25, 2025 at 1:36 AM

EXTERNAL MESSAGE

This email was received from outside AB Data. Always verify the sender and content before clicking links or opening attachments.

I believe the prize receipt,is incorrect. I never received my winnings. Claim # :920750495

████████████

---

October 27, 2025 at 9:34 AM

Hello,

Thank you for your email regarding the DraftKings NFT Settlement.

The data about your NFT transactions in your DraftKings account (from August 11, 2021 through the date of Judgment) was provided directly to us, the Settlement Administrator, by the Defense, DraftKings.

Your Claim, based on the Court-approved Plan of Allocation (IR= [PP+SP]- [SR+CR+PR]), calculates to an Individual Recognized Loss ("IR") of $20.51. As stated in the letter you received, your transactional information includes:
 Primary Market Payments (PP): $0.00
 Secondary Market Payments (SP): $20.51
 Secondary Market Receipts (SR): $0.00
 Closure Receipts (CR): $0.00
 Prize Receipts (PR): $0.00

$$IR= [\$0.00+\$20.51] - [\$0.00 + \$0.00 + \$0.00]$$
$$IR= \$20.51$$

If you disagree with the calculation of your IR, you must send in a reason for contesting this determination along with documentation supporting a different Individual Recognized Loss under the Plan of Allocation found in the attached Notice by **October 28, 2025.**

Please let us know if you have any additional questions.

Regards,
Settlement Administrator

**DraftKings NFT Settlement**
Phone: 877-883-9186
Website: www.DraftKingsNFTSettlement.com
Email: info@DraftKingsNFTSettlement.com

# CLAIM 920030780

## ▌ #220003 Re: Draftkings Update

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| October 14, 2025 at 11:52 AM | Closed Ticket | ███████████████████ |

| **Case Name** | **Are you human** | **Case Info** |
|---|---|---|
| DraftKings_Inc. | Yes | DraftKings_Inc |

████████ October 14, 2025 at 11:52 AM

This is a follow-up to your previous request #217541 "Draftkings Update"

**EXTERNAL MESSAGE**

This email was received from outside AB Data. Always verify the sender and content before clicking links or opening attachments.

Good Afternoon,

Claim number - 920030780

I received my Individual Recognized loss form in the mail - My IR looks to be incorrect.
My IR shows $2,744.67

When reviewing my Lifetime transactions from DK, I noticed that any "Burned" NFT does not have a value tied to it, lowering my PP and SP payments.

When reviewing my PR, my DFS winnings (Daily Fantasy) from DK are being combined with the Reignmakers platform, which inflates my PR and lowers my IR.
Is there a way to cross-review my reporting that came from DK support to what is being used to calculate my IR?

October 21, 2025 at 11:12 AM

Hello,

Thank you for your email regarding the DraftKings NFT Settlement.

We confirm we have received your email. Please note that the data about your NFT transactions in your DraftKings account (from August 11, 2021 through the date of Judgment) was provided directly to us by the Defense, DraftKings, as totals for each figure (PP, SP, SR, CR, and PR) for your account.

Regards,
Settlement Administrator

**DraftKings NFT Settlement**
Phone: 877-883-9186
Website: [www.DraftKingsNFTSettlement.com](http://www.DraftKingsNFTSettlement.com)
Email: [info@DraftKingsNFTSettlement.com](mailto:info@DraftKingsNFTSettlement.com)

██████████ October 21, 2025 at 11:39 AM

**EXTERNAL MESSAGE**
This email was received from outside AB Data. Always verify the sender and content before clicking links or opening attachments.

Thank you,

I have my IR at 13-15K when you add back in Burn NFT cost and separate prize winnings from DFS and Reignmakers.

Does the data match the spreadsheet I received from Draftkings or do I have to contact them for this information?

██████████ November 6, 2025 at 12:57 PM

**EXTERNAL MESSAGE**
This email was received from outside AB Data. Always verify the sender and content before clicking links or opening attachments.

Apologies - I was able to get most from Draftkings, and the information is correct.

Is there anything additional that needs to be done for next steps?

---

Support Software by **Zendesk**

# CLAIM 899640146



Claim #899640146                    OCT 29 2025

10/24/2025

DraftKings NFT Settlement

Settlement Administrator
C/O A.B. Data, LTD

P.O. Box 173039

Milwaukee, WI 53217

Dear Settlement Administrator,

I am writing in response to your letter regarding my Proof of Claim and Release Form in the DraftKings NFT Settlement. Your calculated Individual Recognized Loss (**IR**) is **$71,407.33**, using the Court-approved formula:

**IR = [PP + SP] − [SR + CR + PR]**

with the following values:

| Category | Amount |
|---|---|
| Primary Market Payments (PP) | $132,951.71 |
| Secondary Market Payments (SP) | $154,598.85 |
| Secondary Market Receipts (SR) | $31,089.50 |
| Closure Receipts (CR) | $29,661.24 |
| Prize Receipts (PR) | $155,392.50 |

I **accept the transactional data and base IR calculation as accurate** but **dispute the completeness of the Recognized Loss** under the Plan of Allocation. The formula fails to account for the **future economic value (FV)** of the Reignmakers cards I held at shutdown — specifically, the **lost future prize earnings** and **recent capital outlay** that would have generated additional returns had the platform remained operational.

**Dispute: Omission of Future Value (FV) Component**

The Plan of Allocation defines Recognized Loss to compensate class members for economic harm caused by the abrupt closure of the Reignmakers ecosystem. This harm includes not only out-of-pocket losses but also **foreseeable future earnings** tied to NFTs purchased and held in good faith for ongoing contest play.

