UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DUFOE, et al.,

    Plaintiffs,

v.                Civil Action No. 1:23-cv-10524-DJC

DRAFTKINGS, INC.,

    Defendant.

PRO SE MOTION FOR ACCEPTANCE OF LATE CLAIM

I, Patrick Wendt, respectfully submit this motion pro se requesting acceptance of a late claim in the DraftKings NFT Settlement.

1. I am an undisputed member of the settlement class, having purchased DraftKings NFTs during the class period alleged in this action.

2. In September 2024, prior to any settlement, I affirmatively contacted Class Counsel to inquire about my inclusion in the class and my options for recovery. I was advised in writing that I did not need to take any action at that time and that class members would be notified if a settlement were reached. A copy of this correspondence is attached as Exhibit A.

3. I did not receive actual notice of the March 31, 2025 email notice regarding the settlement or the July 22, 2025 claim deadline. I first learned of the settlement and the missed deadline only recently and acted promptly upon discovery.

4. I understand that the Settlement Administrator has indicated that an email notice was sent to my email address. However, despite diligent review of my inbox and email records, I did not receive or become aware of that notice prior to the deadline.

5. Distribution of the settlement fund has not yet occurred, and the Court is presently considering motions filed by other class members seeking acceptance of late claims.

6. Acceptance of my late claim will not prejudice Defendant or other class members and will allow equitable participation consistent with the purposes of the settlement.

For these reasons, I respectfully request that the Court permit submission and acceptance of my late claim.

Dated: February 2, 2026

Respectfully submitted,

*[signature]*

Patrick Wendt

Pro Se

472 Route 81, Killingworth CT, 06419

PatrickAWendt@gmail.com

203-980-2138