I, Patrick Wendt, declare under penalty of perjury that the following is true and correct:

1. I purchased DraftKings NFTs during the class period.

2. I contacted Class Counsel in September 2024 regarding my losses and was advised that no further action was required at that time and that class members would be notified if a settlement were reached.

3. I did not receive or become aware of the March 31, 2025 email notice regarding the settlement or the July 22, 2025 claim deadline.

4. I searched my email records and inbox and did not locate the notice prior to learning of the settlement after the deadline had passed.

5. Upon learning of the settlement, I acted promptly to seek guidance and submit this request.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2026

_____

Patrick Wendt
Pro Se

CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2026, I served a true and correct copy of the foregoing Pro Se Motion for Acceptance of Late Claim and attachments by U.S. mail upon counsel of record via the Court's docket.

Dated: February 2, 2026

Patrick Wendt

Pro Se