**Gmail**                                    Patrick Wendt <patrickawendt@gmail.com>

## Draftkings NFTs

**Sarah E. Flohr** <sflohr@kmllp.com>                              Mon, Sep 30, 2024 at 2:15 PM
To: Patrick Wendt <patrickawendt@gmail.com>
Cc: "Anthony F. Fata" <afata@kmllp.com>, Isabella Lok <ilok@kmllp.com>

Hi Patrick –

Our class action alleges that DraftKings NFTs are unregistered securities, and that the Marketplace is an unregistered securities exchange / broker dealer. If you purchased DraftKings NFTs from August 11, 2021, you are already part of the class. You do not need to do anything further at this time. The case is currently in discovery. If and when a class is certified, or a settlement is reached, all class members will be notified.

Thank you,

Sarah


**Sarah E. Flohr,** *Associate*
*Kirby McInerney LLP*
250 Park Avenue, Suite 820, New York, NY 10177
p. 212.371.6600 · f. 212.751.2540
e. sflohr@kmllp.com · www.kmllp.com

CONFIDENTIALITY NOTICE: This e-mail message and any associated attachments are private communication and may contain confidential, legally privileged information meant solely for the intended recipient. If you have received this e-mail in error, please notify the sender immediately and do not disclose its contents or store/copy the information in any medium.

**From:** Patrick Wendt <patrickawendt@gmail.com>
**Sent:** Monday, September 30, 2024 1:20 PM
**To:** Anthony F. Fata <afata@kmllp.com>; Sarah E. Flohr <sflohr@kmllp.com>
**Cc:** Isabella Lok <ilok@kmllp.com>
**Subject:** Fwd: Draftkings NFTs

[ATTENTION: This message is from an external source.]

Anthony,

I got the "response to the inquiry" email when I sent the below email to Sarah. In this "response to inquiries", it asked to include you as well.

Do you have a status update on this litigation against Draftkings?

Thanks,

Patrick

---------- Forwarded message ---------
From: **Patrick Wendt** <patrickawendt@gmail.com>
Date: Mon, Sep 30, 2024 at 1:11 PM
Subject: Draftkings NFTs
To: <sflohr@kmllp.com>

Sarah,

I came across your contact info when trying to explore my options with the Draftkings NFT marketplace shutdown.

It is my understanding that you are engaged in, investigating, or preparing a class action lawsuit against Draftking. I, like many others, lost thousands in this and am wondering how I can proceed to try and recover some of these losses.

I "owned" 25 NFTs/collectibles (non Reignmaker) for which I had spent $3,185.00. Draftkings did not offer me any payout for these. I have tried several times to get more answers from them, but I have only been redirected to their shutdown notice on the website.

Please let me know if your firm is in fact moving on this Draftkings issue, and how I can get involved or be included, if possible.

Thanks,

Patrick Wendt