UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,<br><br>                      Plaintiff,<br>              v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, JASON K. PARK, and MATTHEW KALISH,<br><br>                      Defendants. | Case No. 23-cv-10524-DJC<br><br>CLASS ACTION<br><br>Honorable Judge Denise J. Casper |

**DECLARATION OF KATHLEEN M. BRAUNS REGARDING POST DISTRIBUTION MOTION LATE CLAIMS RECEIVED**

I, Kathleen M. Brauns, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Project Manager with A.B. Data, Ltd. ("A.B. Data"), the Court appointed Settlement Administrator in the above-captioned matter. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.[1]

2. This declaration is to supplement the Declaration of Kathleen M. Brauns Regarding Distribution Plan ("Brauns Distribution Decl.," ECF No. 130-1), and provide the Court with claims administration information for the late claim filed by Patrick Wendt (ECF No. 131) and the impact on the recovery percentage for Settlement Class Members if his and other late claims are accepted.

3. The Settlement Administrator received no additional late claims between January 23 and January 26, 2026.

---

[1] Unless otherwise indicated, defined terms shall have the definitions set forth in the Stipulation of Settlement ("Settlement" or "Settlement Agreement"), which was filed on February 26, 2025 (ECF No. 87-2). Citations to the Settlement Agreement are abbreviated as "§ ___."

4.　　As of February 17, 2026, 21 potential class members, including Mr. Wendt, have contacted the Settlement Administrator (or contacted Class Counsel and been referred to the Settlement Administrator) to submit or request information about submitting late claims since January 26, 2026.

## **PATRICK WENDT'S LATE CLAIM**

5.　　On February 28, 2025, Class Counsel provided the Settlement Administrator with a list of email addresses from which potential class members contacted counsel during the course of the litigation. This list included the email address Mr. Wendt used in contacting Class Counsel. Additionally, on March 18, 2025, A.B. Data received from DraftKings the Settlement Class Information which included an additional email address of Mr. Wendt.

6.　　On March 31, 2025, A.B. Data caused the Email Notice to be emailed to Mr. Wendt at the email address at which he contacted Class Counsel. On April 1, 2025, A.B. Data caused the Email Notice to be emailed to Mr. Wendt at the additional email address provided by DraftKings. A.B. Data has received a report from the email vendor confirming that both emails were sent successfully without a notification of a bounce.

7.　　Based on the information provided by DraftKings, A.B. Data has calculated Mr. Wendt's individual recognized loss to be $3,185.00.

8.　　If Mr. Wendt's late claim and the 42 late claims with recognized losses submitted between July 30, 2025 and January 26, 2026, were accepted, the estimated recovery percentage for each Settlement Class Member would decrease from 67.52% to 58.67%.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2026 in Milwaukee, Wisconsin.

/s/ *Kathleen Brauns*
Kathleen M. Brauns