**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, JASON K. PARK, and MATTHEW KALISH,<br><br>                    Defendants. | Case No. 23-cv-10524-DJC<br><br>CLASS ACTION<br><br>Honorable Judge Denise J. Casper |

**SECOND DECLARATION OF KATHLEEN M. BRAUNS REGARDING POST DISTRIBUTION MOTION LATE CLAIMS RECEIVED**

I, Kathleen M. Brauns, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a Project Manager with A.B. Data, Ltd. ("A.B. Data"), the Court appointed Settlement Administrator in the above-captioned matter. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.[1]

2.      This declaration is to provide the Court with claims administration information for the contemporaneously filed status report.

3.      When the Distribution Motion was filed on January 26, 2026, A.B. Data had reviewed 93 claims that were postmarked or received after the Settlement Hearing on July 30, 2025, of which 42 had recognized losses.

---

[1] Unless otherwise indicated, defined terms shall have the definitions set forth in the Stipulation of Settlement ("Settlement" or "Settlement Agreement"), which was filed on February 26, 2025 (ECF No. 87-2). Citations to the Settlement Agreement are abbreviated as "§ ___."

4.      Since the Distribution Motion was filed, 13 additional potential claimants have contacted A.B. Data (or contacted Class Counsel and been referred to A.B. Data) to submit late claims, of which 8 had recognized losses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2026 in Milwaukee, Wisconsin.

/s/ *Kathleen Brauns*

Kathleen M. Brauns