DECLARATION OF JASON MINOW

I, JASON MINOW, declare as follows:

1. I am over eighteen years of age and have personal knowledge of the facts stated herein.

2. I am a member of the Settlement Class in this action.

3. Prior to June 9, 2026, I had no knowledge that a settlement had been reached or that a claim form was required in order to participate.

4. I did not receive any email notice, instructions, or other communication informing me of the settlement or the need to submit a claim.

5. On June 9, 2026, I first learned of the existence of the settlement.

6. Upon learning of the settlement, I promptly contacted the Settlement Administrator and requested information regarding my claim.

7. After receiving the information necessary to file, I submitted my claim form on June 12, 2026.

8. I was informed by the Settlement Administrator that my claim would be marked as untimely and not eligible for payment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 23, 2026.

JASON MINOW
Pro se