EXHIBIT A – June 10, 2026 email from Movant to Settlement Administrator stating that Movant did not receive notice of the Settlement.

From: Jason Minow

To: Settlement Administrator

Sent: June 10, 2026

Subject: Urgent Request: Late Claim Submission – Dufoe v. DraftKings (No. 1:23-cv-10524)

Dear DraftKings NFT Settlement Administrator.

I am writing to inquire about my eligibility to file a late claim as a class member in *Dufoe v. DraftKings Inc.*, No. 1:23-cv-10524 (D. Mass.). I transacted in DraftKings NFTs during the class window but never received formal notice of the settlement. Consequently, I missed the July 21, 2025 claim deadline.

I understand that the Net Settlement Fund distribution process is ongoing. Because my failure to file on time stems entirely from a lack of notice, I would like to request permission to submit a late claim form. Please let me know the proper protocol to submit my transaction records and account information for consideration.

Thank you for your time and assistance with this matter.

Jason Minow
REDACTED

DraftKings registered email: REDACTED