EXHIBIT B – June 12, 2026 email from Movant to Settlement Administrator transmitting completed claim form.

From: Jason Minow

To: Settlement Administrator

Sent: June 12, 2026

Subject: Re: Urgent Request: Late Claim Submission – Dufoe v. DraftKings (No. 1:23-cv-10524)

Attachment: Claim Form - Unique ID number RL9DTHH6

Hello,

Please find attached my completed DraftKings NFT Settlement Claim Form and my written statement in support of my late claim submission in *Dufoe v. DraftKings*, Case No. 1:23-cv-10524-DJC.

My Unique ID number is: RL9DTHH6

Attachments:

- Claim Form (completed and signed)
- Statement in Support of Late Claim Submission

Thank you,

Jason Minow