EXHIBIT C – June 16, 2026 email from Settlement Administrator regarding status of Movant's claim.

From: Settlement Administrator

To: Jason Minow

Sent: June 16, 2026

Subject: Re: Urgent Request: Late Claim Submission – Dufoe v. DraftKings (No. 1:23-cv-10524)

Hello,

Thank you for your email regarding the DraftKings NFT Settlement.

We have processed your claim and your claim number is 889682876 which you should keep for your records.

Please note that your claim has been marked as late and will not be eligible for payment. While there is no guarantee, it is possible that Lead Counsel may ask the Court to accept additional late claims at a future date.

If you have any questions or concerns, please feel free to reach out to us.

Regards,
Settlement Administrator

**DraftKings NFT Settlement**
Phone: 877-883-9186
Website: www.DraftKingsNFTSettlement.com
Email: info@DraftKingsNFTSettlement.com