**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, JASON K. PARK, and MATTHEW KALISH,<br><br>Defendants. | Case No. 23-cv-10524-DJC<br><br>CLASS ACTION<br><br>Honorable Judge Denise J. Casper |

**THIRD DECLARATION OF KATHLEEN M. BRAUNS REGARDING POST DISTRIBUTION MOTION LATE CLAIMS RECEIVED**

I, Kathleen M. Brauns, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a Project Manager with A.B. Data, Ltd. ("A.B. Data"), the Court appointed Settlement Administrator in the above-captioned matter. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.[1]

2.      This declaration is to provide the Court with claims administration information, both generally and for the specific late claim filed by Jason Minow (ECF No. 134) and the impact on the recovery percentage for Settlement Class Members if his and other late claims are accepted.

3.      As of July 7, 2026, the Settlement Administrator has reviewed 108 claims that were postmarked or received after the Settlement Hearing on July 30, 2025, of which 52 had recognized losses.

---

[1] Unless otherwise indicated, defined terms shall have the definitions set forth in the Stipulation of Settlement ("Settlement" or "Settlement Agreement"), which was filed on February 26, 2025 (ECF No. 87-2). Citations to the Settlement Agreement are abbreviated as "§ ___."

4.      Every claimant who submitted a late claim with recognized losses was sent an Email Notice using the information provided by DraftKings pursuant to the Court's Preliminary Approval Order.

5.      If only timely claims and late claims received on or before the Settlement Hearing of July 30, 2025, are accepted, these Settlement Class Members would recover 67.52% of their individual recognized loss.

6.      The frequency of late claim submissions has declined precipitously over the eleven months since the Settlement Hearing. Of the 108 total late claims submitted after July 30, 2025, 58 were submitted by the end of August 2025. The vast majority, 89, were submitted in 2025. In the first six months of 2026, the Settlement Administrator received 19 late claims. The table below demonstrates the reduction in late claims received on a monthly basis following the Settlement Hearing.

| Time Period | Number of Late Claims |
|---|---|
| July 31, 2025 | 9 |
| August 2025 | 49 |
| September 2025 | 7 |
| October 2025 | 15 |
| November 2025 | 5 |
| December 2025 | 4 |
| **Total 2025** | **89** |
| January 2026 | 4 |
| February 2026 | 8 |
| March 2026 | 2 |
| April 2026 | 2 |
| May 2026 | 0 |
| June 2026 | 3 |
| **Total 2026 (as of 6/30/2026)** | **19** |
| **Total Late Claims** | **108** |

7.      As the Distribution Motion remains pending, no Settlement Class Members have received any distribution from the Settlement Fund.

8.    Since January 1, 2026, the Settlement Administrator has received 350 emails and 139 calls from class members. The vast majority of these emails and calls sought updates on the status of submitted claims and when class members would receive distributions from the Settlement Fund. Since March 1, 2026, the Settlement Administrator has received 191 emails and 78 calls from class members and only seven late claim submissions.

### JASON MINOW'S LATE CLAIM

9.    On March 29, 2025, A.B. Data caused the Email Notice to be emailed to Mr. Minow using the information provided by DraftKings pursuant to the Court's Preliminary Approval Order. A.B. Data has received a report from the email vendor confirming that this email was sent successfully without a notification of a bounce.

10.    On June 11, 2026, A.B. Data received a Claim Form submitted by Mr. Minow. Mr. Minow listed his email address as the same email address used by A.B. Data to send the original Email Notice.

11.    Based on the information provided by DraftKings, A.B. Data has calculated Mr. Minow's individual recognized loss to be $61,998.26. If Mr. Minow's late claim and the 51 other late claims with recognized losses submitted between July 30, 2025, and July 7, 2026, were accepted, the estimated recovery percentage for each Settlement Class Member would decrease from 67.52% to 57.06%.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2026 in Milwaukee, Wisconsin.

/s/ *Kathleen Brauns*

Kathleen M. Brauns

3