FILED
IN CLERKS OFFICE
2026 SEP 24 P 12: 14
U.S. DISTRICT COURT
DISTRICT OF MASS.

September 22, 2026

Clerk of Court
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

**Re: Dufoe v. DraftKings Inc., et al., Case No. 1:23-cv-10524-DJC**

Dear Clerk:

Please file the enclosed papers in the above-captioned action. I am a Settlement Class Member proceeding pro se and am separately seeking permission to use CM/ECF. Because the Settlement Administrator publicly reports that preparations for distribution are underway and checks are anticipated by the end of September 2026, I am submitting this paper filing now to avoid additional delay.

Enclosed are: (1) Motion of Settlement Class Member Ryan A. Spence for Equitable Relief and Acceptance of Late-Filed Claim; (2) Declaration of Ryan A. Spence; (3) Proposed Order; (4) Exhibit Index and Exhibits A–C; and (5) Declaration of Service.

Copies of the filing are being served on counsel of record as reflected in the Declaration of Service. Please contact me at the telephone number or email address below if the Clerk's Office requires any additional procedural information to docket these papers.

Respectfully,

Ryan A. Spence, Pro Se
627 4th Street
Monongahela, PA 15063
(412) 445-0323
ryanspence83@gmail.com