UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JUSTIN DUFOE, on Behalf of Himself and All

Others Similarly Situated,

Plaintiff,

v. Case No. 23-cv-10524-DJC

DRAFTKINGS INC., JASON D. ROBINS,

JASON K. PARK, and MATTHEW KALISH,

Defendants.

CLASS ACTION

Honorable Judge Denise J. Casper

**[PROPOSED] ORDER GRANTING MOTION OF SETTLEMENT CLASS MEMBER RYAN A. SPENCE FOR EQUITABLE RELIEF AND ACCEPTANCE OF LATE-FILED CLAIM**

Upon consideration of Settlement Class Member Ryan A. Spence's Motion for Equitable Relief and Acceptance of Late-Filed Claim, the supporting Declaration of Ryan A. Spence, and the record in this action, the Motion is hereby **GRANTED**.

It is hereby ORDERED that the Settlement Administrator shall provide or confirm any claimant identification number necessary for Mr. Spence to complete the Court-approved Proof of Claim and is authorized and directed to accept and process a completed Proof of Claim submitted promptly thereafter, notwithstanding the previously established claim deadlines.

The Settlement Administrator shall evaluate Mr. Spence's claim under the same eligibility requirements, Plan of Allocation, and other criteria applicable to other Settlement Class Members. If the claim is otherwise valid and eligible for payment, the Settlement Administrator is authorized to include the claim in the distribution of the Net Settlement Fund in such manner as is administratively appropriate.

SO ORDERED.

Dated: ____________________, 2026

________________________________

Hon. Denise J. Casper
United States District Judge