UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,
Plaintiff,

v. Case No. 23-cv-10524-DJC

DRAFTKINGS INC., JASON D. ROBINS,
JASON K. PARK, and MATTHEW KALISH,
Defendants.

CLASS ACTION
Honorable Judge Denise J. Casper

**EXHIBIT INDEX IN SUPPORT OF MOTION OF SETTLEMENT CLASS MEMBER RYAN A. SPENCE FOR EQUITABLE RELIEF AND ACCEPTANCE OF LATE-FILED CLAIM**

| Exhibit | Description | Date(s) |
|---|---|---|
| A | Initial email from Ryan A. Spence to Lead Counsel titled "Inquiry to Join Class Action." | August 12, 2024 |
| B | Complete correspondence between Ryan A. Spence and Lead Counsel concerning participation, notice, the missed claim deadline, notice-transmission records, and Lead Counsel's anticipated position on Court relief. | August 13, 2024 – September 18, 2026 |
| C | Correspondence with the Settlement Administrator requesting notice records, claimant identification information, distribution status, and administrative relief, together with the Administrator's acknowledgment of receipt. | September 17, 2026 |