UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,
Plaintiff,

v. Case No. 23-cv-10524-DJC

DRAFTKINGS INC., JASON D. ROBINS,
JASON K. PARK, and MATTHEW KALISH,
Defendants.

CLASS ACTION
Honorable Judge Denise J. Casper

# EXHIBIT A

Initial August 12, 2024 email to Lead Counsel - "Inquiry to Join Class Action"

**ryanspence83@gmail.com**

| | |
|---|---|
| **From:** | Ryan Spence <ryanspence83@gmail.com> |
| **Sent:** | Monday, August 12, 2024 11:37 PM |
| **To:** | afata@kmllp.com; sflohr@kmllp.com |
| **Cc:** | 'Ryan Spence' |
| **Subject:** | Inquiry to Join Class Action |
| **Importance:** | High |

Hello, Anthony and Sarah.

I am interested in joining a Class Action against Draft Kings. Like many others, I was given an insultingly low "Conclusion Offer" when they shuttered their Reignmakers operation.

I would very much like to speak with you regarding what option may be available to me. Please get back to me at your convenience.

I thank you in advance for your time and consideration.

Best Regards,

*Ryan A. Spence*

(412) 445-0323 (phone)
ryanspence83@gmail.com