UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,
Plaintiff,

v. Case No. 23-cv-10524-DJC

DRAFTKINGS INC., JASON D. ROBINS,
JASON K. PARK, and MATTHEW KALISH,
Defendants.

CLASS ACTION
Honorable Judge Denise J. Casper

# EXHIBIT B

Complete correspondence with Lead Counsel through September 18, 2026

**ryanspence83@gmail.com**

| | |
|---|---|
| **From:** | Sarah E. Flohr <sflohr@kmllp.com> |
| **Sent:** | Friday, September 18, 2026 11:44 AM |
| **To:** | ryanspence83@gmail.com |
| **Cc:** | Anthony F. Fata; Cormac Broeg; Elaine Mui |
| **Subject:** | RE: Draft Kings Communication in Response to Inquiries |

Mr. Spence:

As lead counsel we cannot provide individual class members with legal advice regarding mechanisms for late claims because class counsel represents the Class as a whole, not individual class members, and the interests of those seeking late claims diverge from the interests of those who are not.

Previously, lead counsel has taken no position on the other late claimants' request for relief from the Court. We anticipate taking no position but cannot say for certain unless and until something is filed with the Court.

Thank you,
Sarah

KM
**Sarah E. Flohr**, *Partner*
*Kirby McInerney LLP*
250 Park Avenue, Suite 820, New York, NY 10177
p. 212.371.6600 f. 212-371-6600
e. sflohr@kmllp.com www.kmllp.com

CONFIDENTIALITY NOTICE: This e-mail message and any associated attachments are private communication and may contain confidential, legally privileged information meant solely for the intended recipient. If you have received this e-mail in error, please notify the sender immediately and do not disclose its contents or store/copy the information in any medium.

**From:** ryanspence83@gmail.com <ryanspence83@gmail.com>
**Sent:** Friday, September 18, 2026 12:15 PM
**To:** Sarah E. Flohr <sflohr@kmllp.com>
**Cc:** Anthony F. Fata <afata@kmllp.com>; Cormac Broeg <cbroeg@kmllp.com>; Elaine Mui <emui@kmllp.com>; 'Ryan Spence' <ryanspence83@gmail.com>
**Subject:** RE: Draft Kings Communication in Response to Inquiries
**Importance:** High

**[ATTENTION:** This message is from an external source.]

Hi Sarah,

Thank you for the additional information. I appreciate the clarification regarding the two notice transmissions and your firm's specific efforts to provide my email address to A.B. Data.

I understand that your records indicate that both messages were delivered without a bounce or error. I can only reiterate that I did not actually receive or see either notice and that neither notice is present in my email account despite my efforts to locate them.

I also appreciate your confirmation that, if necessary, Lead Counsel would accurately advise the Court regarding my prior communications with your firm and the steps your firm took to provide notice.

For purposes of determining my next step, however, could you please clarify the two remaining questions from my September 14 email:

**1. Is there any remaining administrative mechanism through which my claim may be submitted or considered before distribution is completed?**
**2. If I seek relief directly from the Court, does Lead Counsel intend to support, oppose, consent to, or take no position on that request?**

Given the impending distribution, I would appreciate clarification when possible.

Thank you, Sarah.

Best Regards,

*Ryan A. Spence*

(412) 445-0323 (phone)
ryanspence83@gmail.com

**From:** Sarah E. Flohr <sflohr@kmllp.com>
**Sent:** Friday, September 18, 2026 8:45 AM
**To:** ryanspence83@gmail.com
**Cc:** Anthony F. Fata <afata@kmllp.com>; Cormac Broeg <cbroeg@kmllp.com>; Elaine Mui <emui@kmllp.com>
**Subject:** RE: Draft Kings Communication in Response to Inquiries

Dear Mr. Spence:

On August 13, 2024 and again on December 17, 2024, I informed you via email to your only known email address (ryanspence83@gmail.com) that, "If and when a class is certified or a settlement is reached, all class members will be notified." As explained below, class counsel took deliberate and specific steps to ensure that notice was sent to you in particular (along with other individuals who had contacted class counsel).

On February 28, 2025, the Court preliminarily approved the settlement and ordered a specific notice plan that included publication notice and email notice. The Court appointed a specific entity—A.B. Data—to provide class notice. With respect to individual email notice, the Court specifically stated: "beginning not later than fifteen (15) business days after the date of entry of this Order (the "Notice Date"), the Settlement Administrator shall cause a copy of the Email Notice . . . to be emailed to all potential Settlement Class Members who may be identified through reasonable effort, including those identified by DraftKings . . . ." Preliminary Approval Order, Paragraph 10(a).

