UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,
Plaintiff,

v. Case No. 23-cv-10524-DJC

DRAFTKINGS INC., JASON D. ROBINS,
JASON K. PARK, and MATTHEW KALISH,
Defendants.

CLASS ACTION
Honorable Judge Denise J. Casper

# EXHIBIT C

September 17, 2026 correspondence with Settlement Administrator and acknowledgment of receipt

**ryanspence83@gmail.com**

| | |
|---|---|
| **From:** | ryanspence83@gmail.com |
| **Sent:** | Thursday, September 17, 2026 9:38 PM |
| **To:** | info@draftkingsNFTsettlement.com |
| **Cc:** | 'Ryan Spence' |
| **Subject:** | DraftKings NFT Settlement - Request for Notice Records and Claim Information |
| **Importance:** | High |

Hello,

I am writing regarding the DraftKings NFT Settlement, Dufoe v. DraftKings Inc., Case No. 1:23-cv-10524-DJC.

My name is Ryan A. Spence, and the email address associated with me is ryanspence83@gmail.com.

Lead Counsel recently advised me that the Settlement Administrator's records indicate that settlement notice was sent to this email address on March 21, 2025. I did not receive that notice, and I have searched my email account extensively and cannot locate it.

I am presently attempting to determine what records exist regarding that purported notice and whether any administrative relief remains available before settlement distributions are completed.

Accordingly, please provide, if available:

1. The exact date and time the March 21, 2025 notice was transmitted to my email address;
2. The email address or domain from which the notice was sent;
3. Any records reflecting delivery status, bounce status, rejection, suppression, spam filtering, or other disposition associated with that transmission;
4. Any unique claimant, notice, reference, or identification number associated with me or my email address;
5. Confirmation as to whether an Initial Distribution has already been issued or whether distributions are still being prepared; and
6. Confirmation as to whether there is any remaining administrative mechanism by which I may submit a claim or preserve my request for consideration pending further direction from Lead Counsel or the Court.

Please also preserve all records relating to any notice sent or attempted to be sent to ryanspence83@gmail.com, including transmission logs, delivery-status information, mailing records, claimant records, and any associated communications.

I am not suggesting that the Settlement Administrator intentionally failed to provide notice. I am simply attempting to establish the factual record concerning the March 21, 2025 transmission because I did not actually receive the notice and did not learn that a claim was required until recently.

Because settlement distributions are expected shortly, I would appreciate a prompt response.

Thank you.
Best Regards,
Ryan A. Spence
(412) 445-0323
ryanspence83@gmail.com

**ryanspence83@gmail.com**

**From:** DraftKings NFT Settlement <info@draftkingsnftsettlement.com>
**Sent:** Thursday, September 17, 2026 9:38 PM
**To:** Ryanspence83
**Subject:** [Request received] - DraftKings NFT Settlement - Request for Notice Records and Claim Information

Your request has been received and is being reviewed by our support staff. You should receive a response within 5 business days.

To add additional comments, reply to this email.

This email is a service from A.B. Data, Ltd. Delivered by Zendesk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,
Plaintiff,

v. Case No. 23-cv-10524-DJC

DRAFTKINGS INC., JASON D. ROBINS,
JASON K. PARK, and MATTHEW KALISH,
Defendants.

CLASS ACTION
Honorable Judge Denise J. Casper

**DECLARATION OF SERVICE**

I, Ryan A. Spence, declare under penalty of perjury that on September 22, 2026, I caused true and correct copies of the Motion of Settlement Class Member Ryan A. Spence for Equitable Relief and Acceptance of Late-Filed Claim and all supporting papers to be served by United States mail upon the following counsel of record:

Sarah E. Flohr
Kirby McInerney LLP
250 Park Avenue, Suite 820
New York, NY 10177
Lead Counsel for Lead Plaintiff Justin Dufoe

Andrew S. Dulberg
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Counsel for Defendants DraftKings Inc., Jason D. Robins, Jason K. Park, and Matthew Kalish

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 22nd, 2026

[signature]

Ryan A. Spence, Pro Se
627 4th Street
Monongahela, PA 15063
Telephone: (412) 445-0323
Email: ryanspence83@gmail.com