**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, JASON K. PARK, and MATTHEW KALISH,<br><br>Defendants. | Case No. 23-cv-10524-DJC<br><br>CLASS ACTION<br><br>Honorable Judge Denise J. Casper |

**LEAD PLAINTIFF'S RESPONSE TO LATE CLAIMANT RYAN A. SPENCE'S *PRO SE* MOTION FOR ACCEPTANCE OF LATE CLAIM**

Court-appointed Lead Plaintiff[1] Justin Dufoe, individually and on behalf of the Settlement Class, by and through Court-appointed Class Counsel, hereby responds to Late Claimant Ryan A. Spence's *Pro Se* Motion for Acceptance of Late Claim ("Spence Motion," ECF No. 140) pursuant to Federal Rule of Civil Procedure 23(e) and § 59 of the Settlement Agreement.[2]

**NOTICE AS IT RELATES TO MR. SPENCE**

During the pendency of the litigation, Mr. Spence emailed with Class Counsel. On February 28, 2025, Class Counsel provided the Court-approved settlement administrator, A.B. Data, with the email address that Mr. Spence had used to communicate with Class Counsel. Fourth Declaration of Kathleen M. Brauns Regarding Post Distribution Motion Late Claims Received,

[1] Unless otherwise indicated, defined terms shall have the definitions set forth in the Stipulation of Settlement ("Settlement" or "Settlement Agreement"), which was filed on February 26, 2025 (ECF No. 87-2). Citations to the Settlement Agreement are abbreviated as "§ ___."

[2] "The administration and consummation of the Settlement as embodied in this Stipulation shall be under the authority of the Court, and the Court shall retain jurisdiction for the purpose of entering orders providing for . . . the distribution of the Net Settlement Fund to Settlement Class Members."

attached hereto as Exhibit A ("Brauns Decl.") ¶ 3. On March 21, 2025 at 3:39 PM CDT, A.B. Data sent the class notice to Mr. Spence's email address using the information provided by Lead Counsel pursuant to the Court's Preliminary Approval Order, and A.B. Data did not receive a bounce back or error message. *Id*. On March 29, 2025 at 11:23 PM CDT, A.B. Data sent a second class notice to the same email address for Mr. Spence using the information provided by DraftKings pursuant to the Court's Preliminary Approval Order, and A.B. Data did not receive a bounce back or error message. *Id.* ¶ 4. Mr. Spence does not dispute that the class notices were attempted and recorded as successful. Spence Motion at 2. On September 17, 2026, A.B. Data received an email from Mr. Spence requesting information regarding the settlement. Brauns Decl. ¶ 5. Mr. Spence listed his email address as the same email address used by A.B. Data to send the original two email notices. *Id*.

**<u>CURRENT STATUS OF THE CASE</u>**

On July 27, 2026, this Court issued orders on the pending motions for acceptance of late claims and authorized distribution of the net settlement fund to authorized claimants ("Distribution Orders"). ECF Nos. 136-139. The Court held that no claims would be accepted after January 26, 2026, the date on which the motion for distribution of net settlement funds was filed. ECF No. 136. The Distribution Orders became final on August 26, 2026. A.B. Data was prepared to issue checks to all authorized Class members by the end of September 2026. Brauns Decl. ¶ 2. The Spence Motion was filed on September 24, 2026. ECF No. 140. In light of Mr. Spence's motion, A.B. Data was instructed to hold off on distributing the settlement funds pending the Court's resolution of the motion. Brauns Decl. ¶ 2. As of today, Mr. Spence has not filed a claim with A.B. Data. *Id*. ¶ 6.

As stated in the Lead Plaintiff's Motion for Authorization to Distribute Net Settlement Fund to Authorized Claimants and Supporting Memorandum of Law ("Distribution Motion," ECF No. 130) and subsequent filings, under the Settlement Agreement, neither Class Counsel nor the Settlement Administrator can accept late claims filed after the Settlement Hearing held on July 30, 2025, and such requests fall solely within the power and discretion of this Court. § 32.[3] Lead Plaintiff and Class Counsel have taken no position as to whether previously submitted late claims should be accepted and take no position on the Spence Motion.

Once the Distribution Orders became final on August 26, 2026, A.B. Data began preparing for the funds to be distributed to the class by the end of September 2026. *See* Brauns Decl. ¶ 2. Out of an abundance of caution, Class Counsel instructed A.B. Data to not proceed with distribution until the Spence Motion is resolved, as the Court's decision may affect the amount to be paid to the previously authorized class members. Lead Plaintiff and Class Counsel respectfully request that the Court expeditiously rule on the Spence Motion so that distribution may begin for eligible class members who submitted timely claims in this case.

**CONCLUSION**

For the reasons stated in the Distribution Motion and other filings, Lead Plaintiff and Class Counsel take no position on the Spence Motion. Lead Plaintiff and Class Counsel respectfully request that the Court expeditiously rule on the Spence Motion so that distribution may begin for eligible class members who submitted timely claims in this case.

---

[3] Pursuant to the Settlement Agreement, Defendants have no interest in the relief sought by this Motion. § 27.

Dated: September 28, 2026

Respectfully submitted,

**KIRBY McINERNEY LLP**
*/s/ Sarah E. Flohr*
Sarah E. Flohr (*pro hac vice*)
250 Park Avenue, Suite 820
New York, New York 10177
212.371.6600
sflohr@kmllp.com

Anthony F. Fata (*pro hac vice*)
Cormac H. Broeg (*pro hac vice*)
211 West Wacker Drive, Suite 550
Chicago, Illinois 60606
312.767.5180
afata@kmllp.com
cbroeg@kmllp.com

*Lead Counsel for Lead Plaintiff Dufoe*

**BERMAN TABACCO**
Patrick T. Egan (BBO #637477)
Justin N. Saif (BBO #660679)
1 Liberty Square
Boston, Massachusetts 02109
617.542.8300
pegan@bermantabacco.com
jsaif@bermantabacco.com

*Local Counsel for Lead Plaintiff Dufoe*

**HANNAFAN & HANNAFAN, LTD.**
Blake T. Hannafan (*pro hac vice*)
181 West Madison Street, Suite 4700
Chicago, Illinois 60602
312.527.0055
bth@hannafanlaw.com

*Additional Counsel for Lead Plaintiff Dufoe*

**G. DOWD LAW LLC**
George Dowd (*pro hac vice*)
181 West Madison Street, 47th Floor
Chicago, Illinois 60602
312.854.8300
george.dowd@gdowd.law

*Additional Counsel for Lead Plaintiff Dufoe*

**CERTIFICATE OF SERVICE**

I, Sarah E. Flohr, hereby certify that on September 28, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF, served upon Ryan A. Spence, by mail and email, and will be uploaded to the Settlement website.

Dated: September 28, 2026

*/s/ Sarah E. Flohr*
Sarah E. Flohr