# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, JASON K. PARK, and MATTHEW KALISH,<br><br>Defendants. | Case No. 23-cv-10524-DJC<br><br>CLASS ACTION<br><br>Honorable Judge Denise J. Casper |

**FOURTH DECLARATION OF KATHLEEN M. BRAUNS REGARDING POST DISTRIBUTION MOTION LATE CLAIMS RECEIVED**

I, Kathleen M. Brauns, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Project Manager with A.B. Data, Ltd. ("A.B. Data"), the Court appointed Settlement Administrator in the above-captioned matter. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.[1]

2. Once the Distribution Orders became final on August 26, 2026, A.B. Data began preparing for the funds to be distributed to the class by the end of September 2026. A.B. Data was prepared to issue checks to all authorized Class members by the end of September 2026. On September 24, 2026, Ryan Spence filed a motion to have his late claim allowed by the Court. In light of Mr. Spence's motion, A.B. Data was instructed to hold off on distributing the settlement funds pending the Court's resolution of the motion. This declaration addresses A.B. Data's notice to Mr. Spence pursuant to the Court-approved class notice plan.

[1] Unless otherwise indicated, defined terms shall have the definitions set forth in the Stipulation of Settlement ("Settlement" or "Settlement Agreement"), which was filed on February 26, 2025 (ECF No. 87-2). Citations to the Settlement Agreement are abbreviated as "§ ___."

3. On February 28, 2025, Class Counsel provided A.B. Data with the email address that Mr. Spence had used to communicate with Class Counsel. On March 21, 2025 at 3:39 PM CDT, A.B. Data sent the class notice to Mr. Spence's email address using the information provided by Lead Counsel pursuant to the Court's Preliminary Approval Order, and A.B. Data did not receive a bounce back or error message.

4. On March 29, 2025 at 11:23 PM CDT, A.B. Data sent a second class notice to the same email address for Mr. Spence using the information provided by DraftKings pursuant to the Court's Preliminary Approval Order, and A.B. Data did not receive a bounce back or error message.

5. On September 17, 2026, A.B. Data received an email from Mr. Spence requesting information regarding the settlement. Mr. Spence listed his email address as the same email address used by A.B. Data to send the original two email notices.

6. As of the date of this declaration, Mr. Spence has not filed a claim with A.B. Data.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2026 in Milwaukee, Wisconsin.

/s/ Kathleen Brauns

Kathleen M. Brauns