**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE
2026 OCT -7 P 1:27
U.S. DISTRICT COURT
DISTRICT OF MASS.

**JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,**
Plaintiff,

v. **Case No. 1:23-cv-10524-DJC**

**DRAFTKINGS INC., JASON D. ROBINS,**
**JASON K. PARK, and MATTHEW KALISH,**
Defendants.

**CLASS ACTION**
**Honorable Judge Denise J. Casper**

**[PROPOSED] ORDER**

Upon consideration of Settlement Class Member Ryan A. Spence's Motion for Reconsideration of the Court's October 2, 2026 Order (Dkt. 142), the Motion is **GRANTED.**

The Settlement Administrator is authorized to accept and process Mr. Spence's claim in accordance with the Settlement Plan of Allocation and the eligibility requirements applicable to Settlement Class Members.

The Settlement Administrator shall calculate Mr. Spence's Individual Recognized Loss and resulting distribution using the DraftKings records in its possession and any additional information reasonably required from Mr. Spence.

Pending completion of that calculation and processing of Mr. Spence's claim, the Settlement Administrator shall preserve from the Net Settlement Fund an amount sufficient to satisfy any distribution to which Mr. Spence is determined to be entitled.

SO ORDERED.

Dated: ____________________

______________________________________________

**Hon. Denise J. Casper**
United States District Judge