**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE
2026 OCT -7 P 1:27
U.S. DISTRICT COURT
DISTRICT OF MASS.

**JUSTIN DUFOE, on Behalf of Himself and All Others Similarly Situated,**
Plaintiff,

v. **Case No. 1:23-cv-10524-DJC**

**DRAFTKINGS INC., JASON D. ROBINS,**
**JASON K. PARK, and MATTHEW KALISH,**
Defendants.

**CLASS ACTION**
**Honorable Judge Denise J. Casper**

**SUPPLEMENTAL DECLARATION OF RYAN A. SPENCE IN SUPPORT OF MOTION FOR RECONSIDERATION**

I, Ryan A. Spence, declare as follows:

1. I am a Settlement Class Member in this action and submit this Supplemental Declaration in support of my Motion for Reconsideration of the Court's October 2, 2026 Order (Dkt. 142).

2. I previously submitted a declaration in support of my Motion for Equitable Relief and Acceptance of Late-Filed Claim (Dkt. 140). I incorporate that declaration by reference and submit this Supplemental Declaration to provide additional information concerning the potential economic magnitude of my settlement claim and my efforts to obtain an official Individual Recognized Loss calculation from the Settlement Administrator.

3. Following the Court's October 2, 2026 Order, I reviewed the DraftKings/Reignmakers transaction records in my possession in greater detail.

4. I possess DraftKings/Reignmakers transaction exports for my account, username **"RoyalBigHead,"** covering transactions during 2023 and 2024.

5. The 2023 transaction export contains 1,847 transaction entries. The purchase-price entries in that file total **$61,509.12**.

6. The 2024 transaction export contains 1,943 transaction entries. The purchase-price entries in that file total **$25,650.48**.

7. Accordingly, the two transaction exports contain a combined 3,790 transaction entries and reflect aggregate purchase-price entries totaling **$87,159.60**.

8. I also possess a DraftKings Reignmakers payment breakdown relating to the conclusion of the Reignmakers program. That record reflects a total payment to me of **$18,096.61**.

9. A summary of these transaction records is attached as **Exhibit A** to my Motion for Reconsideration. I have retained the underlying transaction records and can provide them to the Court or Settlement Administrator if requested.

10. I understand that the $87,159.60 purchase total is not itself my Individual Recognized Loss under the Settlement Plan of Allocation.

11. I further understand that determining Individual Recognized Loss requires consideration of additional components, including Secondary Market Receipts and Prize Receipts.

12. The transaction exports in my possession contain fields for Secondary Sale Proceeds. I have found no populated Secondary Sale Proceeds in those exports. I also recall making few, if any, secondary-market sales of my Reignmakers holdings.

13. I have been unable to determine the precise amount of my historical Reignmakers cash contest winnings from the records presently available to me.

14. My currently accessible DraftKings account history does not extend through the entire period relevant to my Reignmakers activity, and the account information available to me does not clearly segregate historical Reignmakers cash contest winnings from my traditional DraftKings fantasy-sports activity.

15. I do not recall significant Reignmakers cash contest winnings. To the best of my recollection, the largest amount I ever won in an individual Reignmakers contest was approximately **$2,000**, and most of my Reignmakers contest winnings were substantially less than $100.

16. I do not believe that my aggregate Reignmakers Prize Receipts approached $20,000. I have nevertheless used **$20,000** as a conservative illustrative assumption in my Motion for Reconsideration because I presently lack the complete records necessary to establish the actual amount.

17. My documented purchases of $87,159.60, less the documented $18,096.61 Reignmakers closure payment, equal **$69,062.99** before consideration of Secondary Market Receipts and Prize Receipts.

18. If $20,000 in Prize Receipts were assumed for illustration, the resulting figure would be approximately **$49,062.99** before any other applicable adjustment. I do not represent that figure as my official or final Individual Recognized Loss.

19. Because I wanted to obtain the official calculation rather than rely upon my own reconstruction, on October 4, 2026, I emailed the Settlement Administrator, A.B. Data, requesting my Individual Recognized Loss and the estimated distribution associated with it.

20. In that communication, I also requested, if available, the component amounts used in the calculation, including Primary Market Payments ("PP"), Secondary Market Payments ("SP"), Secondary Market Receipts ("SR"), Closure Receipts ("CR"), and Prize Receipts ("PR").

21. I also telephoned the Settlement Administrator and left a voicemail requesting the same information.

22. On October 5, 2026, after receiving no response to my email or voicemail, I made additional telephone calls to the Settlement Administrator in an effort to obtain the requested information. I was unable to reach anyone who could provide the calculation.

23. As of the execution of this Declaration, I have not received my Individual Recognized Loss calculation, estimated distribution, or the underlying component amounts from the Settlement Administrator.

24. I remain prepared to provide the Settlement Administrator with any information reasonably necessary to identify my DraftKings account and calculate my Individual Recognized Loss.

25. I am also prepared to submit promptly any Proof of Claim or other documentation the Court or Settlement Administrator requires if the Court permits my claim to be considered.

26. I respectfully submit this information so that the Court has a more complete factual record concerning the potential economic magnitude of my claim. I am not seeking a recovery different from that available to other eligible Settlement Class Members, and I am not asking the Court to accept my own estimated calculation as the final determination of my Individual Recognized Loss.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2026.

______________________________

**Ryan A. Spence**