**EXHIBIT A**

FILED
IN CLERKS OFFICE
2026 OCT -7 P 1:27
U.S. DISTRICT COURT
DISTRICT OF MASS.

**REIGNMAKERS TRANSACTION SUMMARY**

**Settlement Class Member:** Ryan A. Spence
**DraftKings/Reignmakers Username:** RoyalBigHead
**Case:** *Dufoe v. DraftKings Inc., et al.*
**Case No.:** 1:23-cv-10524-DJC

**1. 2023 Reignmakers Transaction Export**

The 2023 DraftKings/Reignmakers transaction export contains **1,847 transaction records.**

Of those records, **620 contain a Purchase Price,** with aggregate Purchase Price entries totaling:

**$61,509.12**

The transactions reflected in the file include:

**Primary Market Purchases:** $14,736.48
**Secondary Market Purchases:** $46,772.64
**Total 2023 Purchases: $61,509.12**

The transaction export contains fields for Secondary Sale Proceeds. No Secondary Sale Proceeds are populated in the export.

**2. 2024 Reignmakers Transaction Export**

The 2024 DraftKings/Reignmakers transaction export contains **1,943 transaction records.**

Of those records, **763 contain a Purchase Price,** with aggregate Purchase Price entries totaling:

**$25,650.48**

The transactions reflected in the file include:

**Primary Market Purchases:** $11,203.23
**Secondary Market Purchases:** $14,447.25
**Total 2024 Purchases: $25,650.48**

The transaction export contains fields for Secondary Sale Proceeds. No Secondary Sale Proceeds are populated in the export.

**3. Combined Purchase Summary**

**2023 Purchases:** $61,509.12
**2024 Purchases:** $25,650.48
**Total Documented Purchases: $87,159.60**

The two transaction exports collectively contain **3,790 transaction records** and **1,383 records containing a Purchase Price.**

The combined purchase amounts consist of:

**Primary Market Purchases:** $25,939.71
**Secondary Market Purchases:** $61,219.89
**Total Documented Purchases: $87,159.60**

**4. Reignmakers Closure Payment**

The DraftKings Reignmakers Payment Breakdown reflects the following payments associated with the conclusion of the Reignmakers program:

**Football:** $5,860.56
**PGA:** $12,236.05
**Total Closure Payment: $18,096.61**

**5. Individual Recognized Loss**

This summary **does not calculate or represent Ryan A. Spence's final Individual Recognized Loss under the Settlement Plan of Allocation.**

The aggregate Purchase Price of **$87,159.60 is not presented as damages, out-of-pocket loss, or the amount payable under the Settlement.**

The Settlement Plan's Individual Recognized Loss calculation requires consideration of additional components, including applicable Secondary Market Receipts, Closure Receipts, and Prize Receipts. The final calculation should be performed by the Settlement Administrator using the DraftKings records available to it.

---