**1. Historical Prize Earnings Baseline**

- Total Prize Receipts (PR): **$155,392.50**

- Time period: **19 months** (full 2023 calendar year + 7 months of 2024 through July)

- **Monthly average:** $155,392.50 ÷ 19 = **$8,178.55 per month**

**2. Remaining Season Durations at Shutdown (July 2024)**

**Sport Months Remaining**

UFC   5

PGA   9

NFL   7

**Weighted average remaining season: 7 months** (reflecting typical portfolio exposure across contests)

**3. Lost Future Earnings (FV – Opportunity Cost)**

- Projected earnings for remaining 7 months:
  **7 × $8,178.55 = $57,249.85**

**4. Recent Capital Deployment (June & July 2024 Spending)**

- These purchases were made **in direct anticipation of continued platform operation:**

  - June 2024: $6,220.54

  - July 2024: $2,217.65

  - Total: $8,438.19

These funds were invested **immediately prior to closure** and represent capital that had **zero opportunity to generate returns** due to the shutdown.

**Requested Corrected Total Recognized Loss (Including FV)**

| Component | Amount | Description |
|---|---|---|
| Base IR (as calculated) | $71,407.33 | Accepted per Administrator |
| + FV (Lost Future Earnings) | $57,249.85 | 7 months × $8,178.55/mo |
| + June/July Capital Outlay | $8,438.19 | Purchases with no earning window |

**Total Adjusted Recognized Loss $137,095.37**

Alternatively, expressed via augmented formula:
**Total Recognized Loss = IR + FV + Recent Capital**

I request that the Settlement Administrator **recognize the FV component** as part of my economic loss under the spirit and intent of the Plan of Allocation. The abrupt termination of Reignmakers destroyed not only past investment but the **entire future income stream** tied to cards I continued to acquire and use in good faith.

If this FV adjustment is outside current administrative guidelines, I respectfully request that this dispute be **elevated to the Court** for binding resolution, as provided in your notice.

Please contact me at ███████████████████████ with any questions or to request additional records.

Thank you for your consideration.

Sincerely,

# CLAIM 898543701

CLAIM #898543701                      10-20-25

TO WHOM IT MAY CONCERN,    OCT 28 2025

I ▓▓▓▓▓ would like to dof
contest your determination for my
Claim. My claim was denied because
I did Not purchase Any DraftKings
NFTs during the class Action period.
I have Included supporting documents
that I purchased DraftKing NFTs on
Feb 11, 2024 and JAN 20, 2024.


                        Sincerely,
                        ▓▓▓▓▓▓▓▓▓▓▓

Claim # 898543701



### Deposits - Financial

Feb 11, 2024                                              7:37pm

| ID | |
|---|---|

| Description | Gaming Deposit - Visa |
|---|---|

| Amount USD | +$5.00 |
|---|---|

### Deposits - Financial

Jan 20, 2024                                              3:41pm

| ID | |
|---|---|

| Description | Gaming Deposit - Visa |
|---|---|

| Amount USD | +$5.00 |
|---|---|

# CLAIM 897859541



**Date:** 10/27/2025

To: DraftKings NFT Settlement
   Settlement Administrator
   C/O A. B. Data, LTD.
   Milwaukee, WI 53217

**Subject:** Response to Notification of Claim Rejection – DraftKings Individual Recognizable Loss

Dear Settlement Administrator,

I am writing to formally dispute the calculation of my Individual Recognizable Loss (IR) as stated in the recent notification of claim rejection related to the DraftKings NFT Marketplace settlement.

According to your records, my prize receipts were listed as totaling $425,154. However, this figure is inaccurate. It appears to include amounts already accounted for in both primary and secondary market payments. My actual winnings are reflected in the secondary market receipts, and the correct total for my true prize receipts is **$65,913.06**.

Based on this corrected figure, my recalculated IR should be **$246,011.68**, which represents the amount I lost through reinvestment into the DraftKings NFT Marketplace. I have attached the following documentation to support my claim:

- A detailed portfolio of my NFT holdings
- A screenshot of my lifetime winnings with a breakdown
- Clear evidence showing my true prize receipts totaling $65,913.06

As a high school math teacher, I invested significant time, money, and trust into the DraftKings NFT platform. Over the past two years, this investment has caused considerable financial and emotional hardship. I respectfully request that you reconsider my claim and present this corrected information to the court on my behalf.

I am seeking to be made whole again and to have my true loss of **$246,011.68** recognized. I appreciate your attention to this matter and your efforts to ensure fairness in the settlement process.

Sincerely,



10/27/2025

# CLAIM 897859525

 # #219718 Fwd: Notice of Proposed Class Action Settlement Dufoe v. DraftKings

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| October 13, 2025 at 4:27 PM | Mail | █████████████████████████ |

| **Case Name** | **Are you human** | **Case Info** |
|---|---|---|
| DraftKings_Inc. | Yes | DraftKings_Inc |

████████████    October 13, 2025 at 4:27 PM

**EXTERNAL MESSAGE**
This email was received from outside AB Data. Always verify the sender and content before clicking links or opening attachments.

Hello,

I received a notice of claim rejection in the mail today and am totally confused. The calculation doesn't make any sense...all I know is I had purchased a handful of NFTs through the DraftKings marketplace several years ago and was unable to sell them before the platform was terminated. I also never used these in any contests, they were strictly held as collectibles, so I don't understand how any 'secondary market receipts' nor 'prize receipts' mentioned in the letter would apply to my calculation. How is it possible that my individual recognized loss is $0 if I lost my entire NFT collection value when they became defunct!? If I remember correctly, the total value of my NFT collection was around $150.