After receiving this Order from the Court, we informed A.B. Data of your specific email address so that you would receive prompt notice (and did the same for other individuals that had contacted our firm about the case). We did so in an abundance of caution in the event that DraftKings' records did not include your email address. A.B. Data has reviewed its records and confirmed that, on March 21, 2025 at 3:39 PM CDT, the class notice was delivered to your email address (ryanspence83@gmail.com) and further that it did not receive a bounce back or error message.

A.B. Data then received DraftKings' records regarding all potential class members pursuant to Paragraph 11 of the Preliminary Approval Order. A.B. Data reviewed its records and confirmed that, on March 29, 2025 at 11:23 PM CDT, this additional email notice was delivered to your email address (ryanspence83@gmail.com) and further that it did not receive a bounce back or error message.

Turning to your questions, if required, we would certainly inform the Court of your interactions with class counsel and our extra effort to ensure that you received notice pursuant to the Court approved notice plan.

Thank you,
Sarah

**Sarah E. Flohr,** *Partner*
*Kirby McInerney LLP*
250 Park Avenue, Suite 820, New York, NY 10177
p. 212.371.6600 · f. 212-371-6600
e. sflohr@kmllp.com · www.kmllp.com

CONFIDENTIALITY NOTICE: This e-mail message and any associated attachments are private communication and may contain confidential, legally privileged information meant solely for the intended recipient. If you have received this e-mail in error, please notify the sender immediately and do not disclose its contents or store/copy the information in any medium.

**From:** ryanspence83@gmail.com <ryanspence83@gmail.com>
**Sent:** Thursday, September 17, 2026 8:35 AM
**To:** Sarah E. Flohr <sflohr@kmllp.com>
**Cc:** Anthony F. Fata <afata@kmllp.com>; Cormac Broeg <cbroeg@kmllp.com>; Elaine Mui <emui@kmllp.com>; 'Ryan Spence' <ryanspence83@gmail.com>
**Subject:** RE: Draft Kings Communication in Response to Inquiries
**Importance:** High

**[ATTENTION:** This message is from an external source.]

Hi Sarah,

I am following up on my September 14 email below, given the Settlement Administrator's indication that distributions are expected by the end of September.

Because time is material, I would appreciate confirmation by Friday as to whether Lead Counsel intends to assist with, support, or otherwise take a position regarding the relief I requested.

I would prefer to address this through Lead Counsel before determining whether I need to pursue other available procedural remedies, so I would appreciate any update you can provide.

Thank you.

*Ryan A. Spence*
(412) 445-0323 (phone)
ryanspence83@gmail.com

**From:** ryanspence83@gmail.com <ryanspence83@gmail.com>
**Sent:** Monday, September 14, 2026 1:44 PM
**To:** 'Sarah E. Flohr' <sflohr@kmllp.com>
**Cc:** 'Anthony F. Fata' <afata@kmllp.com>; 'Cormac Broeg' <cbroeg@kmllp.com>; emui@kmllp.com; 'Ryan Spence' <ryanspence83@gmail.com>

**Subject:** Draft Kings Communication in Response to Inquiries
**Importance:** High

Hi Sarah,

Thank you for your response. I am very concerned by what you have told me, and I would appreciate your assistance in determining whether there is still a mechanism to address this situation before distribution of the settlement fund is completed.

I understand that the Settlement Administrator's records indicate that notice was sent to my email address on March 21, 2025. However, I did not receive that notice, and I have searched my email account extensively and cannot locate it.

More importantly, I do not believe this situation can fairly be viewed simply as a class member who failed to respond to a settlement notice.

Your firm and I had been in direct communication regarding this litigation well before the settlement. In August 2024, after I confirmed that I had purchased DraftKings NFTs during the relevant period, you advised me that I was within the proposed class definition and that, if a class were certified, I would receive notice.

I then specifically asked:
"Is there anything else that you need from me right now?"

Your response was:
**"There is nothing else we need from you at this time."**

I followed up again in December 2024 specifically to restate my interest in participating. At that time, you advised me:
"If and when a class is certified or a settlement is reached, all class members will be notified."

Then, on January 29, 2025, I again wrote to your firm and expressly stated:
**"Please let me know when a class is certified or a settlement is reached."**

That communication occurred only weeks before the settlement was reached.