Thanks,
█████████████
Claim # 897859525

---------- Forwarded message ---------
From: **Dufoe v. DraftKings NFT Settlement Administrator** <help@mg.abdataclassactionmail.com>
Date: Tue, Apr 1, 2025 at 2:13 PM
Subject: Notice of Proposed Class Action Settlement Dufoe v. DraftKings
To: <jdcohen7@gmail.com>


**Unique ID Number:** ███████████
**PIN:** ████████

**Visit www.DraftKingsNFTSettlement.com for copies of the Notice of Pendency and Proposed Settlement of Class Action, Settlement Hearing, and Right to Appear and the Proof of Claim and Release Form.**

**TO: ALL PERSONS WHO PURCHASED, SOLD, HELD, OR OTHERWISE TRANSACTED DRAFTKINGS NFTS FROM AUGUST 11, 2021 THROUGH THE PRESENT, INCLUSIVE**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the District of Massachusetts, that a hearing will be held on July 30, 2025, at 3:00 p.m. before the Honorable Denise J. Casper, United States District Judge of the District of Massachusetts, 1 Courthouse Way, Boston, MA 02210, for the purpose of determining: (1) whether the proposed Settlement of the claims in *Dufoe v. DraftKings*, No. 1:23-cv-10524 (D. Mass.) (the "Action") for consideration including the sum of $10,000,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed Plan of Allocation is fair, reasonable, and adequate; (3) whether the application of Class Counsel for an award of attorneys' fees of up to one-third plus interest of the Settlement Amount, reimbursement of expenses of not more than $100,000, and a service payment to Lead Plaintiff of not more than $50,000 should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation and Agreement of Settlement, dated February 26, 2025 (the "Stipulation"). The Court reserves the right to hold the Final Approval Hearing telephonically or by other virtual means.

If you purchased, sold, held, or otherwise transacted DraftKings NFTs from August 11, 2021 through the present, both dates inclusive, your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership of DraftKings NFTs. If you need assistance obtaining a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release Form ("Claim Form"), you may write, call, or contact the Settlement Administrator: DraftKings NFT Settlement, c/o A.B. Data, Ltd., P.O. Box 173039, Milwaukee, WI 53217; Phone: 877-883-9186; Email: info@DraftKingsNFTSettlement.com. You can also download copies of the Notice and submit your Claim Form online at www.DraftKingsNFTSettlement.com. If you are a member of the Settlement Class, to share in the distribution of the Net Settlement Fund you must submit a Claim Form electronically or postmarked no later than July 21, 2025, to the Settlement Administrator, establishing that you are entitled to a share in the recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Settlement Administrator a request for exclusion so that it is received no later than July 9, 2025, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Stipulation.

Any objection to the Settlement, Plan of Allocation, or Class Counsel's request for a fee and expense award or Lead Plaintiff service award must be in the manner and form explained in the detailed Notice and received no later than July 9, 2025, by each of the following:

| | | |
|---|---|---|
| Clerk of the Court<br>United States District Court<br>District of Massachusetts<br>1 Courthouse Way<br>Boston, MA 02210 | Kirby McInerney LLP<br>Attn: Anthony F. Fata<br>211 W. Wacker Dr., Suite 550<br>Chicago, IL 60606<br><br>**Plaintiff's Lead Counsel** | Sullivan & Cromwell LLP<br>Attn: Brian T. Frawley<br>125 Broad St.<br>New York, NY 10004<br><br>**Counsel for Defendants** |

If you have any questions about the Settlement, please contact the Settlement Administrator:

DraftKings NFT Settlement
c/o A.B. Data, Ltd.
P.O. Box 173039
Milwaukee, WI 53217
Toll-Free Number: (877) 883-9186
Email: info@DraftKingsNFTSettlement.com

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

DATED: FEBRUARY 28, 2025

BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

If you'd like to unsubscribe click here.

---

October 21, 2025 at 10:46 AM

Hello,

Thank you for your email regarding the DraftKings NFT Settlement.

Your Claim, based on the Court-approved Plan of Allocation (IR= [PP+SP]- [SR+CR+PR]), calculates to an Individual Recognized Loss ("IR") of $0.00. As stated in the letter you received, your transactional information that was provided directly to us by Defense, DraftKings, includes:

Primary Market Payments (PP): $86.98
Secondary Market Payments (SP): $73.01
Secondary Market Receipts (SR): $231.02
Closure Receipts (CR): $0.57
Prize Receipts (PR): $162.00

**IR= [$86.98+$73.01] - [$231.02 + $0.57 + $162.00]**
**IR= -$233.60**

As detailed in Footnote 2 of the attached Notice, "Should the resulting IR be a negative number, the Settlement Class Member's IR would be adjusted to

$0 and the Settlement Class Member would not be eligible for a distribution from the Settlement Fund".

If you disagree with the calculation of your IR, you must send in a reason for contesting this determination along with documentation supporting a different Individual Recognized Loss under the Plan of Allocation found in the attached Notice by **October 28, 2025.**

Please let us know if you have any additional questions.

Regards,
Settlement Administrator

**DraftKings NFT Settlement**
Phone: 877-883-9186
Website: www.DraftKingsNFTSettlement.com
Email: info@DraftKingsNFTSettlement.com

# CLAIM 897859314

#  #223467 Check in

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| October 26, 2025 at 12:24 PM | Mail | ███████████████████████ |

| **Case Name** | **Are you human** | **Case Info** |
|---|---|---|
| DraftKings_Inc. | Yes | DraftKings_Inc |

███████████     October 26, 2025 at 12:24 PM

───────────────────────────────────────────────────

**EXTERNAL MESSAGE**

This email was received from outside AB Data. Always verify the sender and content before clicking links or opening attachments.

Claim number 897859314

I'm seeing if I'm eligible for a higher payout on this case. My draft kings account has been locked for almost 2 years so I haven't had access to any NFT or contests. My secondary market receipts should be lower as I did not retain many funds.

I had lost roughly $1500 from draft kings NFTs and was locked out of any sale or use of them after purchasing, and would like to recover as much as possibly

─────────────────

Sent from mobile,



October 27, 2025 at 9:47 AM Hello,

Thank you for your email regarding the DraftKings NFT Settlement.

At this time, it is not possible to make any determination as to how much any individual Settlement Class Member may receive from the Settlement. Final distribution numbers and payments will not be known until distribution is set to commence.