Throughout this period, I remained actively engaged with your firm, repeatedly expressed my desire to participate, and even provided information that I believed could be useful to the litigation. I had every reason to believe that, when action on my part became necessary, I would be notified—particularly after I had specifically asked to be notified and had been told that nothing further was needed from me at that time.

I now understand that the Court has considered other late claims involving class members who stated that they did not actually receive settlement notice despite the Settlement Administrator's records reflecting that an email had been sent. I also understand that the Court has subsequently imposed a January 26, 2026 cutoff for late claims. I recognize that this creates a procedural issue.

However, my circumstances appear materially different from those of a class member who simply failed to monitor the litigation or overlooked a notice. Your firm had direct, documented communications with me establishing both my eligibility for the proposed class and my affirmative desire to participate, and I specifically relied on the representation that I would be notified when a class was certified or a settlement was reached.
Accordingly, I am asking that Kirby McInerney review this situation and advise me what procedure is available to seek relief.

Specifically, please let me know:

1. Whether there is any remaining administrative mechanism by which my claim can be submitted or considered before distribution is completed;
2. Whether Lead Counsel would be willing to request, consent to, or support relief from the Court permitting my claim to be considered under these circumstances; and
3. If court intervention is required, whether your firm will advise the Court that I had been in direct communication with Lead Counsel, had affirmatively expressed my desire to participate, had specifically requested notice of a settlement or class certification, and had been told that nothing further was required of me at that time.

I want to emphasize that I am not suggesting that anyone intentionally failed to notify me. **I am simply stating the fact that I did not receive the March 21, 2025 notice and that, based upon my extensive prior communications with your firm, I reasonably believed I would be contacted when action on my part became necessary.**

Given that distribution is apparently expected to begin shortly, I would appreciate your prompt review of this matter before the settlement proceeds are fully distributed.

For ease of reference, I have attached a PDF containing my prior correspondence with your firm regarding this matter .

Thank you, Sarah. I sincerely hope there is a way to address this.

Best Regards,

*Ryan A. Spence*

(412) 445-0323 (phone)
ryanspence83@gmail.com

**From:** Sarah E. Flohr <sflohr@kmllp.com>
**Sent:** Monday, September 14, 2026 11:52 AM
**To:** Ryan Spence <ryanspence83@gmail.com>
**Cc:** Anthony F. Fata <afata@kmllp.com>; Cormac Broeg <cbroeg@kmllp.com>
**Subject:** RE: Draft Kings Communication in Response to Inquiries

Hi Ryan –

On July 27, 2026, the Court approved distribution of the settlement fund to authorized claimants. This distribution order is now final and the distribution to authorized claimants will begin in the coming weeks.

We confirmed with the Settlement Administrator that notice was sent to ryanspence83@gmail.com on March 21, 2025. According to the Settlement Administrator's records, no claim was filed with that email address.

In its July 27 order, the Court determined that no claims received or postmarked after January 26, 2026 could be eligible for payment.

Best regards,
Sarah

**Sarah E. Flohr**, *Partner*
*Kirby McInerney LLP*
250 Park Avenue, Suite 820, New York, NY 10177
p. 212.371.6600 f. 212-371-6600
e. sflohr@kmllp.com www.kmllp.com

CONFIDENTIALITY NOTICE: This e-mail message and any associated attachments are private communication and may contain confidential, legally privileged information meant solely for the intended recipient. If you have received this e-mail in error, please notify the sender immediately and do not disclose its contents or store/copy the information in any medium.

**From:** ryanspence83@gmail.com <ryanspence83@gmail.com>
**Sent:** Monday, September 14, 2026 11:53 AM
**To:** Sarah E. Flohr <sflohr@kmllp.com>; Isabella Lok <ilok@kmllp.com>
**Cc:** Anthony F. Fata <afata@kmllp.com>; 'Ryan Spence' <ryanspence83@gmail.com>
**Subject:** Draft Kings Communication in Response to Inquiries
**Importance:** High

[**ATTENTION:** This message is from an external source.]

Hello, Sarah.

I just wanted to follow up on our conversation from January of 2025. You had previously mentioned that your class certification motion was due December of 2025.

Has a Class been certified? Am I confirmed as a participant of that Class? I appreciate any update you can provide.

Please get back to me at your convenience. Thank you, Sarah.