Please note that the data about your NFT transactions in your DraftKings account (from August 11, 2021 through the date of Judgment) was provided directly to us, the Settlement Administrator, by the Defense, DraftKings. Your Claim, based on the Court-approved Plan of Allocation (IR= [PP+SP]-[SR+CR+PR]), calculates to an Individual Recognized Loss ("IR") of $171.85. As stated in the letter you received, your transactional information includes:
  Primary Market Payments (PP): $439.82
  Secondary Market Payments (SP): $1,357.42
  Secondary Market Receipts (SR): $1,594.395
  Closure Receipts (CR): $0.00
  Prize Receipts (PR): $31.00

$$IR= [\$439.82+\$1,357.42] - [\$1,594.395 + \$0.00 + \$31.00]$$
$$IR= \$171.85$$

If you disagree with the calculation of your IR, you must send in a reason for contesting this determination along with documentation supporting a different Individual Recognized Loss under the Plan of Allocation found in the attached Notice by **October 28, 2025.**

Please let us know if you have any additional questions.

Regards,
Settlement Administrator

**DraftKings NFT Settlement**
Phone: 877-883-9186
Website: www.DraftKingsNFTSettlement.com
Email: info@DraftKingsNFTSettlement.com

---

████████████     October 27, 2025 at 1:04 PM

**EXTERNAL MESSAGE**

This email was received from outside AB Data. Always verify the sender and content before clicking links or opening attachments.

Okay. Numbers I received and numbers you are giving me do not match up. You are showing $1500 sold in secondary market when I only sold maybe $400 tops

_____

Sent from mobile,





October 27, 2025 at 2:26 PM

Hello,

Thank you for your email regarding the DraftKings NFT Settlement.

As previously noted, the data about your NFT transactions in your DraftKings account (from August 11, 2021 through the date of Judgment) was provided directly to us, the Settlement Administrator, by the Defense, DraftKings. If you believe there is a discrepancy regarding the data provided by DraftKings regarding your account and believe the calculation of your IR set forth in your letter is incorrect, you must send us a signed written statement that states your reasons for contesting this determination, along with documentation supporting a different Recognized Net Loss amount under the Plan of Distribution, via email to info@DraftKingsNFTSettlement.com by the response deadline of October 28, 2025. Please note that any documentation submitted to us will also be reviewed by Defense, DraftKings, to determine the accuracy and validity of the information provided.

If you have any questions or concerns, please contact us.

Regards,
Settlement Administrator

**DraftKings NFT Settlement**
Phone: 877-883-9186
Website: www.DraftKingsNFTSettlement.com
Email: info@DraftKingsNFTSettlement.com

 October 27, 2025 at 2:28 PM

**EXTERNAL MESSAGE**
This email was received from outside AB Data. Always verify the sender and content before clicking links or opening attachments.

They have my account locked so I cannot access my net totals or any of the NFTs. This has been locked since a few weeks after NFTs were purchased and since then DraftKings has had the only control of my account, nothing user end.



October 28, 2025 at 9:21 AM

Hello,

Thank you for your email regarding the DraftKings NFT Settlement.

This is a confirmation that we have received your response, which is being further reviewed. If further information is needed, you will be notified.

Regards,
Settlement Administrator

**DraftKings NFT Settlement**
Phone: 877-883-9186
Website: [www.DraftKingsNFTSettlement.com](http://www.DraftKingsNFTSettlement.com)
Email: [info@DraftKingsNFTSettlement.com](mailto:info@DraftKingsNFTSettlement.com)

Support Software by **Zendesk**

# CLAIM 897859256

# 🔰 #220349 Inquiry Regarding Exclusion of Promotional Earnings (Franchise Score, Achievements) from Settlement IR Calculations

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| October 15, 2025 at 9:45 AM | Mail | █████████████████████████████ |

| **Case Name** | **Are you human** | **Case Info** |
|---|---|---|
| DraftKings_Inc._54926 | Yes | DraftKings_Inc_54926 |

| ███████████ | October 15, 2025 at 9:45 AM |
|---|---|

**EXTERNAL MESSAGE**

This email was received from outside AB Data. Always verify the sender and content before clicking links or opening attachments.

Hello,

My name is ███████████████, and I am a member of the Settlement Class in Dufoe v. DraftKings, et al.

I recently received the Claim Status Letter mailed on October 7, 2025, outlining my Individual Recovery (IR) amount. After reviewing this and speaking with other class members, it appears that the IR calculations may not include promotional or achievement-based earnings associated with the DraftKings Reignmakers platform—specifically, the Franchise Score and Achievement programs that distributed millions of dollars in rewards to players.

Could you please clarify whether these promotional earnings were considered in the final settlement calculations, and if not, what rationale was used to exclude them from the IR totals? I am requesting this clarification to ensure the settlement accurately reflects all forms of monetary value distributed through the Reignmakers ecosystem.

For reference, I've included several official DraftKings Network publications that document these promotional payouts and their monetary scale:

https://dknetwork.draftkings.com/2024/08/02/how-reignmakers-will-issue-final-payout/
https://dknetwork.draftkings.com/2024/01/03/reignmakers-ufc-2024-achievements-and-franchise-score-details-of-note/
https://dknetwork.draftkings.com/2024/01/24/reignmakers-pga-tour-2024-achievements-and-franchise-score-details-of-note/
https://dknetwork.draftkings.com/2024/05/17/reignmakers-ufc-introduces-franchise-score-chase-trial/
https://dknetwork.draftkings.com/2022/10/05/draftkings-reignmakers-weekly-franchise-score-contests-go-live-with-100k-up-for-grabs/

I would appreciate confirmation on whether the Settlement Administrator reviewed or considered these types of payouts in determining recovery amounts. If these were excluded, I would like to understand the legal or data-based justification for doing so.