Best Regards,
*Ryan A. Spence*
(412) 445-0323 (phone)
ryanspence83@gmail.com

**From:** Ryan Spence <ryanspence83@gmail.com>
**Sent:** Wednesday, January 29, 2025 1:17 PM
**To:** 'Sarah E. Flohr' <sflohr@kmllp.com>; 'Isabella Lok' <ilok@kmllp.com>
**Cc:** 'Anthony F. Fata' <afata@kmllp.com>; 'Ryan Spence' <ryanspence83@gmail.com>
**Subject:** RE: Draft Kings Communication in Response to Inquiries
**Importance:** High

Hi, Sarah.

I was not seeking legal advice. I was merely trying to present you with additional information that may be helpful to your case.

Please let me know when a class is certified or a settlement is reached. Thank you.

Best Regards,
*Ryan A. Spence*
(412) 445-0323 (phone)

ryanspence83@gmail.com

**From:** Sarah E. Flohr <sflohr@kmllp.com>
**Sent:** Wednesday, January 29, 2025 8:02 AM
**To:** Ryan Spence <ryanspence83@gmail.com>; Isabella Lok <ilok@kmllp.com>
**Cc:** Anthony F. Fata <afata@kmllp.com>
**Subject:** RE: Draft Kings Communication in Response to Inquiries

Hi Ryan –

Thanks for reaching out. We are unable to provide legal advice outside of the class action lawsuit we are currently pursuing against DraftKings. We recommend contacting a tax attorney if you have questions regarding tax information provided by the Company.

Thank you,
Sarah

**Sarah E. Flohr**, *Associate*
*Kirby McInerney LLP*
250 Park Avenue, Suite 820, New York, NY 10177
p. 212.371.6600 · f. 212.751.2540
e. sflohr@kmllp.com · www.kmllp.com

CONFIDENTIALITY NOTICE: This e-mail message and any associated attachments are private communication and may contain confidential, legally privileged information meant solely for the intended recipient. If you have received this e-mail in error, please notify the sender immediately and do not disclose its contents or store/copy the information in any medium.

**From:** Ryan Spence <ryanspence83@gmail.com>
**Sent:** Tuesday, January 28, 2025 9:58 PM
**To:** Sarah E. Flohr <sflohr@kmllp.com>; Isabella Lok <ilok@kmllp.com>
**Cc:** Anthony F. Fata <afata@kmllp.com>; 'Ryan Spence' <ryanspence83@gmail.com>
**Subject:** RE: Draft Kings Communication in Response to Inquiries
**Importance:** High

**[ATTENTION:** This message is from an external source.]

Hello, Sarah.

I just received my 2024 Tax info from Draft Kings. They are reporting the Reignmakers conclusion payments made to us as "Prize/Winnings". That certainly seems less-than-credible and potentially misleading. I would be happy to provide supporting document upon your request.

Please let me know. Thank you.

Best Regards,

*Ryan A. Spence*
(412) 445-0323 (phone)
ryanspence83@gmail.com

**From:** Sarah E. Flohr <sflohr@kmllp.com>
**Sent:** Tuesday, December 17, 2024 7:35 AM
**To:** Ryan Spence <ryanspence83@gmail.com>; Isabella Lok <ilok@kmllp.com>
**Cc:** Anthony F. Fata <afata@kmllp.com>
**Subject:** RE: Draft Kings Communication in Response to Inquiries

Hi Ryan –

Thanks for following up. There is no update at this time. If and when a class is certified or a settlement is reached, all class members will be notified.

Thank you,
Sarah

**Sarah E. Flohr**, *Associate*
*Kirby McInerney LLP*
**250 Park Avenue, Suite 820, New York, NY 10177**
p. 212.371.6600 · f. 212.751.2540
e. sflohr@kmllp.com · www.kmllp.com

CONFIDENTIALITY NOTICE: This e-mail message and any associated attachments are private communication and may contain confidential, legally privileged information meant solely for the intended recipient. If you have received this e-mail in error, please notify the sender immediately and do not disclose its contents or store/copy the information in any medium.

**From:** Ryan Spence <ryanspence83@gmail.com>
**Sent:** Tuesday, December 17, 2024 1:52 AM
**To:** Sarah E. Flohr <sflohr@kmllp.com>; Isabella Lok <ilok@kmllp.com>
**Cc:** Anthony F. Fata <afata@kmllp.com>; 'Ryan Spence' <ryanspence83@gmail.com>
**Subject:** RE: Draft Kings Communication in Response to Inquiries
**Importance:** High

[**ATTENTION:** This message is from an external source.]

Hello, Sarah.

I just wanted to follow up on our conversation from August. You mentioned that your class certification motion was not due until the end of December, but I thought it prudent to reach out prior to the holidays to restate my interest in participation.

Please get back to me at your convenience. Thank you, Sarah.