Thank you for your time and attention to this matter. I look forward to your response.

Sincerely,

██████████

---

---

---

October 21, 2025 at 11:20 AM

Hello,

Thank you for your email regarding the DraftKings NFT Settlement.

We confirm we have received your email. Please note that the data about your NFT transactions in your DraftKings account (from August 11, 2021 through the date of Judgment) was provided directly to us by the Defense, DraftKings, as totals for each figure (PP, SP, SR, CR, and PR) for your account.

Regards,
Settlement Administrator

**DraftKings NFT Settlement**
Phone: 877-883-9186
Website: www.DraftKingsNFTSettlement.com
Email: info@DraftKingsNFTSettlement.com

Support Software by **Zendesk**

# CLAIM 897858116



**Date:** Oct 28, 2025

NOV 0 4 2025

**To:**
DraftKings NFT Settlement
Settlement Administrator
C/O A.B. DATA, LTD.
P.O. BOX 173039
MILWAUKEE, WI, 53217

**Subject:** Claim No. 897858116 – Request for Correction of
Secondary Market Receipts (SR)

Dear Settlement Administrator,

I am writing in connection with my claim under the DraftKings
NFT Settlement, Claim No. **897858116**. Upon reviewing the
settlement data provided, I have identified a discrepancy in the
reported **Secondary Market Receipts (SR)** amount.

The SR report indicates a gain of **$6,040.93**, while my **lifetime
marketplace receipts** indicate a gain of **$4,807.57**. I have
reviewed the accompanying figures and confirm that all other
numbers appear accurate and consistent with my records.

Based on these figures, my **Individual Recognized Loss (IR)**
should therefore be **$2,527.55**. Please find attached
documentation supporting this correction.

I respectfully request that the settlement administrator review
and update my claim to reflect the accurate SR value and
corresponding IR adjustment. Please confirm receipt of this
correspondence and advise when I can expect an update on this
matter.

Thank you for your prompt attention to this issue.

Sincerely,

Claim No. 897858116



**12:43**    5G

**Balance Details**

×

| Date | Clear | Currency |
|------|-------|----------|
| Lifetime ⌄ | | USD ⌄ |

| | |
|---|---|
| Initial Balance | -$0.00 |
| Total Deposits | $11,207.00 |
| Total Withdrawals | -$16,002.00 |
| **Wagers and Entry Fees** ⌄ | **-$28,452.81** |
| **Winnings** ⌄ | **$23,527.00** |
| Sportsbook | $934.77 |
| Daily Fantasy | $17,731.01 |
| Casino | $0.00 |
| Pools | $53.65 |
| Jackpot | $0.00 |
| Marketplace | $4,807.57 |
| Casino Leaderboard | $0.00 |
| Pick6 | $0.00 |
| Poker | $0.00 |
| Lottery | $0.00 |



From

Retail

**RDC 99**

53217

U.S. POSTAGE P/
ECM LETTER

OCT 28, 2025

S2324N507475-5(

TO: Draftkings NFT Settlement
Settlement Administrator
c/o A.B. DATA, LTD.
P.O. BOX 173039
MILWAUKEE, WI, 53217

53217-805039

# CLAIM 892118113

DRAFTKINGS NFT SETTLEMENT
SETTLEMENT ADMINISTRATOR
C/O A.B. DATA, LTD.
P.O. BOX 173039
MILWAUKEE, WI 53217

FIRST CLASS MAIL
US POSTAGE
PAID
MILWAUKEE, WI
PERMIT 3780

OCT 24 2025

**NOTICE OF CLAIM REJECTION**

| | |
|---|---|
| **DATE:** | **October 07, 2025** |
| **RE:** | **DraftKings NFT Settlement** |
| **INDIVIDUAL RECOGNIZED LOSS:** | **$0.00** |
| **CLAIM NUMBER:** | **892118113** |
| **RESPONSE DEADLINE:** | **October 28, 2025** |



*You have all my info. Please process the claim.*

Dear Claimant:

We have processed your Proof of Claim and Release Form ("Claim") submitted in connection with the DraftKings NFT Settlement. Your Claim, based on the Court-approved Plan of Allocation, calculates to an Individual Recognized Loss of $0.00. **To have an Individual Recognized Loss, you must have purchased DraftKings NFTs in either the Primary or Secondary Market.**

Based on information provided to us by DraftKings, you did not purchase any DraftKings NFTs in the Primary or Secondary Market during the Class Period. Therefore, under the Court-approved Plan of Allocation your Claim's Individual Recognized Loss amount is zero.

More information on the Plan of Allocation is found in the Settlement Notice available at www.DraftKingsNFTSettlement.com.

If you believe you purchased DraftKings NFTs in the Primary or Secondary Market during the Class Period and the calculation of your Individual Recognized Loss is incorrect, you must, within twenty-one (21) days of the date of this notice, send us a signed written statement that states your reasons for contesting this determination, along with documentation supporting a different Recognized Net Loss amount under the Plan of Distribution.

The Settlement Administrator will review any information you submit in response to this determination. If there remains a dispute concerning the Settlement Administrator's determination of your Claim, such dispute will be presented to the Court for binding resolution.

Class Counsel will file a motion for Court approval to distribute the Net Settlement Fund after claimants have had an opportunity to respond to the determination from the Settlement Administrator and all Claims have been finalized. The distribution motion will be posted on the Settlement website (www.DraftKingsNFTSettlement.com). Claimants may file objections to the determination of their claim or otherwise make submissions to the Court in response to the distribution motion.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at 1-877-883-9186 or email us at info@DraftKingsNFTSettlement.com. Please reference the Claim number listed above in any communication. If you would like to view or download the Settlement Notice, which contains the Plan of Distribution, you may do so by visiting www.DraftKingsNFTSettlement.com. Additionally, in order to ensure that you receive further communications regarding this settlement, please make sure that all of your contact information is correct and up to date.