Best Regards,
*Ryan A. Spence*
(412) 445-0323 (phone)
ryanspence83@gmail.com

**From:** Sarah E. Flohr <sflohr@kmllp.com>
**Sent:** Tuesday, August 13, 2024 11:57 AM
**To:** Ryan Spence <ryanspence83@gmail.com>; Isabella Lok <ilok@kmllp.com>

**Cc:** Anthony F. Fata <afata@kmllp.com>
**Subject:** RE: Draft Kings Communication in Response to Inquiries

There is nothing else we need from you at this time.

Under the current scheduling order, our class certification motion is due at the end of December.

**Sarah E. Flohr, *Associate***
***Kirby McInerney LLP***
250 Park Avenue, Suite 820, New York, NY 10177
p. 212.371.6600 · f. 212.751.2540
e. sflohr@kmllp.com · www.kmllp.com

CONFIDENTIALITY NOTICE: This e-mail message and any associated attachments are private communication and may contain confidential, legally privileged information meant solely for the intended recipient. If you have received this e-mail in error, please notify the sender immediately and do not disclose its contents or store/copy the information in any medium.

**From:** Ryan Spence <ryanspence83@gmail.com>
**Sent:** Tuesday, August 13, 2024 2:51 PM
**To:** Sarah E. Flohr <sflohr@kmllp.com>; Isabella Lok <ilok@kmllp.com>
**Cc:** Anthony F. Fata <afata@kmllp.com>; 'Ryan Spence' <ryanspence83@gmail.com>
**Subject:** RE: Draft Kings Communication in Response to Inquiries
**Importance:** High

[**ATTENTION:** This message is from an external source.]

Hi, Sarah.

Thank you very much for the reply. Yes, I purchased DraftKings NFTs during the period from August 11, 2021 to Present.

Is there anything else that you need from me right now?
When will you know if a Class has been Certified?

Thanks again, Sarah. I truly appreciate it.

Best Regards,
*Ryan A. Spence*
(412) 445-0323 (phone)
ryanspence83@gmail.com

**From:** Sarah E. Flohr <sflohr@kmllp.com>
**Sent:** Tuesday, August 13, 2024 11:43 AM
**To:** Ryan Spence <ryanspence83@gmail.com>; Isabella Lok <ilok@kmllp.com>
**Cc:** Anthony F. Fata <afata@kmllp.com>
**Subject:** RE: Draft Kings Communication in Response to Inquiries

Hi Ryan –

Thanks for the response. If you purchased DraftKings NFTs during the period August 11, 2021 to present you are within the proposed class definition in the litigation we are pursuing. If a class is certified, you will receive notice that a class has been certified. Please feel free to contact us if you would like an update about the case.

Thank you,
Sarah

**Sarah E. Flohr,** ***Associate***
***Kirby McInerney LLP***
250 Park Avenue, Suite 820, New York, NY 10177
p. 212.371.6600 · f. 212.751.2540
e. sflohr@kmllp.com · www.kmllp.com

CONFIDENTIALITY NOTICE: This e-mail message and any associated attachments are private communication and may contain confidential, legally privileged information meant solely for the intended recipient. If you have received this e-mail in error, please notify the sender immediately and do not disclose its contents or store/copy the information in any medium.

**From:** Ryan Spence <ryanspence83@gmail.com>
**Sent:** Tuesday, August 13, 2024 2:40 PM
**To:** Isabella Lok <ilok@kmllp.com>
**Cc:** Anthony F. Fata <afata@kmllp.com>; Sarah E. Flohr <sflohr@kmllp.com>; 'Ryan Spence' <ryanspence83@gmail.com>
**Subject:** RE: Draft Kings Communication in Response to Inquiries
**Importance:** High

**[ATTENTION:** This message is from an external source.]

Hello, Isabella.

Thank you for your response. I am interested in proceeding, and have cc'd Anthony and Sarah accordingly.

Thank you.

Best Regards,
*Ryan A. Spence*
(412) 445-0323 (phone)
ryanspence83@gmail.com

**From:** Isabella Lok <ilok@kmllp.com>
**Sent:** Tuesday, August 13, 2024 6:54 AM
**To:** ryanspence83@gmail.com
**Subject:** Draft Kings Communication in Response to Inquiries

Thank you for contacting Kirby McInerney LLP and its co-counsel in connection with DraftKings NFTs. We have received inquiries from other DraftKings NFT purchasers as well. We are providing this response based on the inquiries. The information below is based on public, non-privileged information. We are not

providing legal advice, privileged communications, or otherwise confidential information to the individuals who have contacted us.