Sincerely,

A.B. DATA, LTD.
Settlement Administrator

# CLAIM 892118111

DRAFTKINGS NFT SETTLEMENT
SETTLEMENT ADMINISTRATOR
C/O A.B. DATA, LTD.
P.O. BOX 173039
MILWAUKEE, WI 53217



FIRST CLASS MAIL
US POSTAGE
PAID
MILWAUKEE, WI
PERMIT 3780

OCT 23 2025

## NOTICE OF CLAIM REJECTION

**DATE:**                                  **October 07, 2025**
**RE:**                                    **DraftKings NFT Settlement**
**INDIVIDUAL RECOGNIZED LOSS:**            **$0.00**
**CLAIM NUMBER:**                          **892118111**
**RESPONSE DEADLINE:**                     **October 28, 2025**

Dear Claimant:

We have processed your Proof of Claim and Release Form ("Claim") submitted in connection with the DraftKings NFT Settlement. Your Claim, based on the Court-approved Plan of Allocation, calculates to an Individual Recognized Loss of $0.00. **To have an Individual Recognized Loss, you must have purchased DraftKings NFTs in either the Primary or Secondary Market.**

Based on information provided to us by DraftKings, you did not purchase any DraftKings NFTs in the Primary or Secondary Market during the Class Period. Therefore, under the Court-approved Plan of Allocation your Claim's Individual Recognized Loss amount is zero.

More information on the Plan of Allocation is found in the Settlement Notice available at www.DraftKingsNFTSettlement.com.

If you believe you purchased DraftKings NFTs in the Primary or Secondary Market during the Class Period and the calculation of your Individual Recognized Loss is incorrect, you must, within twenty-one (21) days of the date of this notice, send us a signed written statement that states your reasons for contesting this determination, along with documentation supporting a different Recognized Net Loss amount under the Plan of Distribution.

The Settlement Administrator will review any information you submit in response to this determination. If there remains a dispute concerning the Settlement Administrator's determination of your Claim, such dispute will be presented to the Court for binding resolution.

Class Counsel will file a motion for Court approval to distribute the Net Settlement Fund after claimants have had an opportunity to respond to the determination from the Settlement Administrator and all Claims have been finalized. The distribution motion will be posted on the Settlement website (www.DraftKingsNFTSettlement.com). Claimants may file objections to the determination of their claim or otherwise make submissions to the Court in response to the distribution motion.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at 1-877-883-9186 or email us at info@DraftKingsNFTSettlement.com. Please reference the Claim number listed above in any communication. If you would like to view or download the Settlement Notice, which contains the Plan of Distribution, you may do so by visiting www.DraftKingsNFTSettlement.com. Additionally, in order to ensure that you receive further communications regarding this settlement, please make sure that all of your contact information is correct and up to date.

Sincerely,

A.B. DATA, LTD.
Settlement Administrator

Hello,

My name is ████████████. My son got me involved with the Draft Kings NFT thing. I am now in assisted living and do not have the documentation anymore. Neither does my son.

Please confirm my claim.

Best

████████████

# CLAIM 892118110

DRAFTKINGS NFT SETTLEMENT
SETTLEMENT ADMINISTRATOR
C/O A.B. DATA, LTD.
P.O. BOX 173039
MILWAUKEE, WI 53217



| FIRST CLASS MAIL |
| US POSTAGE |
| PAID |
| MILWAUKEE, WI |
| PERMIT 3780 |

OCT 24 2025

### NOTICE OF CLAIM REJECTION

| DATE: | October 07, 2025 |
| --- | --- |
| RE: | **DraftKings NFT Settlement** |
| INDIVIDUAL RECOGNIZED LOSS: | **$0.00** |
| CLAIM NUMBER: | **892118110** |
| RESPONSE DEADLINE: | **October 28, 2025** |

Dear Claimant:

We have processed your Proof of Claim and Release Form ("Claim") submitted in connection with the DraftKings NFT Settlement. Your Claim, based on the Court-approved Plan of Allocation, calculates to an Individual Recognized Loss of $0.00. **To have an Individual Recognized Loss, you must have purchased DraftKings NFTs in either the Primary or Secondary Market.**

Based on information provided to us by DraftKings, you did not purchase any DraftKings NFTs in the Primary or Secondary Market during the Class Period. Therefore, under the Court-approved Plan of Allocation your Claim's Individual Recognized Loss amount is zero.

More information on the Plan of Allocation is found in the Settlement Notice available at www.DraftKingsNFTSettlement.com.

If you believe you purchased DraftKings NFTs in the Primary or Secondary Market during the Class Period and the calculation of your Individual Recognized Loss is incorrect, you must, within twenty-one (21) days of the date of this notice, send us a signed written statement that states your reasons for contesting this determination, along with documentation supporting a different Recognized Net Loss amount under the Plan of Distribution.

The Settlement Administrator will review any information you submit in response to this determination. If there remains a dispute concerning the Settlement Administrator's determination of your Claim, such dispute will be presented to the Court for binding resolution.

Class Counsel will file a motion for Court approval to distribute the Net Settlement Fund after claimants have had an opportunity to respond to the determination from the Settlement Administrator and all Claims have been finalized. The distribution motion will be posted on the Settlement website (www.DraftKingsNFTSettlement.com). Claimants may file objections to the determination of their claim or otherwise make submissions to the Court in response to the distribution motion.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at 1-877-883-9186 or email us at info@DraftKingsNFTSettlement.com. Please reference the Claim number listed above in any communication. If you would like to view or download the Settlement Notice, which contains the Plan of Distribution, you may do so by visiting www.DraftKingsNFTSettlement.com. Additionally, in order to ensure that you receive further communications regarding this settlement, please make sure that all of your contact information is correct and up to date.