We are representing the Lead Plaintiff and a proposed class in a lawsuit, *Dufoe v. DraftKings*. The case is pending in the United States District Court for the District of Massachusetts. The Case Number is 23-cv-10524-DJC. The lawsuit is brought on behalf of a proposed class of DraftKings NFT purchasers during the period August 11, 2021 to the present.

This response is not coming from the Court presiding over this lawsuit, and this is not a "class action notice." No part of this response has been reviewed or approved by DraftKings. This response has been prepared solely by Lead Counsel to respond to inquiries with the information that we are able to provide at this time.

The lawsuit alleges that DraftKings NFTs are "securities" that should have been registered under federal law and Massachusetts law. The lawsuit also alleges that DraftKings, through the Marketplace, is operating a securities exchange or broker-dealer that should have been registered under federal law and Massachusetts law. The case seeks damages on behalf of the proposed Class. The lawsuit seeks as damages the difference between the price paid for the NFTs minus the NFTs' value at the time of judgment. If an NFT was sold prior to judgment, the sale and sale price may impact the recovery for that NFT, depending on what arguments are made, and how the Court rules on those arguments.

The Court appointed Kirby McInerney LLP as Lead Counsel. We are working with other law firms, including Berman Tabacco, Hannafan & Hannafan Ltd., and G. Dowd Law LLC.

In July 2024, the Court denied DraftKings' motion to dismiss the complaint. Based on the Court's opinion, it is Lead Counsel's understanding that the Court held that the complaint adequately alleged that the NFTs are "securities," namely "investment contracts." It is also Lead Counsel's understanding that the Court held that the Marketplace is an unregistered securities exchange and broker-dealer for purposes of federal law and Massachusetts law. As a result, the NFTs and the Marketplace should have been registered, and those who purchased NFTs are entitled to damages based on the lack of registration. These are preliminary rulings and do not mean that DraftKings will be liable to Lead Plaintiff or the proposed class at the end of the case.

On July 29, 2024, the Court held a case management conference. At the case management conference, the Court ordered the parties to start discovery (document exchanges, depositions, etc.). The Court ordered Lead Plaintiff to file a motion for class certification in December 2024. The Court has not yet certified the class. The Court also set other deadlines in the case. The Court has not yet decided whether the case can proceed as a certified class action on behalf of other NFT purchasers. The Court has not yet determined whether Lead Plaintiff or proposed Class members will recover.

It is our understanding that, last week, after the above-referenced case management conference, DraftKings announced that it is shutting down its NFT Marketplace. It is also our understanding that DraftKings has begun making offers of compensation to some of its NFT purchasers. We were unaware of these circumstances at the case management conference or otherwise, and we first learned about them from NFT purchasers.

We were not involved in DraftKings' decision to shut down the Marketplace or offer compensation to some NFT purchasers. We were not involved in drafting the DraftKings announcements or notices regarding the

shut-down, the offers, or the terms and conditions associated with the offers. We do not know at this time the specific offers and terms and conditions that individuals received.

We do not know how DraftKings interprets its announcements, offers, or the associated terms and conditions. We do not know whether DraftKings will argue that the announcements, offers, or terms and conditions affect participation in the class action or damages available to individuals who accept the offers. If these arguments arise, we will respond with the goal of maximizing recovery to NFT purchasers who are within our proposed class, consistent with the objectives of the overall class. We do not know how the Court will rule on these issues.

It is our goal to maximize recovery to the full extent permitted by law, consistent with the interests of the overall class that we seek to represent, notwithstanding the recent decisions by DraftKings.

If you wish to contact Kirby McInerney LLP concerning the status of the litigation described above, please send an email to Anthony F. Fata (afata@kmllp.com) and Sarah Flohr (sflohr@kmllp.com). Please be advised that we will not be able to provide legal advice to you individually in connection with the recent DraftKings decisions/announcements.

Sincerely,

Kirby McInerney LLP

**Isabella Lok,** *Litigation Paralegal*
*Kirby McInerney LLP*
250 Park Avenue, Suite 820, New York, NY 10177
p. 212.371.6600 · f. 212.751.2540
e. ilok@kmllp.com www.kmllp.com

CONFIDENTIALITY NOTICE: This e-mail message and any associated attachments are private communication and may contain confidential, legally privileged information meant solely for the intended recipient. If you have received this e-mail in error, please notify the sender immediately and do not disclose its contents or store/copy the information in any medium.