Sincerely,

A.B. DATA, LTD.
Settlement Administrator

Sunday, October 19, 2025

DraftKings NFT Settlement
Settlement Administrator
C/o A.B. Data, LTD.
P.O. Box 173039
Milwaukee, WI 53217

RE: REJECTION of claim #89211810

Settlement Administrator:

My name is  and I recently received your rejection to my claim. My claim was held under my name, or the email addresses █████████████ or █████████████ Or under the phone number █████████████

I have been locked out of those emails since 2024 and have not been able to access the accreditation needed, but assure you that I was part of claim.

Please process my claim.

Best,

# CLAIM 892118109

DRAFTKINGS NFT SETTLEMENT
SETTLEMENT ADMINISTRATOR
C/O A.B. DATA, LTD.
P.O. BOX 173039
MILWAUKEE, WI 53217

FIRST CLASS MAIL
US POSTAGE
PAID
MILWAUKEE, WI
PERMIT 3780



OCT 24 2025

### NOTICE OF CLAIM REJECTION

| | |
|---|---|
| **DATE:** | **October 07, 2025** |
| **RE:** | **DraftKings NFT Settlement** |
| **INDIVIDUAL RECOGNIZED LOSS:** | **$0.00** |
| **CLAIM NUMBER:** | **892118109** |
| **RESPONSE DEADLINE:** | **October 28, 2025** |

Dear Claimant:

We have processed your Proof of Claim and Release Form ("Claim") submitted in connection with the DraftKings NFT Settlement. Your Claim, based on the Court-approved Plan of Allocation, calculates to an Individual Recognized Loss of $0.00. **To have an Individual Recognized Loss, you must have purchased DraftKings NFTs in either the Primary or Secondary Market.**

Based on information provided to us by DraftKings, you did not purchase any DraftKings NFTs in the Primary or Secondary Market during the Class Period. Therefore, under the Court-approved Plan of Allocation your Claim's Individual Recognized Loss amount is zero.

More information on the Plan of Allocation is found in the Settlement Notice available at www.DraftKingsNFTSettlement.com.

If you believe you purchased DraftKings NFTs in the Primary or Secondary Market during the Class Period and the calculation of your Individual Recognized Loss is incorrect, you must, within twenty-one (21) days of the date of this notice, send us a signed written statement that states your reasons for contesting this determination, along with documentation supporting a different Recognized Net Loss amount under the Plan of Distribution.

The Settlement Administrator will review any information you submit in response to this determination. If there remains a dispute concerning the Settlement Administrator's determination of your Claim, such dispute will be presented to the Court for binding resolution.

Class Counsel will file a motion for Court approval to distribute the Net Settlement Fund after claimants have had an opportunity to respond to the determination from the Settlement Administrator and all Claims have been finalized. The distribution motion will be posted on the Settlement website (www.DraftKingsNFTSettlement.com). Claimants may file objections to the determination of their claim or otherwise make submissions to the Court in response to the distribution motion.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at 1-877-883-9186 or email us at info@DraftKingsNFTSettlement.com. Please reference the Claim number listed above in any communication. If you would like to view or download the Settlement Notice, which contains the Plan of Distribution, you may do so by visiting www.DraftKingsNFTSettlement.com. Additionally, in order to ensure that you receive further communications regarding this settlement, please make sure that all of your contact information is correct and up to date.

Sincerely,

A.B. DATA, LTD.
Settlement Administrator

*I assure you that I am a part of this claim* ████████

# CLAIM 889682631

## 📗 #219303 Re: No notice yet

---

**Submitted**
October 11, 2025 at 6:24 PM

**Received via**
Closed Ticket

**Requester**
████████████████████

---

**Case Name**
DraftKings_Inc.

**Are you human**
Yes

**Case Info**
DraftKings_Inc

---

████████████    October 11, 2025 at 6:24 PM

This is a follow-up to your previous request #153881 "No notice yet"

**EXTERNAL MESSAGE**
This email was received from outside AB Data. Always verify the sender and content before clicking links or opening attachments.

I received a notice saying i did not buy draftkings NFTs but I did and had provided proof of marketplace transactions, both primary and secondary.

Advise on next steps.

Thanks
████

Sent from Yahoo Mail for iPhone

On Friday, April 4, 2025, 2:35 PM, DraftKings NFT Settlement <info@draftkingsnftsettlement.com> wrote:

> Hello,
>
> Thank you for your email regarding the DraftKings NFT Settlement.
>
> This is a confirmation that we have received your completed Claim Form. Please note your claim number is 889682631. Please keep this claim number in your records for future communications in this Settlement. If additional information or documentation is required from you, you will be notified at a later date.
>
> If you have any questions or concerns, please contact us.

Regards,
Settlement Administrator

**DraftKings NFT Settlement**
Phone: 877-883-9186
Website: www.DraftKingsNFTSettlement.com
Email: info@DraftKingsNFTSettlement.com

This email is a service from A.B. Data, Ltd. Delivered by Zendesk

On April 4, 2025 at 3:36:12 AM UTC, ███████████████ wrote:
   Please see attached for my claim form and below for supporting evidence of my participation in Marketplace.

   Best Regards,

   ███████████

---

October 14, 2025 at 9:12 AM

Hello,

Thank you for your email regarding the DraftKings NFT Settlement.

This is a confirmation that we have received your response for claim 889682631, which is being further reviewed.

Regards,
Settlement Administrator

**DraftKings NFT Settlement**

Phone: 877-883-9186
Website: www.DraftKingsNFTSettlement.com
Email: info@DraftKingsNFTSettlement.com

Support Software by **Zendesk**

# 🗂 #219304 Re: No notice yet

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| October 11, 2025 at 6:27 PM | Closed Ticket | ███████████████████ |

| **Case Name** | **Are you human** | **Case Info** |
|---|---|---|
| DraftKings_Inc._54926 | Yes | DraftKings_Inc_54926 |

████████████ October 11, 2025 at 6:27 PM

**EXTERNAL MESSAGE**

This email was received from outside AB Data. Always verify the sender and content before clicking links or opening attachments.

Please see below. I can provide further proof as necessary but it seems off to me that you could miss one of the most prolific users of Marketplace.

Sent from Yahoo Mail for iPhone

On Thursday, April 3, 2025, 8:35 PM, Richard Wang <richard_wang93@yahoo.com> wrote:

Please see attached for my claim form and below for supporting evidence of my participation in Marketplace.



## Transaction Summary ×

Clear

| Lifetime ⌄ | USD ⌄ |

| Initial Balance | -$0.00 |
| --- | --- |
| Total Deposits | $32,713.00 |
| Total Withdrawals | -$147,823.52 |
| Wagers and Entry Fees ⌄ | -$314,235.04 |
| Sportsbook | $0.00 |
| Daily Fantasy | -$3,183.20 |
| Casino | $0.00 |
| Pools | $0.00 |
| Jackpot | $0.00 |
| Marketplace | -$310,886.24 |
| Pick6 | -$165.60 |
| Poker | $0.00 |
| Winnings ⌄ | $379,049.44 |
| Sportsbook | $0.00 |
| Daily Fantasy | $81,948.71 |
| Casino | $0.00 |
| Pools | $0.14 |
| Jackpot | $0.00 |
| Marketplace | $296,901.34 |



| | |
|---|---|
| Casino Leaderboard | $0.00 |
| Pick6 | $199.25 |
| Poker | $0.00 |
| Rewards and Promotions | $50,114.70 |
| Other | $189.48 |
| Ending Balance | $8.06 |
| Win / Loss | $64,814.40 |

Best Regards,

On Monday, March 31, 2025 at 06:08:26 AM PDT, DraftKings NFT Settlement <info@draftkingsnftsettlement.com> wrote:

Hello,

Thank you for your email regarding the DraftKings NFT Settlement.

Please note the Settlement Class includes "All persons or entities who purchased, acquired, sold, disposed of, owned, held, used, or otherwise transacted in NFTs in a DraftKings account from August 11, 2021 through and inclusive of the date of entry of the Judgment, including, without limitation, Marketplace NFTs". If you were identified as a potential member of the Settlement Class, you would have been listed for receiving the Email Notice.

If you were not identified as a potential member of the Settlement Class but fit the Settlement Class definition and wish to be eligible to participate in the distribution of proceeds from the settlement, you must either mail a copy of the Claim Form with adequate supporting documentation to DraftKings NFT Settlement, c/o A.B. Data, Ltd., P.O. Box 173039, Milwaukee, WI 53217 or email a copy of the Claim Form with adequate supporting documentation to [info@DraftKingsNFTSettlement.com](mailto:info@DraftKingsNFTSettlement.com) so that it is postmarked no later than July 21, 2025. You will not be able to submit a claim online without a Unique ID and PIN.

Further information can be found in the attached Notice or by visiting the settlement website. If you have any questions or concerns, please contact us.

Regards,
Settlement Administrator

**DraftKings NFT Settlement**
Phone: 877-883-9186
Website: www.DraftKingsNFTSettlement.com
Email: info@DraftKingsNFTSettlement.com

This email is a service from A.B. Data, Ltd. Delivered by Zendesk

On March 29, 2025 at 2:53:15 AM UTC, ██████████████ wrote:

> Hi,
>
> I am still waiting for my notice.
>
> Best Regards,
>
> ██████████

---

---

---

October 14, 2025 at 9:12 AM

Hello,

Thank you for your email regarding the DraftKings NFT Settlement.

This is a confirmation that we have received your response for claim 889682631, which is being further reviewed.

Regards,
Settlement Administrator

**DraftKings NFT Settlement**

Phone: 877-883-9186
Website: www.DraftKingsNFTSettlement.com
Email: info@DraftKingsNFTSettlement.com

Support Software by **Zendesk**

## 📗 #219305 Fw: [DraftKings] Re: [EXTERNAL] Reignmakers transaction log

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| October 11, 2025 at 6:32 PM | Mail | ██████████████████████ |

| **Case Name** | **Are you human** | **Case Info** |
|---|---|---|
| DraftKings_Inc. | Yes | DraftKings_Inc |

████████████ October 11, 2025 at 6:32 PM

**EXTERNAL MESSAGE**

This email was received from outside AB Data. Always verify the sender and content before clicking links or opening attachments.

[Sent from Yahoo Mail for iPhone](#)

Begin forwarded message:

On Tuesday, July 30, 2024, 9:15 AM, DraftKings Support <support@draftkings.com> wrote:

> # Please type your reply above this line #
>
> Your request ([#27568676](#)) has been replied to.
>
> ---
>
> **John** (DraftKings)
>
> Jul 30, 2024, 12:15 PM EDT
>
> Hey ████████
>
> Thanks for reaching out here, we are happy to help with this!
>
> Attached in this email is a file containing your Reignmaker Transactions going back to when you opened your account

(08/23/2013). You should be able to filter by the date to see your most recent transactions.

If there is anything else we can provide, feel free to let us know. We are here to help!

Best,

John

Player Advocate

---



Jul 30, 2024, 11:53 AM EDT

Can I get a CSV copy of my Reignmakers transactions going back to the beginning?
I would also like a CSV of the most recent sale price of each similar player collectible.
Best Regards,



 **THE GAME INSIDE THE GAME.**

This email is a service from DraftKings.

October 14, 2025 at 9:13 AM

Hello,

Thank you for your email regarding the DraftKings NFT Settlement.

This is a confirmation that we have received your response for claim 889682631, which is being further reviewed.

Regards,
Settlement Administrator

**DraftKings NFT Settlement**
Phone: 877-883-9186
Website: www.DraftKingsNFTSettlement.com
Email: info@DraftKingsNFTSettlement.com

Support Software by **Zendesk**